IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

George Henry Rhodes, Jr #57322 )
Full name and prison number of )
plaintiff(s) )
)
v. )
)
Houston County Commissioners )
Lamar Glover, Sherrief )
William B. McCarty, Commander )
Ms. Speigner, Head Nurse )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

RECEIVED
2006 APR -5 A 10: 01

CIVIL ACTION NO. 1:06cv305-WHA
(To be supplied by the Clerk of the
U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (X)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (X)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:
Plaintiff(s) __None__
Defendant(s) __None__

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket No. _____

4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _Not Applicable_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _Houston County Jail_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Houston County Jail_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Houston County Commissioners | |
| 2. | Lamar Glover, Sheriff | |
| 3. | William B. McCarty, Jail Commander | 901 E. Main St, Dothan, Al 36301 |
| 4. | Ms. Speigner, Head Nurse | 901 E. Main St, Dothan, Al 36301 |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _February 11, 2006_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Inadequate Medical Treatment_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

_My right thigh is swollen & have excruciating pain as a result of a slip & fall incident in the shower after sealant was placed on the floors as authorized by Sgt Bechmann_

GROUND TWO: _Emotional Duress_

SUPPORTING FACTS: _Since this incident I have difficulty putting a sock on my right foot or simply walking up & down a flight of stairs. Also, I suspect surgery will be required to correct my physical limitations of muscle reduction or inflammation_

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_I am requesting compensatory, declatory & punitive damages in the amount of $150,000 to elevate mental anguish & financial hardship stemming from physically challenged_

✱ _I am requesting compensatory, declatory & punitive damages in the amount of $150,000 to elevate mental anguish & financial hardship stemming from medical expenses from being physically challenged._

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _March 27, 2006_.
             (date)

_Alice Beverly Reynolds_

_George H. Rhodes, Jr._
Signature of plaintiff(s)

_George H. Rhodes, Jr._
Signature of plaintiff(s)

My Commission
Expires 02-02-2010

-3-