**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Nachy RC
C. Date of Delivery: 4/12/06

D. Is delivery address different from item 1? ☐ Yes  ☑ No
If YES, enter delivery address below:

06305

1. Article Addressed to:

Lamar Glover
Sheriff
Houston Co. Jail
1901 E. M. St.
Dothan, AL 36301

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label):
7005 1820 0002 3461 3059

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540