**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   William B. McCarty
   Jail Commander
   Houston Co. Jail
   901 E. M. St.
   Dothan, AL 3630[?]

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): _[illegible]_
C. Date of Delivery: 4/10/06

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

06CV305

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 3066

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

SCANNED