IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE HENRY RHODES, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-CV-305-WHA |
| | ) |
| HOUSTON COUNTY COMMISSIONERS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the defendants on May 12, 2006 (Court Doc. No. 10), and for good cause shown, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the defendants be GRANTED an extension from May 16, 2006 to and including June 15, 2006 to file their special report and answer.

DONE, this 17th day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE