IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GEORGE HENRY RHODES, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:06-cv-305-WHA |
| | ) |
| **HOUSTON COUNTY COMMISSIONERS,** | ) |
| et al., | ) |
| | ) |
| **Defendants.** | ) |

### MOTION FOR EXTENSION OF TIME

COMES NOW, Defendants in the above-styled cause, and respectfully request an extension through and until June 23, 2006, in which to file their Special Report and Answer filed with this court, and as grounds therefore state as follows:

1. That Defendants Special Report and Answer is currently due in this case on June 15, 2006.

2. That the undersigned has only today been provided with all of the plaintiff's jail medical records that must be reviewed with the jail medical clinic director in order to prepare the affidavits for defendants.

WHEREFORE, Defendants respectfully request an extension through and until June 23, 2006, in which to file their Special Report and Answer in this case.

Dated this 15th day of June, 2006.

Respectfully submitted,

**s/Gary C. Sherrer**
GARY C. SHERRER (SHE016)
Attorney for Above-Referenced Defendants

OF COUNSEL

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Entry of Appearance upon, George H. Rhodes, Jr., AIS #57322, c/o Houston County Jail, 901 East Main Street, Dothan, Alabama 36301, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 15th day of June, 2006.

**s/Gary C. Sherrer**
OF COUNSEL