HOUSTON COUNTY JAIL
JAIL DOCKET CARD

1515

| INMATE # | LAST NAME | FIRST | MIDDLE | MAIDEN | ALIAS | VICTIM NOTIFICATION |
|---|---|---|---|---|---|---|
| 57300 | Rhodes | George | "NMN" | Henry | | |

| ARRESTING AGENCY | DATE RECEIVED | TEMP. RELEASE DATE | RETURN DATE | RELEASE DATE | HOW RELEASED |
|---|---|---|---|---|---|
| DPD | 4/29/05 | | | | |

| RISK | STATUS | | FLOOR | CELL | DOCKET OFFICER | ARRESTING OFFICER |
|---|---|---|---|---|---|---|
| | | | F | A2 | Miller | B. Bailey |

| AGE | DOB | SSN | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | AGENCY HOUSED FOR |
|---|---|---|---|---|---|---|---|---|---|
| | 4/6/65 | 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 | B | M | 5'9" | 165 | Blk | Bro | Houston |

| ENTRANCE NCIC/BY | ENTRANCE HOUSTON/BY | ENTRANCE DPD/BY | FELONY CRIMINAL HISTORY/BY |
|---|---|---|---|
| Neg  C12 | Neg J48 | Neg  came from | |

| EXIT NCIC/BY | EXIT HOUSTON/BY | EXIT DPD/BY | ATTORNEY |
|---|---|---|---|
| | | | Joe Herring |

| HOLD 1 | DATE/BY | HOLD RELEASE DATE/BY | HOLD 2 | DATE/BY | HOLD RELEASE DATE/BY |
|---|---|---|---|---|---|
| | | | | | |

| HOLD 3 | DATE/BY | HOLD RELEASE DATE/BY | HOLD 4 | DATE/BY | HOLD RELEASE DATE/BY |
|---|---|---|---|---|---|
| | | | | | |

| ADDRESS | | CITY | STATE | PROBATION/PAROLE OFFICER |
|---|---|---|---|---|
| 507 S Ussery St  794  5424 | | Dothan | AL | |

| NEXT OF KIN | ADDRESS | CITY/STATE | PHONE | RELATION |
|---|---|---|---|---|
| Keesha Rhodes | Same | | | Sister |

REMARKS: _____

| DID INMATE RECEIVE PHONE CALL? (1) Y  (2) N | DID INMATE RECEIVE JAIL RULES? (1) Y  (2) N |
|---|---|
| INMATE SIGNATURE  X  George Rhodes | INMATE SIGNATURE  X  George Rhodes |

SOUTHEASTERN PRINTERS OF DOTHAN / FORM HCJDC 334-792-2928

**EXHIBIT** G

| INMATE # 57322 | RHODES, GEORGE | | | | | |
|---|---|---|---|---|---|---|
| CHARGE Burglary 3rd | WARRANT # 05-13987 | DC/TR 05-1709 | INDICTMENT# 296 | | CC/CS/DR | CONVICTION |
| BOND 10,000 | 06-01-05 @ 8:30 AM Prel. Hrng. 5-18-05 8:30 AM 06/13 Motion to reduce denied. 07-07-05 AAG Indt 8-28-06 | | | | | |

| CHARGE | WARRANT # | DC/TR | INDICTMENT# | | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|---|
| BOND | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| CHARGE | WARRANT # | DC/TR | INDICTMENT# | | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|---|
| BOND | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| CHARGE | WARRANT # | DC/TR | INDICTMENT# | | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|---|
| BOND | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| CHARGE | WARRANT # | DC/TR | INDICTMENT# | | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|---|
| BOND | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

# HOUSTON COUNTY JAIL
## BOOKING CHECK OFF LIST

DATE: 4/29/05   TIME:

Inmate Name: Rhodes, George   Inmate Number: 52322

**BOOKING OFFICER MUST INITIAL AFTER COMPLETING EACH ITEM AND SIGN IN THE PROPER SPACE.**

1. All personal property secured
2. Check in-house warrants
3. Check for last incarceration
4. Arrest report completed by arresting officer
5. All charges listed on arrest report and bonds listed for each charge
6. **Bond amount noted on warrant**
7. All inmate property tagged/placed in envelope
8. Property envelope completely filled out/signed by inmate
9. All money counted/logged in money book
10. Money envelope completed/supervisor counts
11. SCO calls control and logs money in SCO money book
12. SCO seals money/places in box
13. **Check for outstanding warrants _____ NCIC _____ Dothan**
14. Inmate numbers properly assigned
15. Inmate recorded in black book
16. Inmate recorded on white pages
17. **Docket I.D., floor card completed, and bond amount verified on docket card**
18. Fingerprint card completed
19. Medical screen completed
20. Affidavit of hardship completed
21. Green disposition form completed (FBI)
22. Property hold form (telephone call, bond applied)
23. Fingerprinted/photographed/entered in computer
24. Property card completed
25. Visitor/Telephone list completed
26. Inmate handbook received
27. **Bond completed/amount checked against warrant**
28. **Correct court date noted on bond**
29. **Inmate and surety signature on bond**
30. **All pass on information documented in pass book**

SENIOR CORRECTIONS OFFICER(S) DUTY: John

Signature of Booking Officer(s)

Southeastern Printers of Dothan, 334-792-2028

## HOUSTON COUNTY JAIL
### RECEIPT OF ARMBAND

I ___Rhodes, George___ have received an armband from Houston County Jail. I must wear this armband at all times while incarcerated in the Houston County Jail. I understand that I must have the armband on to receive medication, commissary, mail or any other items from the jail staff. If I am caught with out my armband I will receive a sanction. I must turn in this armband upon release from the jail. I can not give this armband to any other inmate.

_George Rhodes_
**Inmate Signature**

_6/18/05_
**Date**

_K. Barnes_
**C/O Signature**

_6/17/05_
**Date**

## HOUSTON COUNTY SHERIFFS OFFICE

### INMATE INFORMATION SHEET
Page    1

| | |
|---|---|
| BOOKING NO:    **050001725** | LOCAL ID:    **57322** |

Name    : **RHODES GEORGE "NMN"**

Address: **507 S. USSERY ST**

City    : **DOTHAN**          State: **AL** Zip: **36303**



### Physical Description

| | | | |
|---|---|---|---|
| Race : | **BLACK** | Hair : | **BLACK** |
| Gender: | **MALE** | Eyes: | **BROWN** |
| Height: | **5 ' 09 "** | Complexion: | **UNKNOWN** |
| Weight: | **165** | DOB: **04/06/1965** | Age: **40** |

Scars/Tattoos:

### Personal Information

DL State :                    Home Phone:  **334 794 5424**

DL Number:                    Work Phone:  **334 699 1820**

        SSN:  **136 60 1743**

        SID:

### Booking Information

Arrest Date: **04/29/2005**          Booking Officer: **TJACKSON**

Arrest Dept: **DPD**                 Booking Date: **04/29/2005**

Arrest Offcr: **BAXLEY**             Booking Time: **23:46**

Search Offcr:                        Facility: **01**

    Meal Code: **01**               Cell Assignment: **F-FLR**

### Charge Information

| Offense | Fine | Bond | Disposition |
|---|---|---|---|
| **BURG III** | **$00.00** | **$10,000** | **PENDING** |

*Sept. 05*

# HOUSTON COUNTY SHERIFF'S DEPARTMENT

## LAMAR GLOVER, SHERIFF

### VISITING LIST

NAME _RHODES, George Jr._ INMATE# _57322_

FLOOR LOCATION _____ DATE _08.31.05_

**VISITORS NAME**

1. _Glenda Rhodes_      1. _Donnell Crittion_
2. _Keesha Rhodes_      2. _____
3. _Kenyatta Rhodes_    3. _____
4. _Dann Harvey_        4. _____

**BANNED**

1. _____    2. _____

NOTE
THIS IS A PERMANENT VISITING LIST. IT MAY ONLY BE CHANGE AFTER SIX(6)MONTHS. YOU WILL BE ALLOWED A TOTAL OF (8) NAMES ON YOUR VISITING LIST, BUT YOU WILL BE ALLOWED TWO (2) VISITORS TO COME ON YOUR VISITING DAY, CHILDREN (NO MATTER THEIR AGE, COUNT AS ONE VISITOR), AND THERE WILL NOT BE ANY EXCEPTIONS TO THIS RULE. EVERY VISITOR MUST SHOW THEIR VALID PICTURE IDENTIFICATION (DRIVER'S LICENSE/STATE IDENTIFICATION CARD), WITH THE EXCEPTION OF CHILDREN UNDER THE AGE OF SIXTEEN(16), WHO MAY USE THEIR SOCIAL SECURITY CARD.

