# HOUSTON COUNTY JAIL
## NURSING DEPARTMENT
## FLOW SHEET

NAME: **Rhodes, George**   D.O.B. **4-6-65**   I/M # **57322**

**MEDICATIONS:**

9/15/06
1. Atenolol 25mg PO daily
2. ASA 81mg PO daily

9/29/06
3. IBU 600mg PO bid x 10days then ↓ 400 bid x 20d
4. Flexeril 10mg PO bid x 30 days

4/4/06
5. Flexeril 10mg po bid x30 days

5/11/06
6. Ultram 100mg po tid x 30d·
7. Tylenol 1gm· po tid x 30d
8.
9.
10.

**CLINIC'S :**

cont
HIV _____
COPD _____
SEIZURE _____
DIABETIC _____
HEPATITIS _____
HYPERTENSION ✓_____
LAB:

NURSE SHT · Calcification in soft tissue

| DATE | | |
|---|---|---|
| 4/4 X-ray (R) femur | | |
| 5/1/06 MRI - L. max   ? Chondrosarcoma   ? osteogenic sarcoma | | |
| DATE | | |
| DATE | | |
| DATE | | |
| DATE | | |
| DATE | | |

**PROBLEMS:**

DATE
DATE
DATE
DATE
DATE

**MISCELLANEOUS:**

6/20/06-0830 c̄ Dr.
Searle-UAB
(205) 975-0475
(Michelle Shay NP)

| 1/05: | Normal GXT |
| | LV funct |
| 3/9/05  114/81 |
| PmHx: exploration |
| 11-4-05 - HR = 68 |
| 7/4/05  X-ray ® femur → indeterminate calcification in soft tissue ® thigh |

Pg. #

**DIABETIC FLOW SHEET**      **BP FLOW SHEET**

4/25/06 - MRI - ® upper femur - rescheduled to 4/28/06 @ 0645 - rescheduled 2° equip failure - Sched for 5/1/06
5/2/06 (appt rescheduled 2° I/M in court)  - 5/10/06 - MRI
5/15/06 - Appt @ SRJ

# HOUSTON COUNTY JAIL
## NURSING DEPARTMENT
### LAMAR GLOVER , SHERIFF

# HYPERTENSION CLINIC

B/m
F poob

**BLOOD PRESSURE FLOW SHEET:**

NAME Rhodes, George     D.O.B. 4-6-65     I/M # 57322

| DATE | BP | WT | DATE | BP | WT | DATE | BP | WT |
|------|-----|-----|------|-----|-----|------|-----|-----|
| 10-17-05 | 115/77 | | | | | | | |
| 11-4-05 | HR = 68 | | | | | | | |
| 12-9-05 | 127/90 | | | | | | | |
| Rec | 128/89 | | | | | | | |
| 2-10-06 | 117/75 | | | | | | | |
| 4-4-06 | 131/40 118/90 | | | | | | | |
| 2/22/06 | 119/79 60 | | | | | | | |
| 9/9/05 | 116/81 | | | | | | | |
| 10/12/05 | | | | | | | | |
| 5/3/06 | 115/77 HR92 | | | | | | | |

Other Disease's:

# HOUSTON COUNTY JAIL
# RECEIVING SCREENING FORM

F-FIR
98²

NAME: Rhodes, George    RACE/SEX: B/m    D.O.B: 4/6/65

DATE: 4/29/05    TIME: _____    DOCTOR: _____

BOOKING OFFICER: P mills    MEDICAL INSURANCE: _____

SOCIAL SECURITY NUMBER: 136 - 60 - 1743    INMATE NUMBER: 57322

## VISUAL OPTION:

1. IS THE PERSON CONSCIOUS? — **YES** NO
2. IS THERE PAIN OR OTHER SYMPTOMS OF NEED FOR EMERGENCY MEDICAL TREATMENT? — YES **NO**
3. IS THERE OBVIOUS FEVER OR OTHER EVIDENCE OF INFECTION WHICH MIGHT SPREAD? — YES **NO**
4. IS THE SKIN IN GOOD CONDITION AND FREE OF VERMIN? — **YES** NO
5. DOES HE/SHE APPEAR TO BE UNDER THE INFLUENCE OF ALCOHOL OR DRUGS? — YES **NO**
6. ARE THER ANY VISIBLE SIGNS OF ALCOHOL/DRUG WITHDRAWAL SYMPTONS? — YES **NO**
7. DOES HE/SHE BEHAVE ABNORMALLY?    EXPLAIN _____ — YES **NO**

8. DOES THE INMATES BEHAVIOR SUGGEST THE RISK OF ASSAULT TO STAFF OR OTHERS? — YES **NO**
9. DOES THE INMATE HAVE A MEDICAL ALERT CARD OR OTHER MEDICAL INFORMATION? — YES **NO**

## OFFICIAL – INMATE QUESTIONNAIRE:

10. ARE YOU TAKING MEDICATION FOR DIABETES, HEART DISEASE, SEIZURES, ARTHRITIS, ASTHMA, ULCERS, HIGH BLOOD PRESSURE, OR PSYCHIATRIC DISORDER? (CIRCLE WHICH). — YES NO
11. DO YOU HAVE MEDICATION WITH YOU? — YES **NO**
12. DO YOU HAVE A HISTORY OF TUBERCULOSIS? — YES **NO**
13. DO YOU HAVE A HISTORY OF VENEREAL DISEASE OR ABNORMAL DISCHARGE? — YES **NO**
14. HAVE YOU RECENTLY BEEN HOSPITALIZED OR RECENTLY SEEN A DOCTOR FOR ANY REASON? IF YES, EXPLAIN: _____ — YES **NO**
15. ARE YOU ALLERGIC TO ANY MEDICATION? WHAT? _____ — YES **NO**
16. HAVE YOU FAINTED RECENTLY OR HAD A HEAD INJURY? — YES **NO**
17. DO YOU HAVE EPILEPSY, DIABETES, HEPATITIS, OR ANY CHRONIC ILLNESS? _____ — YES **NO**
18. DO YOU HAVE A PAINFUL, DENTAL CONDITION? — YES **NO**
19. IF FEMALE, ARE YOU PREGNANT? ON BIRTH CONTROL PILLS? (CIRCLE WHICH) — YES **NO**
20. DO YOU HAVE A SPECIAL DIET PRESCRIBED BY A PHYSICIAN? TYPE_____ — YES **NO**

21. DO YOU HAVE ANY OTHER MEDICAL PROBLEM WE SHOULD KNOW ABOUT? REMARKS: _____ — YES **NO**

**HOUSTON COUNTY JAIL**
**JAIL DOCKET CARD**

1515

| INMATE # | LAST NAME | FIRST | MIDDLE | MAIDEN | ALIAS | VICTIM NOTIFICATION |
|---|---|---|---|---|---|---|
| 5720 | Rhodes | George | " NMN " | | Henry | |

| ARRESTING AGENCY | DATE RECEIVED | TEMP RELEASE DATE | RETURN DATE | RELEASE DATE | HOW RELEASED | ARRESTING OFFICER |
|---|---|---|---|---|---|---|
| DPD | 4/29/05 | | | | | B. Bailey |

| RISK | STATUS | | FLOOR | CELL | DOCKET OFFICER | | AGENCY HOUSED FOR |
|---|---|---|---|---|---|---|---|
| | | | P | Pk | M ___ | | |

| AGE | DOB | SSN | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | AGENCY HOUSED FOR |
|---|---|---|---|---|---|---|---|---|---|
| | 4/14/65 | 13b-10-1743 | B | M | 5'9" | 165 | Blk | Bro | Houston |

| ENTRANCE NCIC/BY | ENTRANCE HOUSTON/BY | ENTRANCE DPD/BY | FELONY CRIMINAL HISTORY/BY |
|---|---|---|---|
| Neg   GR | Neg 348 | Neg   Came | |

| EXIT NCIC/BY | EXIT HOUSTON/BY | EXIT DPD/BY | ATTORNEY |
|---|---|---|---|
| | | | |

| HOLD 1 | DATE/BY | HOLD RELEASE DATE/BY | HOLD 2 | DATE/BY | HOLD RELEASE DATE/BY |
|---|---|---|---|---|---|

| HOLD 3 | DATE/BY | HOLD RELEASE DATE/BY | HOLD 4 | DATE/BY | HOLD RELEASE DATE/BY |
|---|---|---|---|---|---|

| ADDRESS | CITY | STATE | PROBATION/PAROLE OFFICER |
|---|---|---|---|
| 507 S Ussery St 5424 | Dothan | AL | |

| NEXT OF KIN | ADDRESS | CITY/STATE | PHONE | RELATION |
|---|---|---|---|---|
| Keesha Rhodes | Same | | | Sister |