I HAVE READ THE ABOVE STATEMENTS AND I HAVE LISTED MY (8) VISITORS NAME ABOVE.

I/M SIGNATURE _George Rhodes_      DATE _8/31/05_

C/O SIGNATURE _Walker_      DATE _____

*Sept. 05*

# HOUSTON COUNTY SHERIFF'S DEPARTMENT
## LAMAR GLOVER, SHERIFF

### VISITING LIST

NAME _RHODES, George Jr._ INMATE# _57322_

FLOOR LOCATION _____ DATE _08.31.05_

**VISITORS NAME**

1. _Glenda Rhodes_          1. _Donnell Crillon_
2. _Keesha Rhodes_          2. _____
3. _Kenyatta Rhodes_        3. _____
4. _Dawn Harvey_            4. _____

**BANNED**

1. _____          2. _____

<u>NOTE</u>
THIS IS A PERMANENT VISITING LIST. IT MAY ONLY BE CHANGE AFTER SIX(6)MONTHS. YOU WILL BE ALLOWED A TOTAL OF (8) NAMES ON YOUR VISITING LIST, BUT YOU WILL BE ALLOWED TWO (2) VISITORS TO COME ON YOUR VISITING DAY, CHILDREN (NO MATTER THEIR AGE, COUNT AS ONE VISITOR), AND THERE WILL NOT BE ANY EXCEPTIONS TO THIS RULE. EVERY VISITOR MUST SHOW THEIR VALID PICTURE IDENTIFICATION (DRIVER'S LICENSE/STATE IDENTIFICATION CARD), WITH THE EXCEPTION OF CHILDREN UNDER THE AGE OF SIXTEEN(16), WHO MAY USE THEIR SOCIAL SECURITY CARD.

I HAVE READ THE ABOVE STATEMENTS AND I HAVE LISTED MY (8) VISITORS NAME ABOVE.

I/M SIGNATURE _George Rhodes_          DATE _8/31/05_

C/O SIGNATURE _Walker_          DATE _____

**INMATE REQUEST FORM**

Date: 03.30.06

To: Chaplin David Baker

From: George Rhodes F-PO

INMATES #: 57322 F-8

C/O SIGNATURE: _Robert_

SR C/O SIGNATURE: _(CH)_

NATURE OF REQUEST: I am Requesting a (Large Print) Bible! Thank you very much.

ACTION TAKEN: 4/6/06 Please sign for "True On Inside"

X George Rhodes

Southeastern Printers / Form #5135 / Rev 3-98

---

**INMATE REQUEST FORM**

Date: 04.02.06  (F)

To: Sgt Reynolds

From: George H. Rhodes, JR

INMATES #: 57322. F8

C/O SIGNATURE: _Pr_

SR C/O SIGNATURE: _Ibr_

NATURE OF REQUEST: I am Requesting a Notary for a document, which I assume is time sensitive. Thank you very much.

Done - 4-4-06

ACTION TAKEN:

X H. Rhodes, Jr.

## INMATE REQUEST FORM

Date: 03.23.06                    INMATES #: 57322

To: C/O Skelton                   C/O SIGNATURE: S. Mooot

From: George Rhodes  F-POD        SR C/O SIGNATURE:

NATURE OF REQUEST: I AM Requesting hygeine items AS follow(s): shampoo, deorderant, & lotion. Thank you very much for your cooperation.

ACTION TAKEN:  **Indigent Package Issued:** 3-24-06

X H. Rhodes Jr.

Southeastern Printers / Form #5135 / Rev 3-98

---

## INMATE REQUEST FORM

Date: 03.27.06                    INMATES #: 57322 F8

To: Sgt on Duty                   C/O SIGNATURE:

From: George Rhodes  F-POD        SR C/O SIGNATURE: ?

NATURE OF REQUEST: I AM in need of carbon paper. Thank you very much.

ACTION TAKEN: Done 3/28/06

X H. Rhodes

Southeastern Printers / Form #5135 / Rev 3-98

## INMATE REQUEST FORM

Date: 02.06.06                          INMATES # 57322

To: Sgt-on-Duty                         C/O SIGNATURE _King_

From: George Rhodes / F-POD            SR C/O SIGNATURE _Buchanon_

**NATURE OF REQUEST** Please send me Two (2) sheets of carbon paper. Thank you very much.

**ACTION TAKEN** 02-06-06

We have ordered some carbon paper. It is not up yet. Sgt Buchanon

G. Rhodes, Jr.

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

---

F-8

## INMATE REQUEST FORM

Date: 03.20.06   (F)             INMATES # 57322

To: Sgt on Duty                         C/O SIGNATURE _H Russell_

From: George Rhodes   F-POD           SR C/O SIGNATURE _Buchanon_

**NATURE OF REQUEST** I am requesting a haircut prior to my scheduled court appearance set for April 6, 2006. Thank you very much with regards to this matter.

**ACTION TAKEN** You can get a haircut when it is time for your pod.

3/20/06

Sgt. Sumner   X   G. Rhodes

**INMATE REQUEST FORM**

Date: _01. 30. 06_                                INMATES # _57322_

To: _C/O Skelton_                                C/O SIGNATURE

From: _George Rhodes / F-POD_                    SR C/O SIGNATURE _9_

NATURE OF REQUEST _I am requesting hygeine items as follow(s):_
_shampoo, lotion, deodorant & Toothpaste._
_Please understand that I sustain a loss after my ex-cellmate_
_was reported To Sgt. Reynolds during a verbal altercation & not being_
_relocated To another pod. Thank you very much._

ACTION TAKEN _→ Bal_      **Indigent Package**      _E Stull_
                          **Issued: 1-31-06**

_X H. Rhodes_

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98    WO#54

---

**INMATE REQUEST FORM**

Date: _02. 06. 06_                                INMATES # _57322_

To: _C/O Skelton_                                C/O SIGNATURE _KB_

From: _George Rhodes / F-POD_                    SR C/O SIGNATURE _Beckman_

NATURE OF REQUEST _I am in need of Toilet Tissue & Toothpaste._
_Thank you very much_

ACTION TAKEN _→ Bal_      **Indigent Package**      _E Stull & Tissue_
                          **Issued: 2/8/06**

_X H. Rhodes, Jr._

## INMATE REQUEST FORM

Date: _12-02-05_                                      INMATES # _57322_

To: _Sgt on Duty_                                     C/O SIGNATURE _Bush_

From: _George Rhodes F-POD_                     SR C/O SIGNATURE _Jones_

NATURE OF REQUEST _I am requesting two (2) sheets of carbon paper to maintain copies of future legal correspondence. Thank you very much for your anticipated cooperation._

ACTION TAKEN _12-2-05_

_Done._

_Sgt. Jones_

X _G. Rhodes_

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98    WO#54

---

## INMATE REQUEST FORM

Date: _12.05.05_                                      INMATES # _57322_

To: _Sgt Davis /Docket_                           C/O SIGNATURE _Smith_

From: _George Rhodes F-POD_                     SR C/O SIGNATURE

NATURE OF REQUEST _I am requesting as to whether or not if I have any outstanding warrants. Thank you very much!_