**REMARKS:**

DID INMATE RECEIVE PHONE CALL? [ ] Y [ ] N

DID INMATE RECEIVE JAIL RULES? [ ] Y [ ] N

INMATE SIGNATURE X _____

SOUTHEASTERN PRINTERS OF DOTHAN / FORM HCJDC 334-792-2928

INMATE # 57322

NAME: RHODES, GEORGE

| CHARGE | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|
| Burglary 3RD | 05-1317 | 05-1701 | 296 | | |
| BOND | | | | | |
| Co-01-05 @ 1:30 AM Paul Hens. | | | | | |
| (10,000) | 5-18-05 8:30 AM | | | | |
| 04/13 Motion to reduce denied. | | | 07/07/05 AAG Turtt error? | | |

| CHARGE | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|
| | | | | | |
| BOND | | | | | |

| CHARGE | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|
| | | | | | |
| BOND | | | | | |

| CHARGE | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|
| | | | | | |
| BOND | | | | | |

| CHARGE | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|
| | | | | | |
| BOND | | | | | |

HOUSTON COUNTY SHERIFFS OFFICE

INMATE INFORMATION SHEET

Page    1

BOOKING NO:    050001725                                      LOCAL ID:    57322

Name    : RHODES GEORGE "NMN"

Address: 507 S. USSERY ST

City    : DOTHAN                State: AL  Zip: 36303



## Physical Description

Race  :  **BLACK**              Hair :  **BLACK**

Gender: **MALE**                Eyes :  **BROWN**

Height:  5 ' 09 "               Complexion:  **UNKNOWN**

Weight: 165                     DOB:  04/06/1965        Age: 40

Scars/Tattoos:

## Personal Information

DL State :                      Home Phone:  334 794 5424

DL Number:                      Work Phone:  334 699 1820

SSN:  136 60 1743

SID:

## Booking Information

Arrest Date: 04/29/2005          Booking Officer: TJACKSON

Arrest Dept: **DPD**             Booking Date: 04/29/2005

Arrest Offcr: BAXLEY             Booking Time: 23:46

Search Offcr:                    Facility:  01

Meal Code: 01                    Cell Assignment: F-FLR

## Charge Information

|              |         | Fine     | Bond    | Disposition |
|--------------|---------|----------|---------|-------------|
| Offense      |         |          |         |             |
| BURG III     |         | $00.00   | $10,000 | PENDING     |

## HOUSTON COUNTY JAIL
### RECEIPT OF ARMBAND

I _Rhodes, George_ have received an armband from Houston County Jail. I must wear this armband at all times while incarcerated in the Houston County Jail. I understand that I must have the armband on to receive medication, commissary, mail or any other items from the jail staff. If I am caught with out my armband I will receive a sanction. I must turn in this armband upon release from the jail. I can not give this armband to any other inmate.

_George Rhodes_
**Inmate Signature**

_6/18/05_
**Date**

_K. Barnes_
**C/O Signature**

_6/17/05_
**Date**

# HOUSTON COUNTY JAIL
## BOOKING CHECK OFF LIST

DATE: 4/22/05    TIME:

SENIOR CORRECTIONS OFFICER(S) DUTY: Brown

Inmate Name: Broks, George    Inmate Number: 57322

**BOOKING OFFICER MUST INITIAL AFTER COMPLETING EACH ITEM AND SIGN IN THE PROPER SPACE.**

1. All personal property secured
2. Check in-house warrants
3. Check for last incarceration
4. Arrest report completed by arresting officer
5. All charges listed on arrest report and bonds listed for each charge
6. **Bond amount noted on warrant**
7. All inmate property tagged/placed in envelope
8. Property envelope completely filled out/signed by inmate
9. All money counted/logged in money book
10. Money envelope completed/supervisor counts
11. SCO calls control and logs money in SCO money book
12. SCO seals money/places in box
13. **Check for outstanding warrants ____ NCIC ____ Dothan**
14. Inmate numbers properly assigned
15. Inmate recorded in black book
16. Inmate recorded on white pages
17. **Docket I.D., floor card completed, and bond amount verified on docket card**
18. Fingerprint card completed
19. Medical screen completed
20. Affidavit of hardship completed
21. Green disposition form completed (FBI)
22. Property hold form (telephone call, bond applied)
23. Fingerprinted/photographed/entered in computer
24. Property card completed
25. Visitor/Telephone list completed
26. Inmate handbook received
27. **Bond completed/amount checked against warrant**
28. **Correct court date noted on bond**
29. **Inmate and surety signature on bond**
30. **All pass on information documented in pass book**

Signature of Booking Officer(s)

Southeastern Printers of Dothan, 334-792-2928

 

*Houston County Jail Medical Clinic*
*901 East Main Street*
*Dothan, Alabama 36301*

# Fax Transmittal

**Phone:** (334) 712-0762
**Fax:** (334) 671-9482

*Lamar Glover, Sheriff*

*Dr. Sam Banner, Medical Director*

*Darla Speigner CRNP, Clinical Director*

**To:** _SAMC — Outpatient_

**Dr:** _____

**Department:** _Medical Records_

| Inmate Name: | DOB | SS# |
|---|---|---|
| Rhodes, George | 4-6-65 | 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 |

Please Send The Requested:

☐ Medical Records                    ☐ Medical Administration Record
☐ ~~Medical Diagnosis~~              ☐ ~~X-ray Reports~~
☐ Other_____                 ☐ Specified Dates_____

Thanks for your Cooperation

_Houston County Nursing Department_

Faxed 4-5 drg

**Southeast Alabama**
# MEDICAL CENTER

# AUTHORIZATION FOR USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION

## Page 1 of 2

**Patient Identification**

Printed Name: _Rhodes, George_                    Date of Birth: _4-6-65_

Address: _____

_____

Social Security #: _____    Telephone: _____

**Information To Be Released - Covering the Periods of Health Care**

From (date) _April 4, 2006_ to (date) _Present_

From (date) _____ to (date) _____

**Please check type of information to be released:**

| | | |
|---|---|---|
| ☐ Complete health record | ☑ Face Sheet | ☐ X-ray films / Images |
| ☐ Complete billing record | ☐ History and physical exam | ☑ X-ray reports |
| ☐ Consultation reports | ☐ Itemized bill | ☐ _____ |
| ☐ Discharge summary | ☐ Laboratory test results | ☐ _____ |
| ☐ Emergency Dept. Reports | ☐ Pathology Report | ☐ _____ |

☐ Other, (specify) _Outpatient on 4-4-ᵈ_

**Purpose of Request**

☐ Treatment or consultation        ☐ At the request of the patient        ☐ Billing or claims payment

☐ Other, (specify) _____

**Who and Where to Send / Release Information**

Name: _____

Address: _____

_____

**Drug and/or Alcohol Abuse, and/or Psychiatric, and/or HIV/AIDS Records Release**
I understand if my medical or billing records or psychotherapy notes contain information in reference to drug and/or alcohol abuse, psychiatric care, sexually transmitted disease, Hepatitis B or C testing, and/or other sensitive information, I agree to its release.
**Circle One:** / Yes / No

I understand if my medical or billing records or psychotherapy notes contain information in reference to HIV/AIDS (Human Immunodeficiency Virus/Acquired Immunodeficiency Syndrome) testing and/or treatment I agree to its release.
**Circle One:** (Yes) No

**Time Limit & Right to Revoke Authorization**
Except to the extent that action has already been taken in reliance on this authorization, at any time I can revoke this authorization by submitting a notice in writing to the facility Medical Records Manager at Southeast Alabama Medical Center, P. O. Box 6987, Dothan, AL 36302. Unless revoked, this authorization will expire on the following date or event _____, or 180 days from date of signature, unless otherwise specified.



Southeast Alabama
# MEDICAL CENTER

# AUTHORIZATION FOR USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION

### Page 2 of 2

**Re-disclosure**
I understand the information disclosed by this authorization may be subject to re-disclosure by the recipient and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. SOUTHEAST ALABAMA MEDICAL CENTER, ITS AFFILIATES, its employees, officers and physicians are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**Signature of Patient or Personal Representative Who May Request Disclosure**
I understand that my treatment or payment for services will not be denied if I do not sign this authorization unless specified on the other side of this form under Purpose of Request. I can inspect or receive a copy of the protected health information to be used or disclosed. I understand that there may be a charge for copies.
I authorize SOUTHEAST ALABAMA MEDICAL CENTER to use and disclose the protected health information specified on the other side of this form.