ACTION TAKEN _You do not have any outstanding warrants at this time._

X _G. Rhodes_

_T. Smith    12-5-05_

## INMATE REQUEST FORM

Date: _09.29.05_  _Nelton_    INMATES # _57322_

To: _Sgt on Duty_    C/O SIGNATURE _Williams_

From: _George Rhodes  F. POD_    SR C/O SIGNATURE

**NATURE OF REQUEST** _I am Requesting the following personal hygeine items; shampoo, deoderant, lotions & body soap. These items should be issued on a regular basis instead of Twice a month, which will cover the entire Month._

_CC: File                    Thank You!_

**ACTION TAKEN** _No money on books 9/30/05_

**Indigent Package**    _So Shell_
**Issued:** _10-3-05_

_X  H. Rhodes_

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

## INMATE REQUEST FORM

Date: _09.17.05_                    INMATES # _57322_

To: _Sgt on Duty_                   C/O SIGNATURE _____

From: _George Rhodes F.POD_         SR C/O SIGNATURE _____

**NATURE OF REQUEST** _I am Requesting The following personal hygeine items: Soap, lotion & Toothpaste. Since none of The Aforementioned items were NOT issued PAST Thursday, September 15, 2005. I submitted a commissary order & never received it. Thank You!_

**ACTION TAKEN** _0 Balance_

**Indigent Package**
**Issued:** _9-19-05_    _E. Shult_

_A. Rhodes_

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

## INMATE REQUEST FORM

Date: 09.15.05

INMATES # 57322

To: C/O Walker

C/O SIGNATURE

From: George Rhodes F.POD

SR C/O SIGNATURE

NATURE OF REQUEST I never received my commissary order & wants to know if by accident the store order was given to someone in another pool. Thank You!

ACTION TAKEN 09-1705 I/m Rhodes you have $0 bal

x H. Rhodes

on Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

---

## INMATE REQUEST FORM

Date: 08.29.05

INMATES # 57322

To: Sgt on Duty

C/O SIGNATURE

From: George Rhodes (F.POD)

SR C/O SIGNATURE

NATURE OF REQUEST Please send me four (4) sheets of carbon paper for hand written copies of official documents. Thank You!

CC: File

ACTION TAKEN 8/29/05 You may have 2 pieces of carbon paper

x H. Rhodes                     5 ct Rth

F-Pod

## INMATE REQUEST FORM

Date: 08.17.05

INMATES # 57322

To: Sgt On Duty Skelton

C/O SIGNATURE

From: George Rhodes F-Pod

SR C/O SIGNATURE Jones

NATURE OF REQUEST I am requesting the following hygiene items; hair shampoo, body lotion, tooth paste & facial & body soap.

Thank You.

ACTION TAKEN ∅ Balance 8-22-05 & Blueb    Indigent Package

George Rhodes

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98    WO#54

## INMATE REQUEST FORM

Date: 08.17.05

INMATES # 57322

To: Chaplin David Baker

C/O SIGNATURE Smith

From: George Rhodes F-Pod

SR C/O SIGNATURE Jones

NATURE OF REQUEST I need a bible with large print for easy reading & request the Contemporary English Version. Thank You.

ACTION TAKEN 8/18/05    NO LARGE PRINT Bibles.

Please sign for CEV Bible.

George Rhodes

## INMATE REQUEST FORM

Date: _August 5, 2005_

To: _Inmate Records_

From: _George Rhodes E-Pod_

INMATES # _57322_

C/O SIGNATURE _Rhodes_

SR C/O SIGNATURE _____

NATURE OF REQUEST _I am requesting the date & time for my next court appearance. Thank you!_

_CC: File_

ACTION TAKEN _08-19-05 I'm Rhodes, from now on, use Case # DC 05-1709 as a reference number. No court dates set until after grand jury reports. C/Sue Linn's Signature x George Rhodes_

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

---

## INMATE REQUEST FORM

Date: _7/13/05_

To: _SGT-ON-DUTY_

From: _George Rhodes E-8_

INMATES # _57322_

C/O SIGNATURE _____

SR C/O SIGNATURE _____

NATURE OF REQUEST _It's imperative for me to have access to the Law Library to acquire updated legal information as entitled by federal laws. Thank you for your anticipated cooperation with regards to this matter._

_CC: File_

ACTION TAKEN _Done 7/19/05_

_x George Rhodes_

# INMATE REQUEST FORM

Date: 7/12/05

INMATES # 57322

To: Sgt on Duty

C/O SIGNATURE

From: George Rhodes F-8

SR C/O SIGNATURE AS/o Cain

**NATURE OF REQUEST** I've Requested A New wash cloth from C.O. GRACY yesterday And have yet To receive one + The delay impedes me from Taking A Regular Routine shower After 3:30 pm everyday. I anticipate cooperation To maintain Good Personal Hygiene, Thank You!

**ACTION TAKEN** if lost or misplaced you will have To Pay for. CC: File what is wrong or where is the one Issued to you at intake 7-12-05 C/o Hull

X George Rhodes

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98    WO#54

## INMATE REQUEST FORM

Date: _July 4, 2005_

To: _Sgt on Duty_

From: _George Rhodes F-POD_

INMATES #: _57322_

C/O SIGNATURE _J McKeel_

SR C/O SIGNATURE _____

**NATURE OF REQUEST** _____
_Please send me a bar of soap?_
_Thank you_

**ACTION TAKEN** _$ Balance give Indigent Pack  7-5-05_
_& stuff_
_X_        _George Rhodes_

Houston Printing    • Form #5135 • Rev. 3-98    WO#54

---

## INMATE REQUEST FORM

Date: _6-18-05_

To: ~~_Sgt on Duty_~~ _Chaplain_

From: _George Rhodes F-POD_

INMATES #: _57322_

C/O SIGNATURE _SMc_

SR C/O SIGNATURE _Jones_

**NATURE OF REQUEST** _I AM Requesting AN XL T-shirt & A pair of large boxer shorts, which will permit me to maintain A clean sanitary environment as specified by inmates Rules & regulations._
_Thank you for your full cooperation.  CC: File_

**ACTION TAKEN** _____
_6/23/05  File / Chaplain Answered_

H-4H

**INMATE REQUEST FORM**

Date: 5/13/05

To: Chaplin David Baker

From: George Rhodes F-Pod

INMATES # 57322

C/O SIGNATURE Duke

SR C/O SIGNATURE Jones

**NATURE OF REQUEST** Please send me a copy of the King James Version Bible. Thank You.

**ACTION TAKEN** 5/18/05 Please sign for KJV-Bible.

X George Rhodes

---

**INMATE REQUEST FORM**

Date: 5/8/05

To: Sgt on Duty

From: George Rhodes (Unit F - F8)

(F)

INMATES # 57322

C/O SIGNATURE Sapp

SR C/O SIGNATURE

**NATURE OF REQUEST**

(1) I am experiencing problems with contacting family & friends by Telephone

(2) Please send me three (3) sheets of carbon paper & pencil to prepare handwritten court documentation? Thank You

**ACTION TAKEN**     3 sheets of carbon paper sent on

X 5-9-05 George Rhodes

## INMATE GRIEVANCE FORM

DATE: _February 18_, 2006    POD/CELL LOCATION: _F 8 Bottom_

INMATE NAME: _RHODES, George_    INMATE NUMBER: _57322_

NATURE OF GRIEVANCE OR INFORMATION: _On February 16, 2006 Lt. Rocco disapproved Jimmy Forshee's notice of appeal despite logic to hold him accountable for my misconduct & has become an antagonist by finding malevolence which already exist under these vampirik conditions._
_If by chance I happen to get into a physical conflict either directly or indirectly as a result will not behave in any disrespectful manner towards any Sheriff Department personnel, seeking an excuse or justification to gain promotions through rank & file._