_____    Date   4 - 5 - 06
Signature of Patient or Personal Representative

_____    _____
Relationship if not patient: (Guardian/Executor of Estate/Personal Representative)    Day time phone number

Witness: _____

========================================================================

*For Southeast Alabama Medical Center Use Only:*

Patient's Medical Record # _____    Account # _____

**Check Records Received by Patient:**

| | | |
|---|---|---|
| ❑ Complete health record | ❑ Face Sheet | ❑ X-ray films / Images |
| ❑ Complete billing record | ❑ History and physical exam | ❑ X-ray reports |
| ❑ Consultation reports | ❑ Itemized bill | ❑ _____ |
| ❑ Discharge summary | ❑ Laboratory test results | ❑ _____ |
| ❑ Emergency Dept. Reports | ❑ Pathology Report | ❑ _____ |

❑ OTHER _____

TOTAL PAGES SENT/GIVEN: _____

Identity of Requestor Verified via:   ❑ Photo ID   ❑ Matching Signature   ❑ Other, specify _____

_____

Verified by: _____

TELEPHONE FOR MEDICAL RECORDS: (334) 793-8964

SOUTHEAST ALABAMA MEDICAL CENTER

Physicians

Orders

## PHYSICIAN ORDERS

INMATE: _Rhodes, George_

DATE: _6/15/06_

CT scan of head & chest with & without Contrast;

Dx: rule out metastatic Carcinoma

R. Spigon CRNP/Dr. Brown

please send results or disc & paper for referral to UAB ASAP

Thanks

6/15/06   Please reschedule the CT scan

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                                    DR. SAM DANNER

DATE 5-11-06

Inmate Rhodes, George D.O.B. 4-6-65 IM# 57322

Chief
Complaint MRI- Results

Allergies NKDA                    V/S  133/86  92  18  98.2
                                              Re ↗ 90
                                        Wt. 165

                                                    O2 = 98%

Discussed MRI reports - have referred to orthop. surgeon

                                                    CSV
                                                    7SV
                                                    CTV
                                                    MARV
Ultram 100 mg po tid x 30d. prn
Tylenol 1gm po tid

                                        [signature] Danner

# SOUTHEAST ALABAMA MEDICAL CENTER

PO Drawer 6987,  Dothan, AL 36302
334-793-8111

## RADIOLOGY SERVICES

### MRI REPORT

Patient Name:  RHODES, GEORGE

XRAY/MR#:  000400545                     Account #: 2777788          Room:MI- -
DOB:  04/06/1965                         Age: 41                     Pt Type: O
Order #: 00127777888379206               Accession #:  001000000154472
CDM: 3836172

Attending Physician:  Sam Banner, MD
Ordering Physician:  Sam Banner, MD
Referring Physician:  Sam Banner, MD
Exam Requested: MRI LOW EXT WO/W RT
Exam Date:  05/10/2006

PROCEDURE:  MR RIGHT FEMUR W/O AND W/GADOLINIUM
HISTORY:    RIGHT HIP PAIN AND SWELLING SINCE 2/11/06. PATIENT FELL AND
            HURT RIGHT HIP ON 2/11/06.
COMPARISON: PLAIN RADIOGRAPHS 4/4/06
TECHNIQUE:  PATIENT STUDIED WITH AXIAL, CORONAL AND SAGITTAL T1 AND STIR
            SEQUENCES. IN ADDITION POST GADOLINIUM FAT SUPPRESSED
            CORONAL AND AXIAL T1 WEIGHTED SEQUENCES PERFORMED.

FINDINGS:
There is a large mass-like area involving the right upper thigh which is
slightly hyperintense to muscle on T1 and is markedly hyperintense on T2
and has internal areas of mixed signal. Associated with this is abnormal
marrow signal in the region of the greater trochanter of the femur and
extending slightly into the intertrochanteric area. Review of the plain
x-ray from 4/4 shows some soft tissue calcification. Following
Gadolinium administration there is abnormal enhancement evident within
the periphery of the soft tissue of the mass as well as some abnormal
enhancement within the intertrochanteric portion of the femur itself.

Continued..

                                                        MR #: 000400545

Name:  RHODES,GEORGE
Hugh Holloway, MD

                    COPY FOR Sam Banner, MD

MRI
Page 2 of 2

# SOUTHEAST ALABAMA MEDICAL CENTER
PO Drawer 6987,  Dothan, AL 36302
334-793-8111


The mass-like area mainly is involving the area of the vastus lateralis
but near the upper thigh is almost completely encircling the femoral
shaft. Main considerations particularly given the history of pain the
abnormal soft tissue calcification and the appearance of the mass with
the abnormal Gadolinium enhancement is that of some type of
chondrosarcoma. Other considerations include osteogenic sarcoma or much
less likely a stress fracture of the femur with associated myositis
ossificans. Patient incidentally appears to have some small inguinal
lymph nodes bilaterally.

IMPRESSION:
1)  LARGE MASS MEASURING APPROXIMATELY 13 X 9 X 8.5cm WHICH HAS
    ASSOCIATED SURROUNDING EDEMA IN THE SOFT TISSUES OF THE THIGH AS
    WELL AS ABNORMAL MARROW SIGNAL IN THE GREATER TROCHANTERIC REGION
    OF THE FEMUR. THIS IS SUSPICIOUS FOR ENTITIES SUCH AS A
    CHONDROSARCOMA, OSTEOGENIC SARCOMA OR LESS LIKELY A MALIGNANT
    FIBRO-CYSTICOTOMY. STRESS INJURY TO THE FEMUR WITH ASSOCIATED
    MYOSITIS OSSIFICANS MIGHT POSSIBLY GIVE THIS APPEARANCE BUT IS
    FELT LESS LIKELY GIVEN THE MARKEDLY ABNORMAL ENHANCEMENT PATTERN
    IN THE PROXIMAL FEMUR.


Hugh Holloway, MD

DD:  5/10/2006 13:02     dm
DT:  5/10/2006 16:11     147847


Name:  RHODES, GEORGE                              MR:  000400545
Hugh Holloway, MD

                    COPY FOR Sam Banner, MD

HOUSTON COUNTY JAIL
INFIRMARY
901 EAST MAIN STREET
DOTHAN , ALABAMA 36301

## SECTION 1 TO BE COMPLETED BY CORRECTIONAL FACILITY

| Inmate referred to : (Name & Address)<br>DR. Choquette<br>SB&J on the Circle | Reason for referral:<br>MRI results from 5/10/06 reveal<br>osteogenic sarcoma |
|---|---|

| Appointment Date<br>5/15/06 | Appointment Time<br>0800 (8a.m) | Date of Birth<br>4-6-65 | Social Security #<br>136 60 1743 |
|---|---|---|---|

| Inmates Name:<br>Rhodis, George | Additional Health Info. :<br>Atenolol 25mg po daily<br>ASA 81mg po daily |
|---|---|

SB Reynolds
05-11-06

Reason for Referral :

Deputy Required  yes ( )  No ( ✓ )          Ambulance Required   Yes ( )  No ( ✓ )

Nurse : _____  RN  or  k. Laguerre _____ LPN

## SECTION 2 TO BE COMPLETED BY INMATE

I authorize release of medical information to the Houston County Sheriff's Department.

_____          Date : _____
Signature of Inmate

## SECTION 3 TO BE COMPLETED BY PROVIDER

( ) Treated     ( ) Further follow -up needed     ( ) REFER for another Treatment or Test

| DIAGNOSIS: | TREATMENT : |
|---|---|
| | |

SIGNATURE OF PROVIDER                    DATE

| CLINIC DIRECTOR :<br>D. Speigner CRNP | Telephones : (334) 712-0762  ext. 120 or 122<br>Sheriff's Office  ( 334) 677- 4888 |
|---|---|

*Sgt Turner 5-2-06*

*9²⁰*

# HOUSTON COUNTY JAIL
## INFIRMARY
### 901 EAST MAIN STREET
### DOTHAN , ALABAMA 36301

**SECTION 1 TO BE COMPLETED BY CORRECTIONAL FACILITY**

| Inmate referred to : (Name & Address) *SAMC - Outpatient admitting for "MRI"* | Reason for referral: *Md order* | | |
|---|---|---|---|
| **Appointment Date** *5-10-06* | **Appointment Time** *930 AM* | **Date of Birth** *4/6/65* | **Social Security #** *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* |
| **Inmates Name:** *Rhodes George* | **Additional Health Info. :** | | |

Reason for Referral :

Deputy Required  yes ( ) No (X)          Ambulance Required   Yes ( ) No (X)

Nurse : _____ RN or  *h. Laguerre*  LPN

**SECTION 2 TO BE COMPLETED BY INMATE**

I authorize release of medical information to the Houston County Sheriff's Department.