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? _For the record, any individuals or those in authority shall not manipulate or contrive methods that cause strife & hostile situation's amongst inmates, which is relatively no different than the U.S. Government's foreign policy designed to create political instability amongst third world countries._
_Please reverse Jim Forshee's notice of appeal to restore peaceful relations & harmonious co-existence._
_Thank you._

OFFICER RESPONSE OR FINDING? _____

SGT. ON DUTY RESPONSE: _I/m Rhodes, You share the cell, you share the section - Both occupants are responsible for the cells. If I/m's don't want to be written up for rules infractions then I suggest that both of you obey the rules-_
_Commander McCarty_
_2/21/06_

\* \* \* \* \* \* \* \* \* \* \* DO NOT SIGN UNTIL YOU HAVE READ RESPONSE \* \* \* \* \* \* \* \* \* \* \* \* \*

DATE GRIEVANCE RETURNED: _02.21.06_

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: _G. Rhodes, Jr._

# INMATE GRIEVANCE FORM

DATE: 01.24.06 , 2005        POD/CELL LOCATION: 57322

INMATE NAME: George Rhodes        INMATE NUMBER: F-POD

NATURE OF GRIEVANCE OR INFORMATION: On January 15, 2006 I submitted a request form to Sgt. Davis explaining my situation to avoid a physical conflict with I/m Laventa Dawkins in F8 Top because of his reluctant actions of going into my drawer without permission is an invasion of privacy. However, his efforts to provoke + harass me continued despite my unofficial transfer to F9 Bottom. It has reached the point of him literally coming next door & banging on the plastic window disturbing I/m Hall Rubin while he was asleep.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? Quiet naturally, since I've been in F-POD for approximately nine months I have seen numerous individuals that were a source of agitation or frustration removed and placed in different units/pods. I Now fully understand why certain family members refuse to bail him out of said Jersey with investing their hard earned money in his future.

OFFICER RESPONSE OR FINDING? _____

SGT. ON DUTY RESPONSE: As of 1-29-06, I/m Dawkins not assigned to F-pod.

* * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: _____

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: _____

# INMATE GRIEVANCE FORM

DATE: _01.24.06_ , 2005    POD/CELL LOCATION: _57322_

INMATE NAME: _George Rhodes_    INMATE NUMBER: _F-POD_

NATURE OF GRIEVANCE OR INFORMATION? On January 15, 2006 I submitted a request form to Sgt. Davis explaining my situation to avoid a physical conflict with I/m Tarenta Dawkins in F8 Top because of his belstrant actions of going into my dran without permission is an invasion of privacy. However, his efforts to provoke + harass me continued despite my unofficial transfer to F9 Bottom. It has reached the point of him literally coming next door & banging on the plastic window disturbing I/m Hall Autoin while he was asleep.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? Quiet naturally, since I've been in F-POD for approximately nine months I have seen numerous individuals that were a source of agitation or frustration removed and placed in different units/pods. I now fully understand why certain family members refuse to bail him out of each & every with investing their hard earned money in his future.

OFFICER RESPONSE OR FINDING? _____

SGT. ON DUTY RESPONSE: As of 1-29-06, I/m Dawkins not assigned to F-pod.

* * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: _____

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: _____

## INMATE GRIEVANCE FORM

DATE: _Dec 20_, 2005    POD/CELL LOCATION: _____

INMATE NAME: _George Henry Rhodes, Jr._  INMATE NUMBER: _57322_

NATURE OF GRIEVANCE OR INFORMATION: On Tuesday, December 20, 2005 at approx 6:00 am C/o Smith called out many names over the intercom system & at the time did not specify the pod location for I'm George Rhodes. I being uncertain if George Dante Rhodes or George Henry Rhodes, Jr, had a court date simply decided to inquire if she meant the person in F. POD or G. POD. During our conversation & without hesitation C/o Smith clearly stated F. POD or to get ready for court after breakfast.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I Understand, I will give C/o Smith the benefit of doubt for now & disregard this incident as being deliberate. However, in the near future wish to avoid the unnecessary mental anguish & emotional duress stemming from sitting in the Multipurpose room as a direct result of incompetence or inflicted by Nagerism which is a severe mental disorder that produces gross violations of human rights. I will only Answer to George Henry Rhodes, Jr.

OFFICER RESPONSE OR FINDING? _____

SGT. ON DUTY RESPONSE: _12-21-05_ C/o Smith does NOT work in A-H and does NOT call out names on the intercom. If sitting in the Multipurpose Room causes you unnecessary mental anguish & emotional duress as opposed to sitting in your cell or dayroom I will consider that is what caused you to make a racial remark which only displays ignorance. If anyone is displaying a severe mental disorder, it is the author of this grievance form. Your human rights have not been violated! Sgt Buckman

* * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: _21 Dec 05_

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: _G. H. Rhodes, Jr._

# INMATE GRIEVANCE FORM

DATE: _October 19, ___ 2005    POD/CELL LOCATION: _F8 Bottom_

INMATE NAME: _George Rhodes_    INMATE NUMBER: _57322_

NATURE OF GRIEVANCE OR INFORMATION: _On Tuesday, October 18, 2005 at approx 10:00 A.M. a Sheriff's Department Personnel made an announcement to all inmates in F. POD, suggesting we file a complaint through proper channels regarding the issue of sleeping under the blankets due to cold temperatures. For the record, many correction officers are walking around this facility with thermal wind breaker jackets to combat the intolerable climate. Why shall we be penalized for exercising common sense to stay warm & healthy sleeping under a blanket to protect our best interest of self preservation?_

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? _I believe a simple solution would be the elimination of harassment by extending the time allowed to sleep under the blankets._
_[signatures/names] ... Powell Jimmy Jefferson Jennifer West, Ricky D. Smith Chris Dayton (Emmanuel Coble) Vander Gabe ___ Ray Bracond George Neal (William Jackson) James Bacon, Arthur Hooks_

OFFICER RESPONSE OR FINDING? _____

SGT. ON DUTY RESPONSE: _I/M Rhodes - According to the Inmate Rules which was posted in each Pod and went into effect 9-5-05 under Living Area Requirements - Section D. "Bunks will be in Compliance from 8:00 AM to 9:00 PM, Monday through Friday." Section E. "On Saturday and Sunday, bunks will be in Compliance from 10 AM to 9 PM." Your bunk has to be in Compliance. That does not mean you Cannot ● lie down - we cannot turn the tempature up and down every few hours. You might try getting up, getting dressed, wear thermal underwear under your oranges, But the bunks have to be in Compliance -                         Commander McClarty 10-19-05_

* * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: _10-19-05_

CORRECTIONS OFFICER SIGNATURE: _Sgt. Dugger_

INMATE SIGNATURE: _George Rhodes_

# INMATE SANCTION/RESTRICTION DOCUMENTATION

| NAME OF INMATE: | DATE: | JAIL NUMBER: |
|---|---|---|
| Rhodes, George | 2-11-06 | 57322 |

| CURRENT CELL: F8 | CELL I/M MOVED TO (IF APPLICABLE) |
|---|---|

TYPE OF SANCTION OR RESTRICTION          DATES START/END

_____ WKS  ⬭ SUSPENSION OF TELEPHONE PRIVILEGES _____ / _____

2 WKS  ⊗ SUSPENSION OF COMMISSARY PRIVILEGES _____ / _____

12 WKS  ⊗ LOSS OF VISITATION PRIVILEGES 02/25-06/06 _____ / _____

⬭ MINIMUM 72 HOURS CELL RESTRICTION _____ / _____

⬭ OTHER _____

NOTE: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?    YES_____    NO _____

| OFFICER REQUESTING SANCTION/RESTRICTION | OFFICER AUTHORIZING SANCTION/RESTRICTION |
|---|---|
| Stodden | T. Walker 02/14/06 |

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

At approximately 0100, while doing a security round in Pod, I observed that cell F8 had paper over the vent. This is a violation of Rule #3. No paper products or any other type products will be placed over the cell windows, vents, doors, cell lights or on walls.