*George H. Rhodes Jr.*          Date : *5-10-06*
Signature of Inmate

**SECTION 3 TO BE COMPLETED BY PROVIDER**

( ) Treated      ( ) Further follow -up needed      ( ) REFER for another Treatment or Test

| DIAGNOSIS: | TREATMENT : |
|---|---|
|  |  |

*✓CS*

SIGNATURE OF PROVIDER                    DATE

CLINIC DIRECTOR :
D. Speigner CRNP          Telephones : (334) 712-0762  ext. 120 or 122
                          Sheriff's Office  ( 334) 677- 4888

*Wednesday 5/10/06 930 Am*

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                    DR. SAM BANNER

DATE 5-10-06

Inmate Rhodes, George  D.O.B. 4-6-65  IM# 57322

Chief
Complaint _____

Allergies ~~[illegible]~~                 V/S 120/88  93  18  98.2

- States on Monday, while sitting down, he
developed sharp, constant pains down posterior
(R) upper leg & anterior (R) lower leg. States the pain lasted from 1300-1325 & was
afraid to bend his knee then 2° pain. C/o limited RBM in (R) thigh area/joint.
Denies any further occurrences such as this.       Wt. 166
- (R) upper thigh still noted to have an area of swelling. - Still measures 62cm.
NAD.
Pedal pulses palp/equal bilat

- R/o

- Muscle Rub (per Inn request)
Refer

Went for MRI p lpn visit
Waiting for MRI
results

CS✓

ʮ    - to [illegible] Dr Banner 5/10/06

SDJ  5/15/06

Rhodes, George

5/10/06

States pain in back just popped up in a couple of minutes he noticed pain in front of leg & leg (knees)

# PHYSICIAN ORDERS

INMATE: Rhodes, George    # 57322

DATE: 5/10/06

MRI results discussed ī Dr. Berron

Plan - 1. Schedule I/m to see Dr. Berron tomorrow ✓done

2. Schedule referral to Southern Bone & Joint 793-2663
Dana
next week for osteogenic sarcoma

D.Spigner CRNP

LPN
to
go ī
I/m




*Houston County Jail Medical Clinic*
*901 East Main Street*
*Dothan, Alabama 36301*

# Fax Transmittal

Phone: (334) 712-0762
Fax:    (334) 671-9482

*Lamar Glover, Sheriff*

*Dr. Sam Banner, Medical Director*

*Darla Speigner CRNP, Clinical Director*

**To:** _SAMC — Outpatient_

**Dr:** _____

**Department:** _Medical_

| Inmate Name: | DOB | SS# |
|---|---|---|
| Rhodes, George | 4-6-65 | 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 |

Please Send The Requested:

- ☐ Medical Records
- ☐ Medical Diagnosis
- ☐ Other _____

- ☐ Medical Administration Record
- ☐ X-ray Reports
- ☐ Specified Dates _____

_MRI — Results_

Thanks for your Cooperation

_[signature]_

Houston County Nursing Department

_asap !_

_please_

**Southeast Alabama**
# MEDICAL CENTER

# AUTHORIZATION FOR USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION

### Page 1 of 2

**Patient Identification**

Printed Name: _Rhodes, George_   Date of Birth: _4-6-65_

Address: _____

_____

Social Security #: _136 - 60 - 4317_   Telephone: _____

**Information To Be Released - Covering the Periods of Health Care**

From (date) _May 10, 2006_ to (date) _____

From (date) _____ to (date) _____

**Please check type of information to be released:**

| | | |
|---|---|---|
| ☐ Complete health record | ☐ Face Sheet | ☐ X-ray films / images |
| ☐ Complete billing record | ☐ History and physical exam | ☐ X-ray reports |
| ☐ Consultation reports | ☐ Itemized bill | ☐ _____ |
| ☐ Discharge summary | ☐ Laboratory test results | ☐ _____ |
| ☐ Emergency Dept. Reports | ☐ Pathology Report | ☐ _____ |

☐ Other, (specify) _____

**Purpose of Request**

☐ Treatment or consultation    ☐ At the request of the patient    ☐ Billing or claims payment

☐ Other, (specify) _____

**Who and Where to Send / Release Information**

Name: _____

Address: _____

_____

**Drug and/or Alcohol Abuse, and/or Psychiatric, and/or HIV/AIDS Records Release**

I understand if my medical or billing records or psychotherapy notes contain information in reference to drug and/or alcohol abuse, psychiatric care, sexually transmitted disease, Hepatitis B or C testing, and/or other sensitive information, I agree to its release.
   Circle One: (Yes)   No

I understand if my medical or billing records or psychotherapy notes contain information in reference to HIV/AIDS (Human Immunodeficiency Virus/Acquired Immunodeficiency Syndrome) testing and/or treatment I agree to its release.
   Circle One: (Yes)   No

**Time Limit & Right to Revoke Authorization**

Except to the extent that action has already been taken in reliance on this authorization, at any time I can revoke this authorization by submitting a notice in writing to the facility Medical Records Manager at Southeast Alabama Medical Center, P. O. Box 6987, Dothan, AL 36302. Unless revoked, this authorization will expire on the following date or event _____, or 180 days from date of signature, unless otherwise specified.



**Southeast Alabama**
**MEDICAL**
**CENTER**

# AUTHORIZATION FOR USE AND DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

### Page 2 of 2

**Re-disclosure**
I understand the information disclosed by this authorization may be subject to re-disclosure by the recipient and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. SOUTHEAST ALABAMA MEDICAL CENTER, ITS AFFILIATES, its employees, officers and physicians are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**Signature of Patient or Personal Representative Who May Request Disclosure**
I understand that my treatment or payment for services will not be denied if I do not sign this authorization unless specified on the other side of this form under Purpose of Request. I can inspect or receive a copy of the protected health information to be used or disclosed. I understand that there may be a charge for copies.
I authorize SOUTHEAST ALABAMA MEDICAL CENTER to use and disclose the protected health information specified on the other side of this form.

_____     __5 - 10 - 06__
Signature of Patient or Personal Representative                    Date

_____     _____
Relationship if not patient: (Guardian/Executor of Estate/Personal Representative)     Day time phone number

Witness: _____

==================================================================================

**For Southeast Alabama Medical Center Use Only:**

Patient's Medical Record # _____    Account # _____

**Check Records Received by Patient:**

- ❑ Complete health record
- ❑ Complete billing record
- ❑ Consultation reports
- ❑ Discharge summary
- ❑ Emergency Dept. Reports

- ❑ Face Sheet
- ❑ History and physical exam
- ❑ Itemized bill
- ❑ Laboratory test results
- ❑ Pathology Report

- ❑ X-ray films / Images
- ❑ X-ray reports
- ❑ _____
- ❑ _____
- ❑ _____

❑ OTHER _____

TOTAL PAGES SENT/GIVEN: _____

Identity of Requestor Verified via:    ❑ Photo ID    ❑ Matching Signature    ❑ Other, specify _____

_____

Verified by: _____

TELEPHONE FOR MEDICAL RECORDS:  (334) 793-8864

SOUTHEAST ALABAMA MEDICAL CENTER
P. O. BOX 6987

# FACSIMILE
## COVER SHEET

*Whatever you do, do it well.*™

www.samc.org

**Southeast Alabama**
# MEDICAL CENTER

**To:** Houston County Jail Medical Clinic

**Fax:** 671-9482

**From:** *Release of Information*
*Dot Thompson*

**Fax:** (334) 712-3509 or (334) 793-8863
(334) 699-4392

**Phone:**

**Re:** Rhodes, George

**Date:** 5-1-06

**Time:**

Number of pages
*(including cover sheet)* 4

**Message:** MRI Report
not ready yet

DT

### Quality Services

Behavioral Medicine Center
Cancer Center
Cardiology Center
Diabetes Treatment Center
Dothan Surgery Center
Emergency Center
Home Health Care
Home Medical Equipment
Industrial and
Occupational Health
Lithotripsy
Maternal & Infant Care
Neurodiagnostics
Open MRI
Outpatient Service Center
Pain Management Center
Radiology
Rehabilitation Services
Same Day Surgery
Sleep Disorders
Surgical Services
Women's Imaging Center

### COMMUNITY OUTREACH

Childbirth Education
Community Education
Community Health Education
Medical Call Center
Physician Information
& Referral
Senior Discovery Program
Support Groups
Adult Volunteers
Teenage Volunteer Program

### PRIMARY CARE NETWORK

*Alabama*
Enterprise Medical Clinic
Houston Medical Group

*Florida*
Chipley Medical Group

## IMPORTANT NOTICE

This message is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the message to us, via the U.S. Postal Service, at the address below.

1108 ROSS CLARK CIRCLE, DOTHAN, AL 36301-3088
P.O. BOX 6987, DOTHAN, AL 36302-6987

2.764/93

6 41

# HOUSTON COUNTY JAIL
## INFIRMARY
901 EAST MAIN STREET
DOTHAN , ALABAMA 36301

*Pat Spence 4-23-06*

**SECTION 1 TO BE COMPLETED BY CORRECTIONAL FACILITY**

| Inmate referred to : (Name & Address) | Reason for referral: |
|---|---|
| SAMC - *outpatient admitting for "MRI"* | Md ordered |

*Friday*

| Appointment Date | Appointment Time | Date of Birth | Social Security # |
|---|---|---|---|
| 4/28/06 | 645 AM | 4/6/65 | 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 |

| Inmates Name: | Additional Health Info. : |
|---|---|
| Rhodes George M | MRI of Rupper femur |

Reason for Referral :

Deputy Required  yes ( )  No (X)          Ambulance Required  Yes ( )  No (X)

Nurse : *Verbal Dr. Barnes    Grace Mathis* LPN
                                RN  or                              LPN

*Dorothy Neal LPN*

**SECTION 2 TO BE COMPLETED BY INMATE**

I authorize release of medical information to the Houston County Sheriff's Department.