Sgt. Mask

IGNATURE OF SGT. OR ASC/O

REVISED 07/2004 PER W.B. MCCARTY, JAIL COMMANDER

DATE APPEAL SENT _02/14/06_

# NOTICE OF APPEAL FOR INMATE DISCIPLINARY

Inmate Name: _RHODES, George_    HCJ# _57322_    POD _F-POD_

Date filing notice of appeal: _02.14.06_

On, _____, 2005, an Inmate Disciplinary hearing was held by Officer _S. Hooper_.

charging inmate _____, with a violation of Houston County Jail Inmate Rules and Regulations

# _____

The circumstances of the violations are: _____

_____

The disciplinary found me to be guilty/not guilty of a major/minor offense.  Punishment was set at:

_____

I wish to appeal the decision because: _I/m Rhodes takes full responsibility for exercising common sense to stay warm & healthy by covering the air vent especially since this jail administration refuses to turn on the heat._

*********DO NOT WRITE BELOW THIS LINE—ADMINISTRATION USE ONLY*****************

On the _16_ day of _February_, 200_6_ an appeal of the Disciplinary action taken against inmate

_George Rhodes_ was reviewed by _Lt. Rocco_, and the following action was taken:

APPEAL APPROVED    (APPEAL DISAPPROVED)    OTHER ACTION TAKEN: _____

Basis for approval/disapproval of appeal: _I/m Rhodes' notice of Appeal is not properly filled out._

_____

********************************************************************************

I hereby certify that a completed copy of the foregoing appeal was served on the above named inmate on the _____

day of _16th Feb 2006._

_T. Walker_                                 _____
Officer Signature                           Inmate Signature

# INMATE SANCTION/RESTRICTION DOCUMENTATION

| NAME OF INMATE: Rhodes, George | DATE: 2-11-06 | JAIL NUMBER: 57322 |
|---|---|---|
| CURRENT CELL: F8 | CELL I/M MOVED TO (IF APPLICABLE) | |

| TYPE OF SANCTION OR RESTRICTION | DATES START/END |
|---|---|

_____ WKS ⟨◯⟩ SUSPENSION OF TELEPHONE PRIVILEGES _____ / _____

_2_ WKS ⟨✗⟩ ~~SUSPENSION OF COMMISSARY PRIVILEGES~~ _____ / _____

_12_ WKS ⟨✗⟩ LOSS OF VISITATION PRIVILEGES 02/25 & 06/06 / _____

⟨◯⟩ MINIMUM 72 HOURS CELL RESTRICTION _____ / _____

⟨◯⟩ OTHER _____

NOTE: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?    YES_____    NO _____

| OFFICER REQUESTING SANCTION/RESTRICTION | OFFICER AUTHORIZING SANCTION/RESTRICTION |
|---|---|
| Stodden | T Walker  02/14/06 |

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

At approximately 0100, while doing a security round in Fpod, I observed that cell F8 had paper over the vent. This is a violation of Rule #3. No paper products or any other type products will be placed over the cell windows, vents, doors, cell lights or on walls.

Sgt. Mark
SIGNATURE OF SGT. OR ASC/O

REVISED 07/2004 PER W.B.MCCARTY, JAIL COMMANDER

DATE APPEAL SENT _02/14/06_

# NOTICE OF APPEAL FOR INMATE DISCIPLINARY

Inmate Name: _RHODES, George_     HCJ# _57322_     POD _F-POD_

Date filing notice of appeal: _02.14.06_

On. _____, 2005, an Inmate Disciplinary hearing was held by Officer _S. Hooper_.

charging inmate _____, with a violation of Houston County Jail Inmate Rules and Regulations

# _____

The circumstances of the violations are: _____

_____

The disciplinary found me to be guilty/not guilty of a major/minor offense.  Punishment was set at:

_____

_____

I wish to appeal the decision because: _I/M Rhodes Takes full responsibility for exercising common sense to stay warm & healthy by covering the air vent especially since this Jail administration refuses to turn on the heat._

*******DO NOT WRITE BELOW THIS LINE—ADMINISTRATION USE ONLY*****************

On the _16_ day of _February_, 200_6_ an appeal of the Disciplinary action taken against inmate

_George Rhodes_ was reviewed by _Lt. Rocco_, and the following action was taken:

APPEAL APPROVED   (APPEAL DISAPPROVED)   OTHER ACTION TAKEN: _____

Basis for approval/disapproval of appeal: _I/M Rhodes' notice of Appeal is Not properly filled out._

_____

_____

********************************************************************************

I hereby certify that a completed copy of the foregoing appeal was served on the above named inmate on the _____

day of _16th Feb 2006_.

_____          _____
Officer Signature                      Inmate Signature

#3

# NMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: Rhodes, George    DATE: 12-17-05    JAIL NUMBER: 57322

CURRENT CELL: F-8- Bottom    CELL I/M MOVED TO (IF APPLICABLE)

TYPE OF SANCTION OR RESTRICTION                    DATES START/END

_____ WKS    ⬭ SUSPENSION OF TELEPHONE PRIVILEGES _____ / _____

~~_____~~ ~~⬭~~ SUSPENSION OF COMMISSARY PRIVILEGES _____ / _____

2 WKS    ⬭ LOSS OF VISITATION PRIVILEGES 01-748-06    / 01-14-15/05

⬭ MINIMUM 72 HOURS CELL RESTRICTION _____ / _____

⬭ OTHER _____

THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED
TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?    YES _____    NO _____

OFFICER REQUESTING SANCTION/RESTRICTION    OFFICER AUTHORIZING SANCTION/RESTRICTION

Pye                                        T. Walker    12/22/05

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

At Approximately 2000 hours Inmate
Rhodes was caught with door- props- or
plastic in locking mechanisms. According
to Rule NO.

NO 2. No foreign objects will be placed in
the jail doors to keep the door open or
prevent locking. All inmates housed in a
cell will be required to keep the cell clean
and free of debris.

E        O        S

Sgt. Jones

SIGNATURE OF SGT. OR ASC/O    REVISED 07/2004 PER W.B. MCCARTY, JAIL COMMANDER

DATE APPEAL SENT _12-21-05_

# NOTICE OF APPEAL FOR INMATE SANCTION/RESTRICTION

Inmate Name: _George Henry Rhodes, JR_    HCJ# _57322_    POD _F_

Date filing notice of appeal: _12-22-05_

On, _12-17-05_ 2005, an Inmate Sanction/Restriction was written by Officer _Dye_,

charging inmate(s) _George Henry Rhodes, JR + Larenta Dawkins_, with a violation of Houston County Jail Inmate Rules and Regulations

# _____

The circumstances of the violations are: _On several different occasions corridor officers refuse to open the cells when the door accidentally shuts close & after taking a shower I get stuck standing outside the door with a wet towel & other items in hand._

The sanction found me to be guilty/not guilty of a major/minor offense. Punishment was set at: _____

I wish to appeal the decision because: _I'm Rhodes takes full responsibility for violation of Rule #2 because I'm Larenta Dawkins shall not be penalized due to my action which is an unacceptable disc. discrimination that needs form of to cease._

**********DO NOT WRITE BELOW THIS LINE—ADMINISTRATION USE ONLY******************

On the _23_ day of _Dec_, 2005, an appeal of the Sanction/Restriction taken against inmate

_Rhodes_ was reviewed by _Sgt Ron_, and the following action was taken:

APPEAL APPROVED    (APPEAL DISAPPROVED)    OTHER ACTION TAKEN: _____

Basis for approval/disapproval of appeal: _Using the dunhil_ _____

_____

_____

************************************************************************************

hereby certify that a completed copy of the foregoing appeal was served on the above named inmate on the _23_

ay of _Dec_, 2005.