*Harry Rhodes Jr.*          Date : 4-23-06

**SECTION 3 TO BE COMPLETED BY PROVIDER**

( ) Treated      ( ) Further follow -up needed      ( ) REFER for another Treatment or Test

| DIAGNOSIS: | TREATMENT : |
|---|---|
|  |  |

SIGNATURE OF PROVIDER                    DATE

| CLINIC DIRECTOR : | |
|---|---|
| D. Spigner CRNP | Telephone: (334) 712-0762  ext. 120 or 122 |
|  | Sheriff's Office (334) 677-4888 |

*1st Shift*

*3rd Shift*

*Friday 4/28/06 645Am*

Sgt
Culver
5-2-06

**HOUSTON COUNTY JAIL**
INFIRMARY
901 EAST MAIN STREET
DOTHAN, ALABAMA 36301

## SECTION 1 TO BE COMPLETED BY CORRECTIONAL FACILITY

Inmate referred to : (Name & Address)    Reason for referral :

Slone - outpatient admitting    ; Md order
for "MRI"

| Appointment Date | Appointment Time | Date of Birth | Social Security # |
|---|---|---|---|
| 5-10-06 | 930AM | 4/6/65 | 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 |

Inmates Name:    Additional Health Info. :

Rhodes George

Reason for Referral :

Deputy Required   yes ( ) No (X)          Ambulance Required   Yes ( )  No (X)

Nurse :                                   RN or  K. Lawins   LPN

## SECTION 2 TO BE COMPLETED BY INMATE

I authorize release of medical information to the Houston County Sheriff's Department.

Signature of Inmate                      Date :

## SECTION 3 TO BE COMPLETED BY PROVIDER

( ) Treated    ( ) Further follow -up needed    ( ) REFER for another Treatment or Test

DIAGNOSIS:    TREATMENT :



### Houston County Jail Medical Clinic
901 East Main Street
Dothan, Alabama 36301

## *Fax Transmittal*

Phone: (334) 712-0762
Fax:    (334) 671-9482



Lamar Glover, Sheriff

Dr. Sam Bonner, Medical Director

Darla Spaigner CRNP, Clinical Director

To: ___S A M C___

Dr: _____

Department: ___Medical Records___

| Inmate Name: Rhodes, George | DOB: 4/6/65 | SS# 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 |

Please Send The Requested:

- ☐ Medical Records
- ☐ Medical Diagnosis
- ☐ Other_____

- ☐ Medical Administration Record
- ☐ X-ray Reports
- ☐ Specified Dates_____

Thanks for your Cooperation

Houston County Nursing Department

Faxed
4/28/06

**Southeast Alabama**
# MEDICAL CENTER

# AUTHORIZATION FOR USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION

### Page 1 of 2

**Patient Identification**

Printed Name: _Rhodes George_                                    Date of Birth: _4/6/65_

Address: _____

Social Security #: _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_            Telephone: _____

**Information To Be Released - Covering the Periods of Health Care**

From (date) _4/25/06_ _____  to (date) _present_ _____

From (date) _____  to (date) _____

**Please check type of Information to be released:**

| | | |
|---|---|---|
| ☐ Complete health record | ☐ Face Sheet | ☐ X-ray films / images |
| ☐ Complete billing record | ☐ History and physical exam | ☒ X-ray reports |
| ☐ Consultation reports | ☐ Itemized bill | ☐ _MRI results_ |
| ☐ Discharge summary | ☐ Laboratory test results | ☐ _____ |
| ☐ Emergency Dept. Reports | ☐ Pathology Report | ☐ _____ |

☐ Other, (specify) _____

**Purpose of Request**

☒ Treatment or consultation        ☐ At the request of the patient        ☐ Billing or claims payment

☐ Other, (specify) _____

**Who and Where to Send / Release Information**

Name: _____

Address: _____

**Drug and/or Alcohol Abuse, and/or Psychiatric, and/or HIV/AIDS Records Release**

I understand if my medical or billing records or psychotherapy notes contain information in reference to drug and/or alcohol abuse, psychiatric care, sexually transmitted disease, Hepatitis B or C testing, and/or other sensitive information, I agree to its release.
Circle One: (Yes)  No

I understand if my medical or billing records or psychotherapy notes contain information in reference to HIV/AIDS (Human Immunodeficiency Virus/Acquired Immunodeficiency Syndrome) testing and/or treatment I agree to its release.
Circle One: (Yes)  No

**Time Limit & Right to Revoke Authorization**

Except to the extent that action has already been taken in reliance on this authorization, at any time I can revoke this authorization by submitting a notice in writing to the facility Medical Records Manager at Southeast Alabama Medical Center, P. O. Box 6987, Dothan, AL 36302. Unless revoked, this authorization will expire on the following date or event _____, or 180 days from date of signature, unless otherwise specified.

Continued





# AUTHORIZATION FOR USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION

### Page 2 of 2

**Re-disclosure**
I understand the information disclosed by this authorization may be subject to re-disclosure by the recipient and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. SOUTHEAST ALABAMA MEDICAL CENTER, ITS AFFILIATES, its employees, officers and physicians are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**Signature of Patient or Personal Representative Who May Request Disclosure**
I understand that my treatment or payment for services will not be denied if I do not sign this authorization unless specified on the other side of this form under Purpose of Request. I can inspect or receive a copy of the protected health information to be used or disclosed. I understand that there may be a charge for copies.
I authorize SOUTHEAST ALABAMA MEDICAL CENTER to use and disclose the protected health information specified on the other side of this form.

X _George H. Rhodes Sr._        Date _4/28/06_
(Signature of Patient or Personal Representative)

Relationship if not patient: (Guardian/Executor of Estate/Personal Representative) _____    Day time phone number _____

Witness: _____

---

*For Southeast Alabama Medical Center Use Only:*

Patient's Medical Record # _____    Account # _____

**Check Records Received by Patient:**

| | | |
|---|---|---|
| ☐ Complete health record | ☐ Face Sheet | ☐ X-ray films / images |
| ☐ Complete billing record | ☐ History and physical exam | ☐ X-ray reports |
| ☐ Consultation reports | ☐ Itemized bill | ☐ _____ |
| ☐ Discharge summary | ☐ Laboratory test results | ☐ _____ |
| ☐ Emergency Dept. Reports | ☐ Pathology Report | ☐ _____ |

☐ OTHER _____

TOTAL PAGES SENT/GIVEN: _____

Identity of Requestor Verified via:   ☐ Photo ID   ☐ Matching Signature   ☐ Other, specify _____

Verified by: _____

TELEPHONE FOR MEDICAL RECORDS: (334) 793-8984

SOUTHEAST ALABAMA MEDICAL CENTER
P. O. BOX 8987

# FACSIMILE
## COVER SHEET

*Whatever you do, do it well.*™

www.samc.org

## Southeast Alabama
# MEDICAL CENTER

To:     HOUSTON CO JAIL

Fax:    96719482

From:   VGRAYSON

Phone   334-793-8864

Pages:  4  (including banner)

Comment -

### Quality Services

Behavioral Medicine Center
Cancer Center
Cardiology Center
Diabetes Treatment Center
Dothan Surgery Center
Emergency Center
Home Health Care
Home Medical Equipment
Industrial and
Occupational Health
Lithotripsy
Maternal & Infant Care
Neurodiagnostics
Open MRI
Outpatient Service Center
Pain Management Center
Radiology
Rehabilitation Services
Same Day Surgery
Sleep Disorders
Surgical Services
Women's Imaging Center

### COMMUNITY OUTREACH

Childbirth Education
Community Education
Community Health Education
Medical Call Center
Physician Information
& Referral
Senior Discovery Program
Support Groups
Adult Volunteers
Teenage Volunteer Program

### PRIMARY CARE NETWORK

*Alabama*
Enterprise Medical Clinic
Houston Medical Group

*Florida*
Chipley Medical Group

## IMPORTANT NOTICE

This message is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the message to us, via the U.S. Postal Service, at the address below.