_Sgt Ron_

Offi___ Signature

INMATE SERVED COPY--**YES**

#3

# NMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: RHodes, George   DATE: 12-17-05   JAIL NUMBER: 57322

| CURRENT CELL: F-8 Bottom | CELL I/M MOVED TO (IF APPLICABLE) |
|---|---|

TYPE OF SANCTION OR RESTRICTION                     DATES START/END

___ WKS ◯ SUSPENSION OF TELEPHONE PRIVILEGES _____ / _____

~~___~~ ◯ SUSPENSION OF COMMISSARY PRIVILEGES _____ / _____

2 WKS ◯ LOSS OF VISITATION PRIVILEGES 01-748-06   / 01-14+15-06

◯ MINIMUM 72 HOURS CELL RESTRICTION _____ / _____

◯ OTHER _____

THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED
TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?   YES_____   NO_____

| OFFICER REQUESTING SANCTION/RESTRICTION | OFFICER AUTHORIZING SANCTION/RESTRICTION |
|---|---|
| Pye | T. Walker   12/22/05 |

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

At Approximately 2000 hours Inmate
RHodes was caught with door-props-or
plastic in locking mechanisms. According
to Rule NO.

NO 2. No foreign objects will be placed in
the jail doors to keep the door open or
prevent locking. All inmates housed in a
cell will be required to keep the cell clean
and free of debric.

E _____ O _____ S

Sgt. Jones

SIGNATURE OF SGT. OR ASC/O

REVISED 07/2004 PER  W.B.MCCARTY, JAIL COMMANDER

DATE APPEAL SENT _12-21-05_

# NOTICE OF APPEAL FOR INMATE SANCTION/RESTRICTION

Inmate Name: _George Henry Rhodes, Jr_    HCJ# _57322_    POD _F_

Date filing notice of appeal: _12-22-05_

On, _12-17-05_ , 2005, an Inmate Sanction/Restriction was written by Officer _Dye_ ,

charging inmate(s) _George Henry Rhodes, Jr & Lacenta Dawkins_ , with a violation of Houston County Jail Inmate Rules and Regulations

# _____

The circumstances of the violations are: _On several different occasions correction officers refuse to open the cells when the door accidentally shuts close & after taking a shower I get stuck standing outside the door with a wet towel & other items in hand_

The sanction found me to be guilty/not guilty of a major/minor offense.  Punishment was set at: _____

I wish to appeal the decision because: _I'm Rhodes takes full responsibility for violation of Rule #2 because I'm Lacenta Dawkins shall not be penalized due to my actions which is an unacceptable form of discrimination that needs to cease_

************DO NOT WRITE BELOW THIS LINE—ADMINISTRATION USE ONLY******************

On the _23_ day of _Dec_ , 2005, an appeal of the Sanction/Restriction taken against inmate

_Rhodes_ was reviewed by _Sgt Rhu_ , and the following action was taken:

APPEAL APPROVED    (APPEAL DISAPPROVED)    OTHER ACTION TAKEN: _____

Basis for approval/disapproval of appeal: _Per the dockets_

_____

_____

*****************************************************************************

hereby certify that a completed copy of the foregoing appeal was served on the above named inmate on the _23_

day of _Dec_ , 2005.

_____    INMATE SERVED COPY--**YES**

Officer Signature

# Inmate Sanction/Restriction Documentation #2

Inmate Name: _Rhodes, George_     Date: _12/14/05_     Inmate Number: _57322_

Pod Location: _F8_     Pod/Cell Inmate moved to (If applicable): _____

---

Type of Restriction/Sanction:                                     Date to Begin   /   Date to End

| | | | |
|---|---|---|---|
| _1_ Wks | ⊗ | Suspension of Commissary Privileges | _____ / _____ |
| _1_ Wks | ⊗ | Loss of Visitation Privileges | _12/31/05_ + _01-01-06_ |
| _____ Days | ◯ | Segregation to Cell | _____ / _____ |
| | ◯ | Minimum 72 Hours Cell Restriction | _____ / _____ |
| | ◯ | OTHER _____ | |

---

Note: The Sgt. /ASCO must be notified immediately of any Sanction/Restriction applied to inmates and must countersign this form. Fill in the area below with a full and complete explanation of reasons for Sanction/Restriction.

| Officer Requesting Sanction/Restriction | Officer Authorizing Sanction/Restriction |
|---|---|
| _Jackson_ | _T. Walker 12/15/05_ |

_During Security rounds there were
items left on table which is a violation
of rule #10._

---

Violation of Rule #10—Inmates must maintain their cells and common areas in a clean, sanitary, and orderly condition.

| Signature of Sgt. /ASCO | |
|---|---|
| _(1)_ | |

Revised 09/2005
W.B. McCarty
Jail Commander

# Inmate Sanction/Restriction Documentation

Inmate Name: _Rhodes George_   Date: _12-10-05_   Inmate Number: _57322_

Pod Location: _A Pod/Cell 8B_   Pod/Cell Inmate moved to (If applicable): _____

---

Type of Restriction/Sanction:                                    Date to Begin  /  Date to End

_1_ Wks   ☒ **Suspension of Commissary Privileges**   _____ / _____

_1_ Wks   ☒ **Loss of Visitation Privileges**   _12-17 & 18 05_ / _____

_____ Days   ◯ Segregation to Cell   _____ / _____

◯ Minimum 72 Hours Cell Restriction   _____ / _____

◯ OTHER _____

---

Note: The Sgt./ASCO must be notified immediately of any Sanction/Restriction applied to inmates and
st countersign this form. Fill in the area below with a full and complete explanation of reasons for
Sanction/Restriction.

| Officer Requesting Sanction/Restriction | Officer Authorizing Sanction/Restriction |
|---|---|
| _T. Walker_ | _T. Walker 12/12/05_ |

On 12-10-05 at approx. 0117 Hrs. As I access, I was con-
ducting a Watch Tour and saw Picture Hanging on his
Cell Wall and Books on His Cell Window. Inmate
Rhodes George #57322 was in Violation of Houston
County Jail Rule #3. See Details Below.

_End of Statement_

---

Violation of Rule #3—No paper products or any other type product will be placed over cell windows, vents,
doors, cell lights or on the walls.

Signature of Sgt./ASCO

Revised 09/2005
W.B. McCarty
Jail Commander

# INMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: George Rhodes   DATE: 9/16/05   JAIL NUMBER: 57322

CURRENT CELL: F8- Bottom   CELL I/M MOVED TO (IF APPLICABLE)

### TYPE OF SANCTION OR RESTRICTION          DATES START/END

_____ WKS ⬭ SUSPENSION OF TELEPHONE PRIVILEGES_____/_____

_____ WKS ⬭ SUSPENSION OF COMMISSARY PRIVILEGES_____/_____

1 WKS ⬭ LOSS OF VISITATION PRIVILEGES 09-24-05 /09-25-05

⬭ MINIMUM 72 HOURS CELL RESTRICTION_____/_____

⬭ OTHER_____

NOTE: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?   YES_____   NO_____

OFFICER REQUESTING SANCTION/RESTRICTION         OFFICER AUTHORIZING SANCTION/RESTRICTION
_Sugar_                                          _T. Walker_ 9/17/05

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

While conducting the morning floor check, the above named inmate was found to not be in compliance with the Living Area Requirement section of the Inmate Rules and Regulations. Bunks will be in compliance during the following hours of 8:00 A.M. to 9:00 P.M. See example below:

I/m sleep in Bed.