1108 ROSS CLARK CIRCLE, DOTHAN, AL 36301-3088
P.O. BOX 6987, DOTHAN, AL 36302-6987

# OUTPATIENT REGISTRATION

**MEDICAL CENTER**

| MR # 400545 | ADMIT DATE 5/10/06 | ADMIT TIME 9:21 | ADMITTER DASY | | PT TYPE 1 | | PT # 2777788 |
|---|---|---|---|---|---|---|---|

| NAME RHODES JR, GEORGE HENRY | | AGE 041Y | DOB 4/06/65 | | SEX M | RACE B | MARITAL STATUS S |

| ADDRESS HOUSTON CO JAIL | | REL JW | SRC 1 | AD.CAT MD | FC D | SPECIAL HDL | MSV MED |

| CITY DOTHAN | STATE AL | ZIP 36301 | | CLINICS | | ROOM/BED |

| PHONE 334 794-5424 | PT SSN 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 | | ATTENDING DOCTOR BANNER,SAM |

| MAIDEN NAME | | REFERRING DOCTOR BANNER,SAM |

| ALLERGIES DRUG/FOOD/NLKA/NDM | DPA NO POWER | LW NO POWER | | CITY HOUSTON,AL |

| NEAREST RELATIVE | EMPLOYER SELF-EMPLOYED | EMERGENCY CONTACT |

| ADDRESS | ADDRESS 507 S USSERY ST | ADDRESS |

| CITY/STATE/ZIP , | CITY/STATE/ZIP DOTHAN, AL  36301 | CITY/STATE/ZIP , |

| PHONE | PT REL | PHONE 334 794-5424 | PHONE | PT REL |

| GUARANTOR # 6299441 | SSN 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 | GUARANTOR EMPLOYER INMATE OF HOUSTON CTY |

| NAME HOUSTON COUNTY JAIL, INMATE | | ADDRESS 1 |

| ADDRESS 901 EAST MAIN STREET | | ADDRESS 2 |

| CITY/STATE/ZIP DOTHAN, AL  36301 17 | CITY/STATE/ZIP , | DSCH |

| PHONE 334 712-0762 | PT REL FR | PHONE | DAYS |

PATIENT STATES:
MI/ABNORMAL XRAY

ADMITTING DIAGNOSIS:
MI/ABNORMAL XRAY

| INS#1: | | NAME | GROUP # | POLICY # |
|---|---|---|---|---|
| INS#2: | | | | |
| INS#3: | | | | |

COMMENTS:
PREG BY COMP/050906/PT IS INMATE/JLO  ACT/PT SIGNED FORMS BILL JAIL/SEE CNE/DP

SDC/EST COST $3769.50

| PRINCIPAL & SECONDARY DIAGNOSIS | CODES |
|---|---|
| | |
| | |
| | |
| | |
| | DATE DICTATED |
| | D/S |
| PROCEDURES & OPERATIONS/DATES | H&P |
| | O.R. |
| | Cons |

---

CONSULTATION WITH _____    PHYSICIAN SIGNATURE _____    

SOUTHEAST ALABAMA MEDICAL CENTER
PO Drawer 6987,  Dothan, AL 36302
334-793-8111
RADIOLOGY SERVICES
MRI REPORT

Patient Name:  RHODES, GEORGE
XRAY/MR#:  000400545              Account #: 2777788        Room:MI- -
DOB:  04/06/1965                 Age: 41                   Pt Type: O
Order #: 00127777888379206       Accession #:  001000000154472
CDM: 3836172
Attending Physician:  Sam Banner, MD
Ordering Physician:  Sam Banner, MD
Referring Physician:  Sam Banner, MD
Exam Requested: MRI LOW EXT WO/W RT
Exam Date:  05/10/2006
PROCEDURE:  MR RIGHT FEMUR W/O AND W/GADOLINIUM
HISTORY:     RIGHT HIP PAIN AND SWELLING SINCE 2/11/06. PATIENT FELL AND
             HURT RIGHT HIP ON 2/11/06.

COMPARISON: PLAIN RADIOGRAPHS 4/4/06
TECHNIQUE:   PATIENT STUDIED WITH AXIAL, CORONAL AND SAGITTAL T1 AND STIR
             SEQUENCES. IN ADDITION POST GADOLINIUM FAT SUPPRESSED
             CORONAL AND AXIAL T1 WEIGHTED SEQUENCES PERFORMED.

FINDINGS:
There is a large mass-like area involving the right upper thigh which
is slightly hyperintense to muscle on T1 and is markedly hyperintense
on T2 and has internal areas of mixed signal. Associated with this is
abnormal marrow signal in the region of the greater trochanter of the
femur and extending slightly into the intertrochanteric area. Review of
the plain x-ray from 4/4 shows some soft tissue calcification.
Following Gadolinium administration there is abnormal enhancement
evident within the periphery of the soft tissue of the mass as well as
some abnormal enhancement within the intertrochanteric portion of the
femur itself.
Continued..
The mass-like area mainly is involving the area of the vastus lateralis
but near the upper thigh is almost completely encircling the femoral
shaft. Main considerations particularly given the history of pain the
Name:  RHODES,GEORGE                     MR #: 000400545
Hugh Holloway, MD
{eop}

SOUTHEAST ALABAMA MEDICAL CENTER
PO Drawer 6987,  Dothan, AL 36302
334-793-8111

abnormal soft tissue calcification and the appearance of the mass with
the abnormal Gadolinium enhancement is that of some type of
chondrosarcoma. Other considerations include osteogenic sarcoma or much
less likely a stress fracture of the femur with associated myositis
ossificans. Patient incidentally appears to have some small inguinal
lymph nodes bilaterally.

IMPRESSION:

1)    LARGE MASS MEASURING APPROXIMATELY 13 X 9 X 8.5cm WHICH HAS
      ASSOCIATED SURROUNDING EDEMA IN THE SOFT TISSUES OF THE THIGH AS
      WELL AS ABNORMAL MARROW SIGNAL IN THE GREATER TROCHANTERIC REGION
      OF THE FEMUR. THIS IS SUSPICIOUS FOR ENTITIES SUCH AS A
      CHONDROSARCOMA, OSTEOGENIC SARCOMA OR LESS LIKELY A MALIGNANT
      FIBRO-CYSTICOTOMY. STRESS INJURY TO THE FEMUR WITH ASSOCIATED
      MYOSITIS OSSIFICANS MIGHT POSSIBLY GIVE THIS APPEARANCE BUT IS
      FELT LESS LIKELY GIVEN THE MARKEDLY ABNORMAL ENHANCEMENT PATTERN
      IN THE PROXIMAL FEMUR.

---

Hugh Holloway, MD
DD:  5/10/2006 13:02      dm
DT:  5/10/2006 16:11      147847
Name: RHODES, GEORGE                        MR:   000400545
Hugh Holloway, MD
{eop}

# FACSIMILE
## COVER SHEET

*Whatever you do, do it well.*™

www.samc.org

**Southeast Alabama**
# MEDICAL
# CENTER

To:        HOUSTON CO JAIL

Fax:       96719482

From:      DTHOMPSON

Phone      334-793-8864

Pages:     6   (including banner)

Comment - RECORDS NOT READY YET

### Quality Services

Behavioral Medicine Center
Cancer Center
Cardiology Center
Diabetes Treatment Center
Dothan Surgery Center
Emergency Center
Home Health Care
Home Medical Equipment
Industrial and
Occupational Health
Lithotripsy
Maternal & Infant Care
Neurodiagnostics
Open MRI
Outpatient Service Center
Pain Management Center
Radiology
Rehabilitation Services
Same Day Surgery
Sleep Disorders
Surgical Services
Women's Imaging Center

### COMMUNITY
### OUTREACH

Childbirth Education
Community Education
Community Health Education
Medical Call Center
Physician Information
& Referral
Senior Discovery Program
Support Groups
Adult Volunteers
Teenage Volunteer Program

### PRIMARY CARE
### NETWORK

*Alabama*
Enterprise Medical Clinic
Houston Medical Group

*Florida*
Chipley Medical Group

### IMPORTANT NOTICE
This message is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the message to us, via the U.S. Postal Service, at the address below.

1108 ROSS CLARK CIRCLE, DOTHAN, AL 36301-3088
P.O. BOX 6987, DOTHAN, AL 36302-6987

# OUTPATIENT REGISTRATION

**MEDICAL CENTER**

| MR # | ADMIT DATE | ADMIT TIME | ADMITTER | PT TYPE | PT # |
|---|---|---|---|---|---|
| 400545 | 4/28/06 | 6:43 | OPJH | 1 | 2764193 |

| NAME | AGE | DOB | SEX | RACE | MARITAL STATUS |
|---|---|---|---|---|---|
| RHODES JR, GEORGE HENRY | 041Y | 4/06/65 | M | B | S |

| ADDRESS | REL | SRC | AD.CAT | FC | SPECIAL HDL | HSV |
|---|---|---|---|---|---|---|
| 507 S USSERY ST | JW | 1 | MD | S | | MED |

| CITY | STATE | ZIP | CLINICS | ROOM/BED |
|---|---|---|---|---|
| DOTHAN | AL | 36301 | | |

| PHONE | PT SSN | ATTENDING DOCTOR |
|---|---|---|
| 334 794-5424 | 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 | BANNER,SAM |

| MAIDEN NAME | REFERRING DOCTOR |
|---|---|
| | BANNER,SAM |

| ALLERGIES | DPA | LW | CITY |
|---|---|---|---|
| DRUG/FOOD/NLKA/NDM | NO POWER | NO POWER | HOUSTON,AL |

| NEAREST RELATIVE | EMPLOYER | EMERGENCY CONTACT |
|---|---|---|
| RHODES, LINDA | SELF-EMPLOYED | RHODES, LINDA |

| ADDRESS | ADDRESS | ADDRESS |
|---|---|---|
| 906 WILLIAMS AVE | 507 S USSERY ST | 906 WILLIAMS AVE |

| CITY/STATE/ZIP | CITY/STATE/ZIP | CITY/STATE/ZIP |
|---|---|---|
| DOTHAN, AL 36301 | DOTHAN, AL 36301 | DOTHAN, AL 36301 |