EXAMPLE LIVING AREA REQUIREMENTS

TOWEL-WASH CLOTH CENTERED AT FOOT OF BED

### NON-COMPLIANCE OF RULES LISTED BELOW MAY RESULT IN SANCTION/DISCIPLINARY ACTION

1. BUNKS WILL BE IN COMPLIANCE WITH (ABOVE) EXAMPLE DURING THE FOLLOWING HOURS:
   8:00 A.M. TO 8:00 P.M. MONDAY THROUGH FRIDAY
   7:30 A.M. TO 8:00 P.M. SATURDAY AND SUNDAY
   ***NOTE: THE OFFICER WILL CHECK YOUR CELL BEFORE THE INMATE IS ALLOWED TO "ROLL-OUT" OF THE CELL. IF THE INMATE'S CELL IS NOT IN AN ORDERLY MANNER, THE INMATE WILL REMAIN ON LOCKDOWN AND RECEIVE A SANCTION/RESTRICTION.
2. EACH INMATE WILL KEEP HIS/HER AREA CLEAN AND CLEAR OF LITTER.
3. NO ITEMS UNDER BUNKS EXCEPT SHOES, AND SHOES MUST BE ALIGNED AT THE END OF THE BUNK.

_Sgt Nunn_
SIGNATURE OF SGT. OR ASC/O                REVISED 07/2004 PER W.B. MCCARTY, JAIL COMMANDER

# NOTICE OF APPEAL FOR INMATE SANCTION/RESTRICTION

Inmate Name: _RHODES, George_    HCJ# _57322_    POD _F8 Bottom_

Date filing notice of appeal: _09.18.05_

On, _____, 2005, an Inmate Sanction/Restriction was written by Officer _____,

charging inmate _____, with a violation of Houston County Jail Inmate Rules and Regulations

# _____.

The circumstances of the violations are: _____

_____.

The sanction found me to be guilty/not guilty of a major/minor offense. Punishment was set at: _____

I wish to appeal the decision because _I/M Rhodes was not under the blanket & clearly exercise the routine of making the bed after break-fast to avoid being disturbed while sleeping by Sgt. Reynolds. OK! This is RETALIATORY ACTION from two weeks ago 9/7/05_

*********DO NOT WRITE BELOW THIS LINE—ADMINISTRATION USE ONLY*****************

On the _19_ day of _Sept_, 2005, an appeal of the Sanction/Restriction taken against inmate

_George Rhodes_ was reviewed by _Commander McCarty_, and the following action was taken:

APPEAL APPROVED    ~~APPEAL DISAPPROVED~~    OTHER ACTION TAKEN: _____

Basis for approval/disapproval of appeal: _I/m Rhodes, Make your bed by 0800._

_____.

**********************************************************************************

I hereby certify that a completed copy of the foregoing appeal was served on the above named inmate on the _____

day of _20/Sept_, 2005.

_T. Walk_                              INMATE SERVED COPY _X_

Officer Signature

*2*

*Due to the fact*
*I/m received on 7-15-05*
*for the something*

# INMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: George Rhodes    DATE:    JAIL NUMBER: 57322

CURRENT CELL: F 8    CELL I/M MOVED TO (IF APPLICABLE)

TYPE OF SANCTION OR RESTRICTION    DATES START/END

_____ WKS    ◯ SUSPENSION OF TELEPHONE PRIVILEGES _____ / _____

__1__ WKS    ◯ SUSPENSION OF COMMISSARY PRIVILEGES 8 - 7-05 / 8-12-05

_2_ WKS    ◯ LOSS OF VISITATION PRIVILEGES 8-6&7-05 / 8-13&14-05

◯ MINIMUM 72 HOURS CELL RESTRICTION _____ / _____

◯ OTHER _____

NOTE: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?    YES _____    NO _____

OFFICER REQUESTING SANCTION/RESTRICTION    OFFICER AUTHORIZING SANCTION/RESTRICTION
C/o Cauley    7-18-05

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

While conducting the morning floor check, the above named inmate was found to not be in compliance with the Living Area Requirement section of the Inmate Rules and Regulations. Bunks will be in compliance during the following hours of 8:00 A.M. to 9:00 P.M. See example below:

EXAMPLE LIVING AREA REQUIREMENTS

*I/m under blanket*

TOWEL-WASH CLOTH
CENTERED AT FOOT
OF BED

NON-COMPLIANCE OF RULES LISTED
BELOW MAY RESULT IN SANCTION/DISCIPLINARY ACTION

BUNKS WILL BE IN COMPLIANCE WITH (ABOVE) EXAMPLE DURING THE FOLLOWING HOURS:
8:00 A.M. TO 9:00 P.M. MONDAY THROUGH FRIDAY
7:30 A.M. TO 9:00 P.M. SATURDAY AND SUNDAY
**NOTE: THE OFFICER WILL CHECK YOUR CELL BEFORE THE INMATE IS ALLOWED TO "ROLL-OUT" OF THE CELL. IF THE INMATE'S CELL IS NOT IN AN ORDERLY MANNER, THE INMATE WILL REMAIN ON LOCKDOWN AND RECEIVE A SANCTION/RESTRICTION.
EACH INMATE WILL KEEP HIS/HER AREA CLEAN AND CLEAR OF LITTER.
NO ITEMS UNDER BUNKS EXCEPT SHOES, AND SHOES MUST BE ALIGNED AT THE END OF THE BUNK.

Sgt. Reynolds    REVISED 07/2004 PER W.B. MCCARTY, JAIL COMMANDER
SIGNATURE OF SGT. OR ASC/O

5/3/22

```
CR0575              ALABAMA JUDICIAL INFORMATION SYSTEM       CASE: DC 2005 001709.00
OPER: AMI                    CASE ACTION SUMMARY
AGE:  1                       DISTRICT  CRIMINAL            RUN DATE: 05/02/2005
IN THE DISTRICT COURT OF  HOUSTON                                     JUDGE: SEJ

STATE  OF  ALABAMA                    VS       RHODES GEORGE
                                               607 S. USSERY ST
CASE: DC 2005 001709.00
                                               DOTHAN, AL  36301 0000

DOB: 04/06/1965       SEX: M  RACE: B  HT: 5 09  WT: 145    HR: BLK EYES: BRO
SSN: 426601749  ALIAS NAMES:

CHARGE01: BURGLARY 3RD DEGREE   CODE01: BUR3   LIT: BURGLARY 3RD D TYP: F #: 001
OFFENSE DATE: 04/29/2005              AGENCY/OFFICER: 0390100 B BAXLE

DATE WAR/CAP ISS:                     DATE ARRESTED: 04/29/2005
DATE     INDICTED:                    DATE     FILED: 05/02/2005
DATE    RELEASED:                     DATE   HEARING:
BOND      AMOUNT:      $10,000.00        SURETIES:

DATE 1: 05/03/2005  DESC: APPO          TIME: 0200 P
DATE 2:             DESC:               TIME: 0000

TRACKING NOS: WR 2005 013987 00   /                        /

   DEF/ATY: Hon. Joe Herring          TYPE: (C)                   TYPE:
                           00000                    00000

PROSECUTOR:

TH CSE: WR2005013987D0 CHK/TICKET NO: WR2005013987     GRAND JURY: 052-07
COURT REPORTER: _____  SID NO:   000000000
DEF STATUS: JAIL                    DEMAND:                      OPER: AMI

DATE         ACTIONS,  JUDGEMENTS,  AND  NOTES
```

| | |
|---|---|
| 5/2/2005 | Defendant before the Court and advised of his/her rights, Hon. Joe Herring is appointed counsel for the Defendant. ~~DISTRICT JUDGE~~ |
| 05-02-05 | |
| 5/3/2005 | COPY CAS/warrant to attorney |
| 5/5/05 | Request for Preliminary Hearing |
| 5/6/2005 | PRELIMINARY HEARING IS SET FOR 1st DAY OF JUNE 2005 AT 8:30 A.M. |
| 5/6/2005 | copy CAS to attorney |
| 6-1-2005 | Cont'd to July 7, 2005 at 8:30 A.m. JUDGE |
| 10/1/05 | COPY CAS TO ATTY |

↓

6-8-2005   Motion for Bond Reduction

6-9-2005   Bond hearing set Monday 6/13/2005 at 2:00pm.