| PHONE | PT REL | PHONE | PHONE | PT REL |
|---|---|---|---|---|
| 334 699-6325 | SO | 334 794-5424 | 334 699-6325 | SO |

| GUARANTOR # | SSN | GUARANTOR EMPLOYER |
|---|---|---|
| 6423197 | 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 | SELF-EMPLOYED |

| NAME | ADDRESS 1 |
|---|---|
| RHODES JR, GEORGE HENRY | 507 S USSERY ST |

| ADDRESS | ADDRESS 2 |
|---|---|
| 507 S USSERY ST | |

| CITY/STATE/ZIP | CITY/STATE/ZIP | DSCH |
|---|---|---|
| DOTHAN, AL 36301 | DOTHAN, AL 36301 | |

| PHONE | PT REL | PHONE | DAYS |
|---|---|---|---|
| 334 794-5424 | PT | 334 794-5424 | |

**PATIENT STATES:**
MI/ABNORMAL XRAY

**ADMITTING DIAGNOSIS:**
MI/ABNORMAL XRAY

| INS#1: | INMATES PRIVATE PAY | RHODES JR, GEORGE H | GROUP # | 136604317 |
|---|---|---|---|---|
| INS#2: | | | | |
| INS#3: | | | | |

**COMMENTS:**
COMP PRE/041106/VERIFY/ML     //REG ORDERS PT SIG JRH

PLS VERIFY THAT PT IS STILL IN CUSTODY HO CO JAIL/EST COST $1884.75/SRE

| PRINCIPAL & SECONDARY DIAGNOSIS | CODES |
|---|---|
| | |
| | |
| | |
| | DATE DICTATED |
| | D/S |
| PROCEDURES & OPERATIONS/DATES | H&P |
| | O.R. |
| | Cons |

| CONSULTATION WITH | PHYSICIAN SIGNATURE | |
|---|---|---|

## Southeast Alabama
# MEDICAL CENTER



RHODES JR, GEORGE HENRY
DRUG/FOOD/NLKA/NDM
400545      2764193
BANNER,SAM

**CONDITION OF TREATMENT/FINANCIAL AGREEMENT**

1. **NURSING CARE:**
   If the patient's condition requires care beyond routine nursing care, it is agreed that this must be arranged by the patient or his representative, and the hospital is not responsible to provide other than routine nursing care.

2. **CONSENT FOR TREATMENT:**
   This is authorization and consent for care and treatment.  It is understood that while a patient is in this hospital, Inpatient or Outpatient, the patient will be under the general care of his/her physician and does hereby authorize and consent to all care and treatment administered by Southeast Alabama Medical Center and its authorized representatives and to any further examination, care and treatment which may be deemed advisable and/or appropriate by his/her physician or other physicians or by authorized representatives of Southeast Alabama Medical Center.

3. **PERSONAL VALUABLES:**
   The hospital maintains a safe for safekeeping of money and valuables and the hospital shall not be liable for the loss or damage to any personal property unless deposited with the hospital/for safekeeping. (Examples of personal property include dentures, jewelry, hearing aids, glasses, money/credit cards, prothesis devices, and articles of clothing, etc.)                    _____ Initials

4. **RELEASE OF PROTECTED HEALTH INFORMATION (PHI):**
   While receiving treatment at Southeast Alabama Medical Center, I choose NOT to have my Protected Health Information (PHI) released to any of the following:

   ☐ Published in the hospital directory (name & room number)
   ☐ Used in marketing activities (name & address)
   ☐ Used in fundraising activities (name & address)
   ☐ Released to clergy (name, room number & religious affilation)         _____ Initials

5. **CHAMPUS MESSAGE:**
   I acknowledge having received a copy of "An Important Message from Champus" and "How to Request a Review" of the Notice of Noncoverage for Champus.     _____ Initials

6. **STATEMENT TO PERMIT PAYMENT OF MEDICARE/MEDICAID BENEFITS TO PROVIDER:**
   The undersigned and/or patient certifies that the information given by him/her in applying for payment under Title XVII and/or XIX of the Social Security Act is correct. The undersigned and/or patient requests that payment of authorized benefits be made to patient or on his/her behalf to Southeast Alabama Medical Center, including physician or supplier services for any services furnished to him/her. The undersigned and/or patient authorizes any holder of medical or other information about the patient to release to the Centers for Medicare and Medicaid Services, The State of Alabama, Georgia, Florida or their intermediaries, carriers or agents any information needed to determine these benefits or benefits for related services. It is understood that the undersigned and/or patient is responsible to Southeast Alabama Medical Center for any health insurance deductibles and coinsurance.

   *Continued........*



#243 Rev. 11/05 (1/2)

## Southeast Alabama
# MEDICAL CENTER

**CONDITION OF TREATMENT/FINANCIAL AGREEMENT**

RHODES JR, GEORGE HENRY
DRUG/FOOD/NLKA/NDM
400545    2764193
BANNER,SAM



I acknowledge having received a copy of "An Important Message from Medicare" and "How to Request a Review" of the Notice of Noncoverage from Medicare.           _____Initials

**7. FINANCIAL AGREEMENT AND ASSIGNMENT OF INSURANCE BENEFITS:**

The undersigned agree(s), whether signing as agent or as patient, that in consideration of services to be rendered to patient, the undersigned is obligated to pay for same in accordance with the regular rates and terms of the hospital; and that should the account be referred by the hospital to an attorney for collection, the undersigned shall pay reasonable attorneys fees, interest and all costs of collection. Further, the undersigned waives as to this debt all rights of exemption under the constitution and laws of Alabama or any other states as to personal property.

In the event the undersigned and/or patient is entitled to hospital benefits to any type whatsoever, arising out of any insurance or any other party liable to the patient, then the undersigned assigns such benefits to Southeast Alabama Medical Center and the Radiologists, Pathologists, Anesthesiologists, Cardiologists and/or other consulting Physicians for application to the patient's bill. The undersigned hereby authorizes and directs that all insurance benefits assigned shall be paid directly to the hospital and/or physician for the respective services rendered. The undersigned and/or patient agrees and understands that acceptance of insurance coverage is conditional until insurance pays and all charges not paid by insurance are the responsibility of the undersigned and/or patient. The undersigned and/or patient is responsible for the compliance with any pre-certification and/or other requirements of any insurance company or third party payor. The undersigned and/or patient is responsible for any difference not paid by insurance whether it be for type room used or the charge structure used by the insurance company or third party payor versus that of the hospital/medical provider. The undersigned and/or patient may have access to billing information which may contain PHI.           _____Initials

**8.** I have received a copy of the Medical Center's Notice of Privacy Practices.           _____Initials

**9.** I have received a copy of the Smoking Cessation Guidelines.           _____Initials

**10.** The undersigned and/or patient certifies that he/she has read the foregoing and agrees and accepts same.

| A Copy Of This Document Is To Be Delivered To The Patient/Patient's Agent. | PATIENT  _George H. Rhodes Jr._ |
| | |
| 4/28/06 | PATIENTS AGENT OR REPRESENTATIVE ___ RELATIONSHIP TO PATIENT ___ |
| DATE OF SIGNING | POLICYHOLDER  _George H. Rhodes Jr._ |
| WITNESS | POLICYHOLDER |



#243  Rev. 11/06 (2/2)

# HOUSTON COUNTY JAIL
## MEDICAL CLINIC

### SICK CALL

**DARLA SPEIGNER CRNP**                                    **DR. SAM BANNER**

DATE: 4-11-06

INAMATE: Rhodes George    D.O.B. 4-6-65    I/M # 57322

MAIN COMPLAINT: _____

ALLERGIES: NKDA                    V/S: 107/80  20  98  83  wt 167

Seen by Dr B.
dismal condition
will get MRI
recs for Dr B

Put all pp on FS.
Thanks

V.O. D Speigner CRNP/h laguerr

# PHYSICIAN ORDERS

(BLACK male)

**INMATE:** Rhodes, George    4 5 7 3 2 2

Has
medical
prob

**DATE:** 4/11/06

Please move to M8T

H. Spriggs Cros

Sgt. Reynolds
04-11-06

9-9-05
b/p ✓ 116/81

10-17-05 b/p✓ 115/77

# HOUSTON COUNTY JAIL
# MEDICAL CLINIC

### SICK CALL

**DARLA SPEIGNER CRNP**                                        **DR. SAM BANNER**

DATE: 4-11-06

INAMATE: Rhodes George D.O.B. 4-6-65  I/M # 57322

MAIN COMPLAINT: _____

_____

ALLERGIES: NKDA                    V/S: 107/80  20  98²  83  wt 167

Seen by Dr B.
discuss Condition
will get MRI
(roCS for Dr B

Put all App on FS.
Thanks

# PHYSICIAN ORDERS

INMATE _Rhodes, George_

DATE _4/11/06_

This was seen by the Doctor & condition discussed w/ him

(212) 939-1000

1. Fax for records from Harlem Hospital (started Tim on ASA - 1998)

2. Schedule MRI of (R) & femur (area of calcification)
   ↳ 4/25/06 - u

3. Will move to m.pod. (done)
   QJ

1322... Msg ō our # + ext
left to please call us
+ gave this name/DOB +
yr calling in reference to (98). -u