6-9-2005   Copy CAS to DA, Jail, & atty.

6/13/2005   after a hearing, motion to reduce bail is denied.

_____, JUDGE

6/14/05   Copy to atty

7/7/2005   **Defendant withdraws request for preliminary hearing and shall be bound over to await action of the grand jury.**

_____, JUDGE   Judge

57322

```
AC60572            ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: DC 2005 001709.00
OPER: AMI                    CASE ACTION SUMMARY
PAGE:   1                   DISTRICT  CRIMINAL                 RUN DATE: 05/02/2005
============================================================================
IN THE DISTRICT COURT OF  HOUSTON                                    JUDGE: SEJ

STATE  OF  ALABAMA                    VS      RHODES GEORGE
                                              507 S. USSERY ST
CASE: DC 2005 001709.00
                                              DOTHAN, AL  36301 0000

DOB: 04/06/1965        SEX: M  RACE: B  HT: 5 09  WT: 165    HR: BLK EYES: BRO
SSN: 136601743   ALIAS NAMES:
CHARGE01: BURGLARY 3RD DEGREE   CODE01: BUR3  LIT: BURGLARY 3RD D TYP: F #: 001
OFFENSE DATE: 04/29/2005                    AGENCY/OFFICER: 0380100 B BAXLE
DATE WAR/CAP ISS:                          DATE ARRESTED: 04/29/2005
DATE    INDICTED:                          DATE     FILED: 05/02/2005
DATE    RELEASED:                          DATE   HEARING:
BOND     AMOUNT:      $10,000.00               SURETIES:

DATE 1: 05/02/2005  DESC: APPO            TIME: 0200 P
DATE 2:             DESC:                 TIME: 0000
TRACKING NOS: WR 2005 013987 00  /                        /
```

DEF/ATY: Hon. Joe HERRING          TYPE: (C)                        TYPE:
                                           00000                          00000

PROSECUTOR:

```
============================================================================
OTH CSE: WR2005013987-00  CHK/TICKET NO: WR2005013987    GRAND JURY: 052-07
COURT REPORTER:                   SID NO:      000000000
DEF STATUS: JAIL               DEMAND:                         OPER: AMI
============================================================================
DATE        ACTIONS, JUDGEMENTS, AND NOTES
============================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 5/2/2005 | Defendant before the Court and advised of his/her rights. Hon. ~~Joe Herring~~ is appointed counsel for the Defendant. ~~DISTRICT JUDGE~~ |
| 05-02-05 | |
| 5/3/2005 | COPY CAS/warrant to attorney |
| 5/5/05 | Request for Preliminary Hearing |
| 5/6/2005 | PRELIMINARY HEARING IS SET FOR 1ST DAY OF JUNE 2005 AT 8:30 A.M. |
| 5/6/2005 | copy CAS to attorney |
| 6-1-2005 | Cont'd to July 7, 2005 at 8:30 am    JUDGE |
| 10/1/05 | COPY CAS TO ATTY |

↓

6-8-2005    Motion for Bond Reduction
6-9-2005    Bond hearing set Monday 6/13/2005 at 2:00pm.
6-9-2005    Copy CAS to DA, Jail, & atty.

6/13/2005   After a hearing, motion to reduce bail is denied.

, JUDGE

57322

```
CR0575        ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: DC 2005 001709.00
OPER: AMI               CASE ACTION SUMMARY
AGE:    1               DISTRICT    CRIMINAL            RUN DATE: 05/02/2005
```

IN THE DISTRICT COURT OF  HOUSTON                                    JUDGE: SEJ

STATE  OF  ALABAMA                    VS       RHODES GEORGE
                                               507 S. USSERY ST
CASE: DC 2005 001709.00
                                               DOTHAN, AL   36301 0000

DOB: 04/06/1965        SEX: M   RACE: B   HT: 5 09   WT: 165   HR: BLK  EYES: BRO

SSN: 19451749  ALIAS NAMES:

CHARGE01: BURGLARY 3RD DEGREE   CODE01: BUR3   LIT: BURGLARY 3RD D TYP: F #: 001
OFFENSE DATE: 04/29/2005               AGENCY/OFFICER: 0380100 B BAXLE

DATE WAR/CAP ISS:                      DATE ARRESTED: 04/29/2005
DATE  INDICTED:                        DATE    FILED: 05/02/2005
DATE RELEASED:                         DATE HEARING:
BOND   AMOUNT:      $10,000.00         SURETIES:

DATE 1: 05/03/2005   DESC: APPD        TIME: 0300 P
DATE 2:              DESC:             TIME: 0000

TRACKING NOS: WR 2005 013987 00  /                          /

    DEF/ATY: Hon. Joe HERRING          TYPE: (C)                    TYPE:

                        00000                         00000

PROSECUTOR:

```
TH CSE: WR2005013987DD CHK/TICKET NO: WR2005013987   GRAND JURY: 052-07
COURT REPORTER:                   SID NO:      000000000
DEF STATUS: JAIL                  DEMAND:                      OPER: AMI
```

DATE        ACTIONS, JUDGEMENTS, AND NOTES

5/2/2005    Defendant before the Court and advised of
            his/her rights, Hon. Joe Herring
            is appointed counsel for the Defendant

                        DISTRICT JUDGE

05-02-05 CAS

5/3/2005    Copy CAS/warrant to attorney
5/5/05      Request for Preliminary Hearing

5/6/2005    PRELIMINARY HEARING IS
            SET FOR 1st DAY OF
            June 2005 AT 8:30 A.M.

5/6/2005    Copy CAS to attorney

6-1-2005    Cont'd to July 7, 2005 at 8:30 am
                                            , JUDGE

10/1/05     Copy CAS TO Atty!

                        ↓

6-8-2005   Motion for Bond Reduction
6-9-2005   Bond hearing set Monday 6/13/2005 at 2:00pm.

57322
05-02-05

```
ACR0373                ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: DC 2005 001709.00
OPER: AMI                      CASE ACTION SUMMARY
PAGE:   1                       DISTRICT   CRIMINAL                  RUN DATE: 05/02/2005
============================================================================
IN THE DISTRICT COURT OF  HOUSTON                                      JUDGE: SEJ

STATE  OF  ALABAMA                  VS       RHODES GEORGE
                                             507 S. USSERY ST
CASE: DC 2005 001709.00
                                             DOTHAN, AL  36301 0000

DOB: 04/06/1965          SEX: M  RACE: B  HT: 5 09  WT: 165    HR: BLK EYES: BRO
SSN: 136501743  ALIAS NAMES:
============================================================================
CHARGE01: BURGLARY 3RD DEGREE  CODE01: BUR3  LIT: BURGLARY 3RD D TYP: F #: 001
OFFENSE DATE: 04/29/2005                    AGENCY/OFFICER: 0380100 B BAXLE
DATE WAR/CAP ISS:                          DATE ARRESTED: 04/29/2005
DATE     INDICTED:                         DATE     FILED: 05/02/2005
DATE     RELEASED:                         DATE  HEARING:
BOND       AMOUNT:       $10,000.00           SURETIES:

DATE 1: 05/02/2005  DESC: APPD            TIME: 0200 P
DATE 2:             DESC:                 TIME: 0000
TRACKING NOS: WR 2005 013987 00  /                          /

     DEF/ATY: Hon. Joe Herring          TYPE: (C)                    TYPE:
                              00000                              00000

PROSECUTOR:
============================================================================
OTH CSE: WR2005013987.00  CHK/TICKET NO: WR2005013987       GRAND JURY: 052-07
COURT REPORTER:                     SID NO:      000000000
DEF STATUS: JAIL                    DEMAND:                          OPER: AMI
============================================================================
DATE        ACTIONS.  JUDGEMENTS.  AND  NOTES
```

5/2/2005   Defendant before the Court and advised of
           his/her rights, Hon. Joe Herring
           is appointed counsel for the Defendant.

           DISTRICT JUDGE