George          DoB 4/6/65

## PHYSICIAN ORDERS

INMATE __Rhodes, George D.__     ~~Foot~~     HC 46930

DATE __4/5/06__

s/p x ray – indet Calcification in soft tissue (R)

Plan – refer to Dr. Brown

D Spivey

# HOUSTON COUNTY JAIL
# INFIRMARY

## SICK CALL

D. STEIGNER CRNP                              DR. SAM BANNER

DATE 4-4-06

Inmate Rhodes, George D.O.B. 4-6-65 JMR 57322

Chief
Complaint Back pain                          Rec 132/90

Allergies ~~S~~                    V/S 131/91  84  18  97.9
                                   Wt 165

C/o (R) thigh swollen c̄ pain @ night
Onset: 2/11/06 - fell

O WNWD Dr. NAD. pleasant. (R) ↑ thigh is swollen, Ø tender. Ø
erythema
Has difficulty putting shoes on 2/t this?

A: edema (R) thigh     6 cm
Plan: 1. measure (R) thigh & (L) thigh — 56¾ cm

4/4/06 ──── 2. Xray (R) thigh @ area of edema (↑ femur)        Oll
                                                               STM
4/4/06 ── 3. D/p nx next wk                                    11 APR 06
              D. Steigner

        4. Flexeril 10 mg p° ǧ hr × 30 d.    ƒs
                                             √cart  }
                                             √MAR  } u
                                             √CS

## HOUSTON COUNTY JAIL
### INFIRMARY

#### SICK CALL

*foled for Records on outpatient visit 4-4-06*

D. SEIGNER CRNP                    DR. SAM BANNER

DATE 4-4-06

Inmate Rhodes, George D.O.B. 4-6-65 JMR 57322

Chief Complaint Back pain                    Pcv 132/90

Allergies ~~[struck through]~~          V/S 131/91  84  18  97.9

Wt. 165

C/o (R) thigh swollen c̄ pain @ right

onset: 3/11/06 - fell

O. WNW D.r. NAD. pleasant. (R)/T thigh is swollen, ⊘ tender. ⊘ erythe

Has difficulty putting shoe on 2/t this?

edema (R) thigh

A. Plan: 1. Measure (R) thigh & (L) thigh — 56¼ cm    61 cm

2. Xray (R) thigh @ area of edema (↑ femur)

3. B/o re next wk
   D Seigner

4. Flexeril 10 mg po q̄ Hs x 30d.

## HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                          DR. SAM BANNER

DATE 2-22-06

Inmate Rhodes, George D.O.B. 4-6-65 JMN 57322

Chief
Complaint _____

Allergies NKDA              V/S 119/79  60  18  97.5
                            wt- 166

• I/m states he slipped in Shower on 2/11/06 — caught himself Ē (L) =
hand, but hit (R) knee.

• This I/m NEVER complains - takes meds (been here x 10 mos). Very
pleasant.
• Some swelling (R) thigh noted when compared to (L)

• R/o muscle strain

• Flexeril 10mg po bid x 30 days
IBU 600mg po bid x 10 days then ↓ 400mg po bid x 20 days.
                           └ denies GI hx

T.O. D. Speigner CRNP/h hayun

## PHYSICIAN ORDERS

INMATE  Rhodes, George

DATE  6/15/5

record
review

Atenolol 25 mg p. gd
Baby ASA (81mg) i p. gd
O/p × 8 mo. ↓ HR                    For
                                    angina; palpitations

                                                              √fs
                                                              √CS
                                                              √cont
                                                              √INR

D Speigner CRNP

d/c 11/3/05    Please ret HR.    11/4/05 w

    D Speigner CRNP              HR = 68 BPM

## PHYSICIAN ORDERS

INMATE _Rhodes George_

DATE _5/5/05_

Fax for a record from Dr. Pinson dos 1.55.05
Dr

Medication

ALLERGY NKDA

DIAGNOSIS

PHYSICIAN NAME  D Spigner CRNP

FACILITY NAME  HCJ

PATIENT NAME  Rhodes, George

PHYSICIAN PHONE NO

PHYSICIAN NAME

SECTION / M

ROOM NO

PATIENT NO  5322

PHARMACY SUGGESTIONS RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

Atenolol 25mg po qday

ASA 81mg po qday

STOP DATE

HOUR

NURSE'S SIGNATURE    INITIAL

NURSE'S SIGNATURE    INITIAL

| | STOP DATE | HOUR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | 1 | 2 | | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | | 29 | 30 | | | | | |

Atenolol 25mg po qday — 5am

ASA 81mg po qday — 5am

Flexeril 10mg po bid x 30 days — cont — 5 a.m. / 7 p.m.

IBU 600mg po bid X 10 days then... — 3/24 — 5 a.m. / 7 p.m.

IBU 400mg po bid X 20 days — 3/4 p am — 5 a.m. / 7 p.m.
(start 3/4/06) — 3/24 — 7 p.m.

**PATIENT NAME** Rhodes, George

**FACILITY NAME** HCJ

**PHYSICIAN NAME** D.Speigner CRNP

**ALLERGY** NKDA

**DIAGNOSIS**

**SECTION** F

**PATIENT NO.** 57322

**PHYSICIAN PHONE NO.**

**ROOM NO.**

Dates: 2/6/05, 2/15/05, 2/15/05, 2/22/06

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

Nurse signatures: M.Smith (M.S.)

Atenolol 25mg po qday

6/15/05

ASA 81mg po qday

6/15/05

| STOP DATE | HOUR | cont | cont | 5am | 5am |

ALLERGY | NKDA

DIAGNOSIS | HTN

PHYSICIAN NAME | D.Speigner, CRNP

FACILITY NAME | HCJ

PATIENT NAME | Rhodes, George

PHYSICIAN PHONE NO.

PHYSICIAN NAME

SECTION | F

PATIENT NO. | 57322

ROOM NO.

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

NURSE'S SIGNATURE | INITIAL

NURSE'S SIGNATURE | INITIAL

HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30

| PATIENT NAME | Rhodes, George |
| --- | --- |
| FACILITY NAME | HCJ |
| PHYSICIAN NAME | D.Speigner, CRNP |
| DIAGNOSIS | HTN |
| ALLERGY | NKDA |

| PHYSICIAN PHONE NO. | |
| --- | --- |
| SECTION | F |
| PATIENT NO. | |
| ROOM NO. | 57322 |

**Atenolol 25mg po qday**

6/15/05

**ASA 81mg po qday**

6/15/05

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

| STOP DATE | HOUR |
| --- | --- |
| | 5am |
| | 5am |
| | cont |
| | cont |

NURSE'S SIGNATURE / INITIAL

Atenolol 25mg po qday

6/15/05

ASA 81mg po qday

6/15/05

| | STOP DATE | HOUR | 1 | 2 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | cont | 5am | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | cont | 5am | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGY  NKDA

DIAGNOSIS  HTN

PHYSICIAN NAME  D.Speigner, CRNP

FACILITY NAME  HCI

SECTION  F

PATIENT NO.  57322

PATIENT NAME  Rhodes, George

PHYSICIAN NAME

PHYSICIAN PHONE NO.

ROOM NO.

NURSE'S SIGNATURE    INITIAL

NURSE'S SIGNATURE    INITIAL

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

| | | STOP DATE | HOUR |
|---|---|---|---|

**Atenolol 25mg po qday**
6/15/05 — cont — 5am

**ASA 81mg po qday**
6/15/05 — cont — 5am

ALLERGY: NKDA

DIAGNOSIS

PHYSICIAN NAME: D.Speigner CRNP

PHYSICIAN PHONE NO.

FACILITY NAME: HCJ

SECTION: F

PATIENT NO.

ROOM NO.

PATIENT NAME: Rhodes, George

PATIENT NO.: 57322

NURSE'S SIGNATURE / INITIAL

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

Atenolol 25mg PO daily

ASA 81mg PO daily

| | STOP DATE | HOUR |
|---|---|---|
| | Cont | 5pm |
| | Cont | 5am |

**ALLERGY** NKDA

**DIAGNOSIS** HTN

**PHYSICIAN NAME** D Speigner

**FACILITY NAME** HCJ

**PATIENT NAME** Rhodes George

**SECTION**

**PHYSICIAN PHONE NO.**

**PATIENT NO.** 57327

**ROOM NO.**

NURSE'S SIGNATURE — C McElroy Lynn — INITIAL CM

— h. hagler — h

NURSE'S SIGNATURE — INITIAL

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS