ALLERGY

NKDA

Amoxil 1gm po bid x 10days
6/6

Bu 800mg po bid prn x 10days
6/6

Keflex 1gm po bid x 500mg
6/6

| | STOP DATE | HOUR | 1 | 2 | | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

6/15 — 5un
7pm

4/5 — 5am
7pm

6/16 — 5am
6/P — 7pm
am

DIAGNOSIS

D. Seigner CRUP

| PHYSICIAN NAME | PHYSICIAN PHONE NO. |
|---|---|
| FACILITY NAME HCF | SECTION A |
| PHYSICIAN NAME D. Seigner | PATIENT NO. |
| PATIENT NAME Rhodes, Joel | ROOM NO. 46930 |

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| C. Hanneyln | CH | L. Logan | L |

Atenolol 25mg po qday

6/15/05

ASA 81mg po qday

6/15/05

| | STOP DATE | HOUR |
|---|---|---|
| | | 5am cont |
| | | 5am cont |

ALLERGY: NKDA

DIAGNOSIS

| | |
|---|---|
| PHYSICIAN NAME | D.Speigner CRNP |
| FACILITY NAME | HCI |
| PATIENT NAME | Rhodes, George |

| PHYSICIAN PHONE NO. | |
|---|---|
| SECTION F | ROOM NO. |
| PATIENT NO. | 57322 |

NURSE'S SIGNATURE    INITIAL    NURSE'S SIGNATURE    INITIAL

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

NURSES NOTES

# HOUSTON COUNTY JAIL
## P. O. BOX 6406
## DOTHAN, ALABAMA 36302

### NURSE'S NOTES

| NAME: Last | First | Middle | DATE OF BIRTH |
|---|---|---|---|
| Rhodes | George | | |

| DATE | NOTES TO BE SIGNED BY THE NURSE |
|---|---|
| 5/2/06 | Again, scheduled for MRI this A.M. — Again, must be rescheduled as I/m has court this A.M. I called SAMC - MRI Dept to inform them I/m would NOT be there. — Will reschedule appt c̄ central scheduling. — L. Laguerre |
| | (1035) MRI scheduled for 5/10/06 @ 0930 (this was first appt available.) — L. Laguerre |

# HOUSTON COUNTY JAIL MEDICAL CLINIC

## INTAKE

DATE _5-2-05_

INMATE _Rhodes George_ # _57322_ DOB _4-6-65_

ALLERGIES _NKDA_     V/S _10 7/71  58    98.8_

HEIGHT _5' 9"_ WEIGHT _159_           _O2 = 98%_

CURRENT MEDICAL PROBLEMS
_HTN since 1998, Angina & palpatation
since 1998._

PERSONAL DOCTOR _Dr. Baker @ SEAMC_     ADDRESS
_Dr. Pinson — cardiologist_

HOSPITALIZATIONS
_12-2004 = SEAMC_
_King's County Hosp. New York — for chest
pain in 1998._

CURRENT MEDICATIONS
_Atenolol 25mg , ASA 81mg → Walgreen's on
Westgate
last dose Thursday 4/28/05_

_SEAMC = release sign_

MEDICATIONS BROUGHT IN? _(NO)_

NURSING ASSESSMENT:

_BM c̄ Ø distress._

3/ _LH_ (nurses initials) EXPLAINED HOW TO OBTAIN MEDICAL
3/ TREATMENT WHILE IN HCJ

3/ NURSE _U Hathaway_

# HOUSTON COUNTY JAIL
### P. O. BOX 6406
### DOTHAN, ALABAMA 36302

**NURSE'S NOTES**

| NAME: Last | First | Middle | DATE OF BIRTH |
|---|---|---|---|
| Rhodes) | George | | 4-6-65 |

| DATE | NOTES TO BE SIGNED BY THE NURSE |
|---|---|
| 4/28/06 | Appt for MRI rescheduled from today @ 0645 to 5/2/06 2° equipment failure (MRI machine is "down"). Appt rescheduled for 5/2/06 at 0800. — L. hguez cpw |

# HOUSTON COUNTY JAIL

## P. O. BOX 6406
## DOTHAN, ALABAMA 36302

### NURSE'S NOTES

| NAME: Last | First | Middle | DATE OF BIRTH |
|---|---|---|---|
| Rhodes | George | | 4/6/65 |

| DATE | NOTES TO BE SIGNED BY THE NURSE |
|---|---|
| 4/25/06 | At approx 1015, upon arriving to work, notified by Sgt. Turner that both NO VEHICLE nor GUARD AVAILABLE to transport I/m to SAMC for MRI. Lt. Rocco currently unavailable — Commander McMullen notified. — No deputy available on such short notice — All "busy." Appt rescheduled for |
| DS | 4/28/05 at 0645.     L. Haguen |

LABS/XRAY

PLEASE
DO NOT
STAPLE
IN THIS
AREA

HOUSTON COUNTY SHERIFFS
PO BOX 6406
DOTHAN, AL 36302

CARRIER

## HEALTH INSURANCE CLAIM FORM

PICA [ ] [ ]    PICA

| | | |
|---|---|---|
| 1. MEDICARE _(Medicare #)_ | MEDICAID _(Medicaid #)_ | CHAMPUS _(Sponsor's SSN)_ | CHAMPVA _(VA File #)_ | GROUP HEALTH PLAN _(SSN or ID)_ | FECA BLK LUNG _(SSN)_ | OTHER [X] _(ID)_ | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) 136604317 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| RHODES, GEORGE | MM 04 DD 06 YY 1965 M [X] SEX F [ ] | RHODES,JR GEORGE HENRY |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| HOUSTON CO JAIL | Self [X] Spouse [ ] Child [ ] Other [ ] | |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| DOTHAN | AL | Single [ ] Married [ ] Other [ ] | | |

| ZIP CODE | TELEPHONE (Include Area Code) | | INSURED'S information |
|---|---|---|---|
| 36301 | (334)794-5424 | Employed [ ] Full-Time Student [ ] Part-Time Student [ ] | ZIP CODE | TELEPHONE (INCLUDING AREA CODE) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| N/A | | Inmate |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES [ ] NO [X] | a. INSURED'S DATE OF BIRTH MM DD YY M [ ] SEX F [ ] |

| b. OTHER INSURED'S DATE OF BIRTH MM DD YY M [ ] SEX F [ ] | b. AUTO ACCIDENT? YES [ ] NO [ ] PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES [ ] NO [ ] | c. INSURANCE PLAN NAME OR PROGRAM NAME |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [ ] NO [X]  If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE  05/10/06

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) MM DD YY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY FROM TO |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE SAMMY R BANNER | 17a. I.D. NUMBER OF REFERRING PHYSICIAN E01167 | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY FROM TO |

| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? YES [ ] NO [X]  $ CHARGES |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE) 1. 719 45   3.   2.   4. | 22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO. |
| | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 10 06 | | 22 | 4 | 73720 26 | 1 | 368 00 | 1 | | | | |
| 2 | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER SSN [ ] EIN [X] 630577764 | 26. PATIENT'S ACCOUNT NO. 2777788X1 | 27. ACCEPT ASSIGNMENT? (For govt. claims see back) YES [X] NO [ ] | 28. TOTAL CHARGE $ 368 00 | 29. AMOUNT PAID $ | 30. BALANCE DUE $ 368 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) CHARLES H HOLLOWAY MD 05/16/06 | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) SOUTHEAST AL MEDICAL CTR 1108 ROSS CLARK CIRCLE DOTHAN AL 36301 | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # RADIOLOGY ASSOCIATES OF DOTHAN 2015 ALEXANDER DR DOTHAN AL 36301-3003 334-671-1696 |
| SIGNED | | PIN #          GRP # |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    PLEASE PRINT OR TYPE

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215 FORM OWCP-1500, APPROVED OMB-0720-001 (CHAMPUS)



# Actus Radiology Workstation Report

Management Services Network
SE Alabama Medical Center

Lifecode  Date:    05/12/2006 ■         DocID: 71484578 [4]         ■   Document Status: Acceptable

## Patient Information

| | | |
|---|---|---|
| Patient Name: RHODES, GEORGE | Date of Service: 05/10/2006 | Payer Class:  Comm |
| MRN: 000400545 | Place of Service: | Payer Code: |
| Account: 2777788 | Site Code: | Client Status: Normal |
| Age: 41 year-old    Gender:  Unknown | Physician:  Hugh Holloway, MD | Phy. Code:    07 |
| DOB: 04/06/1965 | Referring Physician: | Ref. Phy. Code |

## ICD-9-CM

| | Code | Description |
|---|---|---|
| 1. | 719.45 | Pain in joint involving pelvic region and thigh |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## CPT/HCPCS II

CPT only © 2004 American Medical Association.  All Rights Reserved.

| | Code | Modifier | Units | ICD-9 | Description |
|---|---|---|---|---|---|
| 1. | 73720 | 26 | | 1 | Mri, lower extremity other than joint; w/o contrast matl(s), followed contrast matl(s) f |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |

## Review Flags / Ancillary Information

| Warning | | Informational | |
|---|---|---|---|
| ☐ ICD-9 Review | ☐ No Reason for Exam | ☐ Resident Involved | ☐ Interventional |
| ☐ CPT Review | ☐ No Covered Diagnosis | ☐ Oncology | |
| ☐ Physician NR | ☐ Other | ☐ Nuclear Medicine | |
| ☐ Possible Unbundling | | ☐ Ultrasound | |

## Review Reason

## Coder Comments

&lt;LCI&gt;
MRI MRI LOW EXT WO/W RT
Page 1 of 2
        PO Drawer 6987, Dothan, AL 36302
                334-793-8111
                RADIOLOGY SERVICES
                MRI REPORT

Patient Name: RHODES, GEORGE
XRAY/MR#: 000400545        Account #: 2777788    Room:MI- -
DOB: 04/06/1965        Age: 41        Pt Type: O
Order #: 00127777888379206    Accession #: 001000000154472
CDM: 3836172

Attending Physician: Sam Banner, MD
Ordering Physician: Sam Banner, MD
Referring Physician: Sam Banner, MD
Exam Requested: MRI LOW EXT WO/W RT
Exam Date: 05/10/2006
&lt;/LCI&gt;
PROCEDURE: MR RIGHT FEMUR W/O AND W/GADOLINIUM
HISTORY: RIGHT HIP PAIN AND SWELLING SINCE 2/11/06. PATIENT FELL AND
  HURT RIGHT HIP ON 2/11/06.
COMPARISON: PLAIN RADIOGRAPHS 4/4/06
TECHNIQUE: PATIENT STUDIED WITH AXIAL, CORONAL AND SAGITTAL T1 AND STIR
  SEQUENCES. IN ADDITION POST GADOLINIUM FAT SUPPRESSED
  CORONAL AND AXIAL T1 WEIGHTED SEQUENCES PERFORMED.
FINDINGS:
There is a large mass-like area involving the right upper thigh which
is slightly hyperintense to muscle on T1 and is markedly hyperintense
on T2 and has internal areas of mixed signal. Associated with this is
abnormal marrow signal in the region of the greater trochanter and
extending slightly into the intertrochanteric area. Review of
the plain x-ray from 4/4 shows some soft tissue calcification.
Following Gadolinium administration there is abnormal enhancement
evident within the periphery of the soft tissue of the mass as well as
some abnormal enhancement within the intertrochanteric portion of the
femur itself.


Continued..




The mass-like area mainly is involving the area of the vastus lateralis
but near the upper thigh is almost completely encircling the femoral
shaft. Main considerations particularly given the history of pain the
abnormal soft tissue calcification and the appearance of the mass with
the abnormal Gadolinium enhancement is that of some type of
chondrosarcoma. Other considerations include osteogenic sarcoma or much
less likely a stress fracture of the femur with associated myositis
ossificans. Patient incidentally appears to have some small inguinal
lymph nodes bilaterally.

IMPRESSION:
1) LARGE MASS MEASURING APPROXIMATELY 13 X 9 X 8.5cm WHICH HAS
ASSOCIATED SURROUNDING EDEMA IN THE SOFT TISSUES OF THE THIGH AS
WELL AS ABNORMAL MARROW SIGNAL IN THE GREATER TROCHANTERIC REGION
OF THE FEMUR. THIS IS SUSPICIOUS FOR ENTITIES SUCH AS A
CHONDROSARCOMA, OSTEOGENIC SARCOMA OR LESS LIKELY A MALIGNANT
FIBRO-CYSTICOTOMY. STRESS INJURY TO THE FEMUR WITH ASSOCIATED
MYOSITIS OSSIFICANS MIGHT POSSIBLY GIVE THIS APPEARANCE BUT IS
FELT LESS LIKELY GIVEN THE MARKEDLY ABNORMAL ENHANCEMENT PATTERN
IN THE PROXIMAL FEMUR.
&lt;LCI&gt;

Hugh Holloway, MD

Inmate requests

# INMATE REQUEST FORM

Date: May 8, 2006

INMATES # 57322 M8

To: Infirmary

C/O SIGNATURE CMR. Mane

From: George Rhodes

SR C/O SIGNATURE

**NATURE OF REQUEST** I have an emergency today due to pain traveling down to the lower extremities in my Right leg.

After speaking with C/O Morrison I was informed that Medical wished for me to fill out a request form that shall be received the next day.

**ACTION TAKEN**

Southeastern Printers / Form #5135 / Rev 3-98

**INMATE REQUEST FORM**

Date: _04, 24, 06_                                  INMATES # _57322 M 8_

To: _Clinic_                                         C/O SIGNATURE _Larry_

From: _George H. Rhodes, JR_                         SR C/O SIGNATURE _Sgt. Marsh_

**NATURE OF REQUEST** _I AM experiencing pain both during the day & Night to the point it has become unbearable. The 10 mg Flexaril muscle Relaxer is no longer working & Need something Stronger like pain Killers. Thank you very much._

**ACTION TAKEN**

_Dr. B. — Can take Tylenol from Guards until Med & results_

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98    WO#54

**INMATE REQUEST FORM**

Date: _02 18 06_                           INMATES #: _57322_

To: _Clinic_                               C/O SIGNATURE _____

From: _George Rhodes    F-POD_             SR C/O SIGNATURE _____

**NATURE OF REQUEST** _On February 11, 2006 I slipped & fell while taking a shower & sustained an injury to my right hip where the area is now swollen causing major pain while sleeping._
_Thank you very much for your time & consideration._

**ACTION TAKEN** _____

Southeastern Printers / Form #5135 / Rev 3-98

---

**INMATE REQUEST FORM**

Date: _03 25 06_                           INMATES #: _57322_

To: _Clinic_                               C/O SIGNATURE _____

From: _George Rhodes    F-POD_             SR C/O SIGNATURE _____

**NATURE OF REQUEST** _I am requesting a medical appointment for either an X-ray or MRI scan to address the excruciating pain in my right thigh because the prescription for the muscle relaxer has ceased._
_Furthermore, I would like to get to the bottom of this issue._

**ACTION TAKEN** _Thank you very much!_

PULL C!

## INMATE REQUEST FORM

Date: July 13, 2005

To: Nurse / Infirmary

From: George Rhodes F-8

INMATES # 57322

C/O SIGNATURE

SR C/O SIGNATURE

**NATURE OF REQUEST** I was informed by C/O Neives to fill out this form to make arrangements for finger nails to be clipped. Thank you in advance regarding this matter.

CC: File

**ACTION TAKEN** done

---

## INMATE REQUEST FORM

Date: 8/23/05

To: Infirmary

From: George Rhodes F-POD

INMATES # 57322

C/O SIGNATURE Cp K. Moore

SR C/O SIGNATURE

**NATURE OF REQUEST** I am requesting to have my 4:00 AM meds changed to the afternoon for the sole purpose of gaining proper rest and avoid mental fatigue throughout the course of the day. Thank You!

**ACTION TAKEN**

Referrals?

# HOUSTON COUNTY JAIL
## INFIRMARY
### 901 EAST MAIN STREET
### DOTHAN , ALABAMA 36301

4/4/06
Apt. 22

**SECTION 1 TO BE COMPLETED BY CORRECTIONAL FACILITY**

| Inmate referred to : (Name & Address) | Reason for referral: |
|---|---|
| Outpt Radiology | CRNP order - (see enclosed) |

| Appointment Date | Appointment Time | Date of Birth | Social Security # |
|---|---|---|---|
| 4/4/06 | | 9-16-65 | |

| Inmates Name: | Additional Health Info. : |
|---|---|
| Rhodes, George | |

Reason for Referral :

**Deputy Required  yes ( )  No (X)**          **Ambulance Required   Yes ( )  No (X)**

Nurse :                              RN  or   L. Laguerre                    LPN

**SECTION 2 TO BE COMPLETED BY INMATE**

I authorize release of medical information to the Houston County Sheriff's Department.

_George H. Rhodes, Jr._          Date :

**SECTION 3 TO BE COMPLETED BY PROVIDER**

( ) Treated      ( ) Further follow -up needed      ( ) REFER for another Treatment or Test

| DIAGNOSIS: | TREATMENT : |
|---|---|
| | |

SIGNATURE OF PROVIDER                      DATE

CLINIC DIRECTOR :
D. Speigner CRNP                  Telephones : (334) 712-0762  ext. 120 or 122
                                  Sheriff's Office  (334) 677- 4888

**Southeast Alabama**
**MEDICAL CENTER**

# AUTHORIZATION FOR USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION

### Page 1 of 2

**Patient Identification**

Printed Name: _George, Rhodes_          Date of Birth: _4-6-65_

Address: _507 S. Ussery St._
_Dothan, AL 36303_

Social Security #: _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_     Telephone: _334-794-5424_

**Information To Be Released - Covering the Periods of Health Care**

From (date) _1/2004_     to (date) _5/2005_

From (date) _____     to (date) _____

**Please check type of information to be released:**

- [x] Complete health record
- [ ] Complete billing record
- [ ] Consultation reports
- [ ] Discharge summary
- [ ] Emergency Dept. Reports

- [ ] Face Sheet
- [ ] History and physical exam
- [ ] Itemized bill
- [ ] Laboratory test results
- [ ] Pathology Report

- [ ] X-ray films / images
- [ ] X-ray reports
- [ ] _____
- [ ] _____
- [ ] _____

- [ ] Other, (specify) _____

**Purpose of Request**

- [x] Treatment or consultation
- [ ] At the request of the patient
- [ ] Billing or claims payment

- [ ] Other, (specify) _____

**Who and Where to Send / Release Information**

Name: **Houston County Jail**
**Nursing Department**
Address: **901 East Main Street**
**Dothan, AL 36301**

**Drug and/or Alcohol Abuse, and/or Psychiatric, and/or HIV/AIDS Records Release**
I understand if my medical or billing records or psychotherapy notes contain information in reference to drug and/or alcohol abuse, psychiatric care, sexually transmitted disease, Hepatitis B or C testing, and/or other sensitive information, I agree to its release.
Circle One: (Yes) No

I understand if my medical or billing records or psychotherapy notes contain information in reference to HIV/AIDS (Human Immunodeficiency Virus/Acquired Immunodeficiency Syndrome) testing and/or treatment I agree to its release.
Circle One: (Yes) No

**Time Limit & Right to Revoke Authorization**
Except to the extent that action has already been taken in reliance on this authorization, at any time I can revoke this authorization by submitting a notice in writing to the facility Medical Records Manager at Southeast Alabama Medical Center, P. O. Box 6987, Dothan, AL 36302. Unless revoked, this authorization will expire on the following date or event _5/2/06_ , or 180 days from date of signature, unless otherwise specified.

_Continued...._

*Southeast Alabama*
**MEDICAL CENTER**

# AUTHORIZATION FOR USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION

**Page 2 of 2**

**Re-disclosure**
I understand the information disclosed by this authorization may be subject to re-disclosure by the recipient and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. SOUTHEAST ALABAMA MEDICAL CENTER, ITS AFFILIATES, its employees, officers and physicians are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**Signature of Patient or Personal Representative Who May Request Disclosure**
I understand that my treatment or payment for services will not be denied if I do not sign this authorization unless specified on the other side of this form under Purpose of Request. I can inspect or receive a copy of the protected health information to be used or disclosed. I understand that there may be a charge for copies.
I authorize SOUTHEAST ALABAMA MEDICAL CENTER to use and disclose the protected health information specified on the other side of this form.

_____    Date _5/2/05_
Signature of Patient or Personal Representative

_____    _____
Relationship if not patient: (Guardian/Executor of Estate/Personal Representative)    Day time phone number

Witness: _____

============================================================================

*For Southeast Alabama Medical Center Use Only:*

Patient's Medical Record # _____    Account # _____

**Check Records Received by Patient:**

- ☐ Complete health record
- ☐ Complete billing record
- ☐ Consultation reports
- ☐ Discharge summary
- ☐ Emergency Dept. Reports

- ☐ Face Sheet
- ☐ History and physical exam
- ☐ Itemized bill
- ☐ Laboratory test results
- ☐ Pathology Report

- ☐ X-ray films / Images
- ☐ X-ray reports
- ☐ _____
- ☐ _____
- ☐ _____

☐ OTHER _____

TOTAL PAGES SENT/GIVEN: _____

Identity of Requestor Verified via:    ☐ **Photo ID**    ☐ **Matching Signature**    ☐ **Other, specify** _____

_____

Verified by: _____

TELEPHONE FOR MEDICAL RECORDS: (334) 793-8864

SOUTHEAST ALABAMA MEDICAL CENTER
P. O. BOX 6987
DOTHAN, AL 36302-6987                                                    #1055  (2/2)  Rev 4/03



# DOTHAN SPECIALTY CLINIC

C-Pod

**ADMINISTRATOR**

Lois W. Sallas

**CARDIOLOGY**

R. Ronnie Harrell, M.D.
James A. Sawyer, III, M.D.
Chris E. Byard, M.D.
Michael E. Pinson, M.D.
S. Roland Brooks, M.D.
David D. Gayle, M.D.
Benjamin Craven, Jr., M.D.

**PULMONARY & SLEEP DISORDERS**

Allen Latimer, M.D.
Dale Prophet, M.D.
Alan W. Purvis, M.D.
Brian R. Sinclair, M.D.
Marvin W. Sexton, M.D.

**NEUROLOGY & SLEEP DISORDERS**

David A. Davis, M.D.

**PSYCHIATRY & SLEEP DISORDERS**

Ann B. McDowell, M.D.

**PSYCHIATRY**

C. Roby Hicks, M.D.

**DERMATOLOGY**

Robert B. Ash, M.D.
Craig D. Omohundro, M.D.
Laura M. Tamburin, M.D.
Tonia L. Ruddock, M.D.

**RHEUMATOLOGY**

Parks W. Pratt, III, M.D.

**UROLOGY**

Michael G. Simmons, M.D.
Mark A. Byard, M.D.

**OPHTHALMOLOGY**

Joseph H. Sugg, Jr. M.D.

## FACSIMILE TRANSMITTAL COVER SHEET

TO: *Houston County Jail*     DATE: 5-5-05

FAX TO: *671-9482*     PAGE _1_ OF _4_

ATTENTION: *Ivory*

FROM: Barbara Bond

PHONE # (334) 793-9564

FAX#
Administration (334) 671-8907
Insurance (334) 712-0830
West Office (334) 712-4280
East Office (334) 712-2815

MESSAGE: *request not hipaa compliant fax/send release form to 712-2810*

The information contained in this transmission is privileged, confidential and is only intended for the use of the individual or entity named above. Failure to maintain the confidentiality or unauthorized re-disclosure of the information contained herein could subject you to penalties under state and federal guidelines. The recipient of this message is responsible for a secure location of the fax machine. If the recipient of this message is not the intended recipient, you are hereby notified that any copying, dissemination or distribution of this transmittal is strictly prohibited. If you have received this transmittal in error, please notify us immediately at 334-793-9564.

SUITE 102, 4300 WEST MAIN STREET, DOTHAN, ALABAMA 36305-1051 (334) 793-9564

SUITE 501, 1118 ROSS CLARK CIRCLE, DOTHAN, ALABAMA 36301-3041 (334) 793-9564



**STATE OF ALABAMA**
**HOUSTON COUNTY**

## MEDICAL RELEASE AUTHORIZATION

**KNOW ALL MEN BY THESE PRESENTS,** That for and in consideration of HOUSTON County, Alabama, assuming the financial responsibility or liability for my medical or doctor treatment and care, I do hereby authorize any such medical doctor or hospital to release any medical records or information to any duly appointed or authorized representative of HOUSTON County, Alabama.

However, this medical release authorization is specifically limited to properly authorized HOUSTON County Personnel; and any such medical doctor or hospital is not authorized to release any such medical information or treatment information to any other person, company, or corporation, other than by my further expressed authority from me and my ATTORNEY.

ATTEST: _____     X _George Rhodes_____

**WITNESS**

I, X _George Rhodes_____, an inmate in the HOUSTON County Jail, have been duly informed and do understand the cost of housing and medical care may be assessed against me as cost of court, if I am convicted of a misdemeanor in the DISTRICT COURT.

X _George Rhodes_____
SIGNATURE

DATE: _4/09/05_____

WITNESS: _P M Dee_____

## AUTHORIZATION FOR RELEASE

I _George Rhodes_
   Patient's Name & Address

D. O. B. _4-6-65_ do authorize _Pinson_ _____ to release
                          (Physician)

to _Houston County Jail Clinic_ _____ my protected health information.
(Name & address of person to receive information)

Describe specifically the PHI you want released. _All Medical Records_
_Pertaining to Cardiology:_ _____

   This Authorization allows for the disclosure of protected health information for the
particular purpose of: _____

_____

**Section A: I understand that, if the persons or organizations I authorize below to receive
and/or use the protected health information described below are not health plans,
healthcare providers or clearinghouses subject to federal health information privacy laws,
they may further disclose the protected health information and it may no longer be
protected by federal health information privacy laws.**

---

**Section B: Psychiatric Records**
_____    **This authorization is for psychiatric records. If this authorization is for
psychiatric records, you must not use it as an authorization for any other type of protected
health information use or disclosure.**

---

Give date this authorization will expire if applicable: _____

   I understand that I may revoke this authorization by giving written notice to the address listed
below. I understand that revocation of this authorization will not affect any action you took in reliance on
this authorization before this revocation.

Print → I, _George Rhodes_ , have read and do understand the contents of this
authorization. I confirm that this is consistent with my direction to you.

sign → _George Rhodes_ _____    _5/5/05_
Signature of Patient                      Date

   If this authorization is signed by a personal representative on behalf of the individual, complete the
following:
   _____         _____
   Personal representative name         Relationship to individual

**Dothan Specialty Clinic**
**4300 West Main Street, Suite 102, Dothan, Alabama 36305 ( 334) 793-9564**
   You are entitled to a copy of this Authorization after you sign it. This authorization will be filed in
the individual's medical record.

# HOUSTON COUNTY JAIL
## INFIRMARY
### 901 EAST MAIN STREET
### DOTHAN , ALABAMA 36301

Phone (334) 671-9762
Fax (334) 671-9482



**FAX PAGE :**

**FACILITY :** Cardiology Associates

**PHYSICIAN :** Dr. Pinson

**DEPARTMENT :** Medical Records

| INMATE NAME.: | D.O.B. | S.S. # |
|---|---|---|
| George Rhodes | 4-6-65 | 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 |

**SIGNATURE** Ivory J. Smith     **DATE** 3-05-05

Please Send
Medical Records
Thanks
Ivory

**# OF PAGES** 2

Any Problems with this FAX , Please call .

# HOUSTON COUNTY JAIL
## INFIRMARY
### 901 EAST MAIN STREET
### DOTHAN , ALABAMA 36301

Phone (334)712-0762
Fax  (334)671-9482



FAX PAGE :

FACILITY : _Same_

PHYSICIAN : _____

DEPARTMENT : _Medical Records_

| INMATE NAME : | D.O.B. | S.S. # |
|---|---|---|
| Rhodes, George | 4-6-65 | 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 |

SIGNATURE _Ivory J. Smith_        DATE 5-2-05

_faxed
5-02-05
1025 I.S._

# OF PAGES   3

_Any Problems with this FAX , Please call ._

# HOUSTON COUNTY JAIL
## INFIRMARY
### 901 EAST MAIN STREET
### DOTHAN , ALABAMA 36301

Phone (334)712-0762
Fax  (334)671-9482



FAX PAGE :

FACILITY : Cardiology Associates

PHYSICIAN : Dr. Pinson

DEPARTMENT : Medical Records

| INMATE NAME : | D.O.B. | S.S. # |
|---|---|---|
| George Rhodes | 4-6-65 | 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 |

SIGNATURE _Ivory J Smith_    DATE 5-05-05

Please Send
Medical Records
Thanks
Ivory

# OF PAGES  2

Any Problems with this FAX , Please call .



*File Copy*

May 17, 2006

To: Commander McMullan
From: D. Speigner CRNP, Clinic Director

Regarding: Rhodes, George Henry #57322

This inmate has a serious medical condition. He has been seen by me, had a xray, had a MRI, been seen by Dr. Banner, and been evaluated by an Orthopedic Surgeon today. The physician has recommended a CAT scan guided biopsy. The diagnosis is tumor; rule out bone cancer.

It would be to everyone's best interest if this inmate was no longer housed in the Houston County Jail.

I am including a copy of his docket card for your information.


Thank You


*5/30/06 - Neither hosp. will accept this flr to do this procedure.*
*per Dr. Sharga.*
*- Notified Cmdr. McMullan — will call Judy Jacks —*
*" Lt. Rico*
*" Dr. Sanna*
*Will attempt to refer*

# WEBB & ELEY, P.C.

ATTORNEYS & COUNSELLORS AT LAW
7475 HALCYON POINTE DRIVE
POST OFFICE BOX 240909
MONTGOMERY, ALABAMA 36124

JAMES W. WEBB
MICHAEL M. ELEY
KENDRICK E. WEBB
CRAIG S. DILLARD
DARYL L. MASTERS
FRANK E. BANKSTON, JR.
ROBBIE ALEXANDER HYDE

HOPE CURTIS
GARY L. WILLFORD, JR.   †
C. RICHARD HILL, JR.
SCOTT W. GOSNELL
ASHLEY HAWKINS FREEMAN
AMANDA KAY MORGAN

OF COUNSEL:
BART HARMON
KELLY GALLOPS DAVIDSON
WINTHROP E. JOHNSON

TELEPHONE (334) 262-1850
FACSIMILE (334) 262-1772
E-MAIL: contactfirm@webbeley.com

*ALSO ADMITTED IN DISTRICT OF COLUMBIA
**ALSO ADMITTED IN FLORIDA
†ALSO ADMITTED IN CALIFORNIA

April 21, 2006

DeeAnne Dennis
Claims Representative
Meadowbrook Insurance Group
2500 Fairlane Drive, Suite 100
Montgomery, AL 36116

Re:   George Henry Rhodes v. Houston County Commissioners, et al.
      In the United States District Court for the Middle District of Alabama
      Civil Action No. 1:04-CV-305-WHA
      MIG File No. 15185DD
      Webb & Eley No. 10010.850

Dear DeeAnne:

We have received a copy of Gary Sherrer's letter of April 19, 2006 to Hank Draughon, with which he enclosed a copy of the pro se complaint, order for special report, and his entry of appearance in the above-styled cause. You have advised that you are the adjuster assigned to handle this file.

This matter has been assigned to Gary Sherrer, the county attorney for Houston County, who will provide a defense for Houston County Commissioners, Sheriff Lamar Glover, Commander William B. McCarty and Nurse Practitioner Darla Speigner, and keep you fully advised of all proceedings. If I may be of any further assistance, please let me know.

Very truly yours,

James W. Webb

JWW/jp
cc:   Hon. Lamar Glover, Sheriff
      Commander William B. McCarty
      Darla Speigner
      Roy Roberts, Administrator
      Mark Culver, Chairman
      Gary C. Sherrer, Esq.

**WEBB & ELEY, P.C.**
ATTORNEYS & COUNSELLORS AT LAW
7475 HALCYON POINTE DRIVE
POST OFFICE BOX 240909
MONTGOMERY, ALABAMA 36124-0909

File
tc



MONTGOMERY AL
25 APR '06 PM 4 T

Darla Speigner
Houston County Sheriff's Officer
P. O. Box 6406
Dothan, AL 36302-6406

36302+6406

PROCEDURE:  RIGHT FEMUR
HISTORY:    Pain and swelling.
COMPARISON: @
TECHNIQUE:  2 views.

FINDINGS:  There is coarse heterogeneous calcification in the soft
tissues of the proximal thigh.  This overlies the femur on several views
but on 1 view appears to be separate from it.  No definite fracture.

IMPRESSION:
INDETERMINATE CALCIFICATION IN SOFT TISSUE RIGHT UPPER THIGH.  THIS MAY
REPRESENT MYOSITIS OSSIFICANS, HOWEVER, MRI IS RECOMMENDED FOR FURTHER
EVALUATION TO EXCLUDE MALIGNANCY.

_____

Christopher Ahmed, MD

DD:  4/04/2006 17:11    nb
DT:  4/5/2006 08:53     123113

# FACSIMILE
## C O V E R   S H E E T

*Whatever you do, do it well.*™

www.samc.org

### Southeast Alabama
# MEDICAL CENTER

To:      HOUSTON CO JAIL

Fax:     96719482

From:    DTEW

Phone    334-793-8864

Pages:   3   (including banner)

Comment -



## Quality Services

Behavioral Medicine Center
Cancer Center
Cardiology Center
Diabetes Treatment Center
Dothan Surgery Center
Emergency Center
Home Health Care
Home Medical Equipment
Industrial and
Occupational Health
Lithotripsy
Maternal & Infant Care
Neurodiagnostics
Open MRI
Outpatient Service Center
Pain Management Center
Radiology
Rehabilitation Services
Same Day Surgery
Sleep Disorders
Surgical Services
Women's Imaging Center

## COMMUNITY OUTREACH

Childbirth Education
Community Education
Community Health Education
Medical Call Center
Physician Information
& Referral
Senior Discovery Program
Support Groups
Adult Volunteers
Teenage Volunteer Program

## PRIMARY CARE NETWORK

*Alabama*
Enterprise Medical Clinic
Houston Medical Group

*Florida*
Chipley Medical Group

### IMPORTANT NOTICE
This message is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the message to us, via the U.S. Postal Service, at the address below.

1108 ROSS CLARK CIRCLE, DOTHAN, AL 36301-3088
P.O. BOX 6987, DOTHAN, AL 36302-6987

# OUTPATIENT REGISTRATION

| MR # 400545 | ADMIT DATE 4/04/06 | ADMIT TIME 15:55 | ADMITTER OPHM | PT TYPE 1 | PT # 2760518 |
|---|---|---|---|---|---|

| NAME RHODES JR, GEORGE HENRY | AGE 040Y | DOB 4/06/65 | SEX M | RACE B | MARITAL STATUS S |
|---|---|---|---|---|---|

| ADDRESS 507 S USSERY ST | REL JW | SRC 1 | AD.CAT MD | FC S | SPECIAL BDL | MSV MED |
|---|---|---|---|---|---|---|

| CITY DOTHAN | STATE AL | ZIP 36301 | CLINICS | | ROOM/BED |
|---|---|---|---|---|---|

| PHONE 334 794-5424 | PT SSN 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 | ATTENDING DOCTOR BANNER,SAM |
|---|---|---|

| MAIDEN NAME | REFERRING DOCTOR UNASSIGNED |
|---|---|

| ALLERGIES DRUG/FOOD/NLKA/NDM | DPA NO POWER | LW NO POWER | CITY HOUSTON,AL |
|---|---|---|---|

| NEAREST RELATIVE | EMPLOYER SELF-EMPLOYED | EMERGENCY CONTACT |
|---|---|---|

| ADDRESS | ADDRESS 507 S USSERY ST | ADDRESS |
|---|---|---|

| CITY/STATE/ZIP | CITY/STATE/ZIP DOTHAN, AL 36301 | CITY/STATE/ZIP |
|---|---|---|

| PHONE | PT REL | PHONE 334 794-5424 | PHONE | PT REL |
|---|---|---|---|---|

| GUARANTOR # 6423197 | SSN 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 | GUARANTOR EMPLOYER SELF-EMPLOYED |
|---|---|---|

| NAME RHODES JR, GEORGE HENRY | ADDRESS 1 507 S USSERY ST |
|---|---|

| ADDRESS 507 S USSERY ST | ADDRESS 2 |
|---|---|

| CITY/STATE/ZIP DOTHAN, AL 36301 | CITY/STATE/ZIP DOTHAN, AL 36301 | DSCH |
|---|---|---|

| PHONE 334 794-5424 | PT REL PT | PHONE 334 794-5424 | DAYS |
|---|---|---|---|

**PATIENT STATES:**
XR/BACK PAIN

**ADMITTING DIAGNOSIS:**
XR/BACK PAIN

| INS#1: INMATES   PRIVATE PAY | NAME RHODES JR, GEORGE H | GROUP # | POLICY # 136604317 |
|---|---|---|---|
| INS#2: | | | |
| INS#3: | | | |

**COMMENTS:**
REG/SCANNED/HEM

| PRINCIPAL & SECONDARY DIAGNOSIS | CODES |
|---|---|
| | |
| | |
| | |
| | DATE DICTATED |
| | D/S |
| PROCEDURES & OPERATIONS/DATES | H&P |
| | O.R. |
| | Cons |
| | |

| CONSULTATION WITH | PHYSICIAN SIGNATURE |
|---|---|

SOUTHEAST ALABAMA MEDICAL CENTER
PO Drawer 6987,  Dothan, AL 36302
334-793-8111
RADIOLOGY SERVICES
XRAY REPORT

Patient Name:  RHODES, GEORGE
XRAY/MR#:  000400545          Account #: 2760518      Room:XR- -
DOB:  04/06/1965             Age: 40              Pt Type: O
Order #: 00127605188183426   Accession #:  001000000130822
CDM: 3647366
Attending Physician: Sam Banner, MD
Ordering Physician: Sam Banner, MD
Referring Physician:  UNASSIGNED
Exam Requested: FEMUR COMP RT
Exam Date:  04/04/2006
PROCEDURE:  RIGHT FEMUR
HISTORY:    Pain and swelling.
COMPARISON: @
TECHNIQUE:  2 views.
FINDINGS:   There is coarse heterogeneous calcification in the soft
tissues of the proximal thigh.  This overlies the femur on several
views but on 1 view appears to be separate from it.  No definite
fracture.
IMPRESSION:
INDETERMINATE CALCIFICATION IN SOFT TISSUE RIGHT UPPER THIGH.  THIS MAY
REPRESENT MYOSITIS OSSIFICANS, HOWEVER, MRI IS RECOMMENDED FOR FURTHER
EVALUATION TO EXCLUDE MALIGNANCY.

Christopher Ahmed, MD
DD:  4/04/2006 17:11      nb
DT:  4/5/2006 08:53       123113
Name:  RHODES,GEORGE                    MR #: 000400545
Christopher Ahmed, MD
{eop}



# DOTHAN SPECIALTY CLINIC

**ADMINISTRATOR**

Lois W. Sallas

**CARDIOLOGY**

R. Ronnie Harrell, M.D.
James A. Sawyer, III, M.D.
Chris E. Byard, M.D.
Michael E. Pinson, M.D.
S. Roland Brooks, M.D.
David D. Gayle, M.D.
Benjamin Craven, Jr., M.D.

**PULMONARY & SLEEP DISORDERS**

Allen Latimer, M.D.
Dale Prophet, M.D.
Alan W. Purvis, M.D.
Brian R. Sinclair, M.D.
Marvin W. Sexton, M.D.

**NEUROLOGY & SLEEP DISORDERS**

David A. Davis, M.D.

**PSYCHIATRY & SLEEP DISORDERS**

Ann B. McDowell, M.D.

**PSYCHIATRY**

C. Roby Hicks, M.D.

**DERMATOLOGY**

Robert B. Ash, M.D.
Craig D. Omohundro, M.D.
Laura M. Tamburin, M.D.
Tonia L. Ruddock, M.D.

**RHEUMATOLOGY**

Parks W. Pratt, III, M.D.

**UROLOGY**

Michael G. Simmons, M.D.
Mark A. Byard, M.D.

**OPHTHALMOLOGY**

Joseph H. Sugg, Jr. M.D.

_June 23_, 2005

Medical Record Department of

_Houston County Jail Infirmary_
_901 East Main Street_
_Dothan, Al  36301_
_____

RE: _George Rhodes_

DOB: _4-6-65_  SSN: _____

____ **Additional information required:**
( )Patient's full name, ( )Maiden name/other name,
( ) Date of birth, ( ) Dates of treatment and Type of
service, ( ) Social Security Number, ( )Copy of Death
Certificate, ( )Name of Physician and/or Specialty from
which information is needed.

X We have no office records on this individual.

____ No authorization accompanied your request. Medical information is
confidential by law and can be released only on written consent of the patient.
If the patient is a minor and has reached the age 14 (fourteen), they must sign
the authorization.

____ We need a special authorization to release the requested information. (This
form is enclosed.)

____ A court order is required to obtain this information.

____ A subpoena must be validated thru our local court system.

____ A subpoena must be supplied by certified mail.

____ We have no records for the dates requested.

____ This information must be requested from the facility in which it was performed.

____ Faxed requests are not accepted. Requests must be received via mail.

____ Records prior to 2000 are not accessible.

____ Prepayment is required before records can be mailed. Please issue a check for
the amount of $____.____ to **DOTHAN SPECIALTY CLINIC.**
Tax ID #63-0837349.

_Barbara Bond_
Barbara Bond
Medical Record Release Coordinator
**Dothan Specialty Clinic**

SUITE 102,  4300 WEST MAIN STREET,  DOTHAN, ALABAMA  36305-1051  (334) 793-9564

SUITE 501,  1118 ROSS CLARK CIRCLE,  DOTHAN, ALABAMA  36301-3041  (334) 793-9564

5034917
cd

## AUTHORIZATION FOR RELEASE

I _George Rhodes_

Patient's Name & Address

D. O. B. _4-6-16_ do authorize _Pinson_ to release

(Physician)

to _Houston County Jail Clinic_ my protected health information.

(Name & address of person to receive information)

Describe specifically the PHI you want released. _All Medical Records Pertaining to Cardiology_

This Authorization allows for the disclosure of protected health information for the particular purpose of: _____

**Section A: I understand that, if the persons or organizations I authorize below to receive and/or use the protected health information described below are not health plans, healthcare providers or clearinghouses subject to federal health information privacy laws, they may further disclose the protected health information and it may no longer be protected by federal health information privacy laws.**

---

**Section B:  Psychiatric Records**

This authorization is for psychiatric records.  If this authorization is for psychiatric records, you must not use it as an authorization for any other type of protected health information use or disclosure.

---

Give date this authorization will expire if applicable: _____

I understand that I may revoke this authorization by giving written notice to the address listed below.  I understand that revocation of this authorization will not affect any action you took in reliance on this authorization before this revocation.

print → I, _George Rhodes_, have read and do understand the contents of this authorization.  I confirm that this is consistent with my direction to you.

sign → _George Rhodes_                 _5/5/05_

Signature of Patient                          Date

If this authorization is signed by a personal representative on behalf of the individual, complete the following:

_____                  _____

Personal representative name                Relationship to individual

**Dothan Specialty Clinic**
**4300 West Main Street, Suite 102, Dothan, Alabama 36305 ( 334) 793-9564**
You are entitled to a copy of this Authorization after you sign it.  This authorization will be filed in the individual's medical record.

HK

# EMERGENCY REGISTRATION

Southeast Alabama
**MEDICAL CENTER**

| MR # | ADMIT DATE | ADMIT TIME | ADMITTER | PT TYPE | PT # |
|---|---|---|---|---|---|
| 400545 | 1/11/05 | 15:54 | ESCR | 1 | 2541983 |

| NAME | AGE | DOB | SEX | RACE | MARITAL STATUS |
|---|---|---|---|---|---|
| RHODES, GEORGE | 039Y | 4/06/65 | M | B | S |

| ADDRESS | REL | SRC | AD.CAT | FC | SPECIAL HDL | MSV |
|---|---|---|---|---|---|---|
| 906 WILLIAMS AVE | JW | 7 | ER | P | | ER |

| CITY | STATE | ZIP | CLINICS | ROOM/BED |
|---|---|---|---|---|
| DOTHAN | AL | 36301 | | |

| PHONE | PT SSN | ATTENDING DOCTOR |
|---|---|---|
| 334 799-2563 | 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 | EMERGENCY MED DR |

| MAIDEN NAME | REFERRING DOCTOR |
|---|---|
| | |

| ALLERGIES | DPA | LW | CITY |
|---|---|---|---|
| DRUG/NKFA/NLKA/NDM | NO POWER | NO POWER | HOUSTON, AL |

| NEAREST RELATIVE | EMPLOYER | EMERGENCY CONTACT |
|---|---|---|
| RHODES GLENDA | | RHODES GLENDA |

| ADDRESS | ADDRESS | ADDRESS |
|---|---|---|
| 906 WILLIAMS AVE | | 906 WILLIAMS AVE |

| CITY/STATE/ZIP | CITY/STATE/ZIP | CITY/STATE/ZIP |
|---|---|---|
| DOTHAN, AL 36301 | , | DOTHAN, AL 36301 |

| PHONE | PT REL | PHONE | PHONE | PT REL |
|---|---|---|---|---|
| 334 799-2563 | PA | | 334 799-2563 | PA |

| GUARANTOR # | SSN | GUARANTOR EMPLOYER |
|---|---|---|
| 6423197 | 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 | |

| NAME | ADDRESS 1 |
|---|---|
| RHODES, GEORGE | |

| ADDRESS | ADDRESS 2 |
|---|---|
| 906 WILLIAMS AVE | |

| CITY/STATE/ZIP | CITY/STATE/ZIP | DSCH |
|---|---|---|
| DOTHAN, AL 36301 | , | |

| PHONE | PT REL | PHONE | DAYS |
|---|---|---|---|
| 334 799-2563 | PT | | |

**PATIENT STATES:**
BLUE

**ADMITTING DIAGNOSIS:**
BLUE

| | NAME | GROUP # | POLICY # |
|---|---|---|---|
| INS#1: | | | |
| INS#2: | | | |
| INS#3: | | | |

**COMMENTS:**
QREG/PT SIGNED COT/SDC

| PRINCIPAL & SECONDARY DIAGNOSIS | CODES |
|---|---|
| | |
| | |
| | |
| ✓ | DATE DICTATED |
| | D/S |
| | H&P |
| PROCEDURES & OPERATIONS/DATES | O.R. |
| | Cons |
| | |

| CONSULTATION WITH | PHYSICIAN SIGNATURE |
|---|---|
| | |

Southeast Alabama Medical Center  P.O. Box 6987  Dothan, AL  36302  334-793-8111

PRINTED BY: SAMC DATE      5/2/2005          #2040  Rev. 05/02

© 1996 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

**32**

**Southeast Alabama**
**MEDICAL CENTER**
**EMERGENCY PHYSICIAN RECORD**
Dyspnea (COPD, CHF, and Other) (5)

RHODES, GEORGE
DRUG/NKFA/NLKA/NDM
400545   2541983   4/06/65   039Y   M
EMERGENCY MED DR          1/11/05

DATE: 1/11/05  TIME: 1618  ROOM: _____ ___ EMS Arrival

HISTORIAN: √patient  _spouse  _paramedics _____

__HX / __EXAM LIMITED BY: _____

V/S BP 100/68  HR 94  RR 20  Temp 98²
Wt _____  O2Sat 97%  Pain ___ ∅

HPI
chief complaint: shortness of breath ( hx of: asthma / COPD / CHF )
④ weakness

started: yesterday

- √continues in ED
- _gone now  _better
- _intermittent
- _worse _____

**ROS**
ENT
_sore throat _____
_sinus drainage _____

CONST / GI
√nausea _____
_vomiting _____
_abdominal pain _____
_black / bloody stools _____
_diarrhea _____
_chills _____

**NEURO / EYES**
√headache  dizzy
_fainting _____
_visual disturbance _____

GU / ENDOCRINE
_pain with urination _____
_excessive urination _____
SKIN / LYMPH / MS
_skin rash / swelling _____
_joint pain _____
(muscle aches) _____
☐ all systems neg. except as marked

**severity:**
(mild)  moderate  severe

**exacerbated by:**
exertion  laying flat
coughing

**associated symptoms:**
PULMONARY
√cough _____
- sputum _____
  non-productive
  blood-tinged sputum
  frank hemoptysis

_fever _____
- subjective / to _____ °F
_sweating _____
_____
_____

CVS
√chest discomfort _____
- left / right (central)
  upper / lower
- pain / discomfort / tightness
  sharp / burning / pressure
  (worse with deep breaths)
- constant / (intermittent)
  duration: _____

_leg / calf pain (R / L) _____

_ankle swelling _____

OTHER
(light-headed / dizzy)
_anxiety _____

_tingling / numb _____
hands / feet / face
_heart racing _____

**PAST HISTORY** __negative  __past records ordered / reviewed
*=PE Risk Factors
_asthma _____
_emphysema _____
(heart disease) _____
  *CHF  CAD  angina  MI _____
_kidney failure / dialysis _____
*PE / DVT _____

*risk factors for PE / DVT _____

_other problems _____

(hypertension)
_diabetes  insulin / oral / diet
_high cholesterol _____
*CVA _____
_pneumonia _____
_pneumothorax _____
_bronchitis _____
  acute  chronic

Surgeries / Procedures ___none  __non-contributory
_prior intubation _____
_cardiac bypass _____
_cardiac cath _____
_angioplasty _____

_cholecystectomy _____
_appendectomy _____
_hysterectomy _____
_pacemaker _____

Medications (none) __see nurses note
_ASA  _NSAID  _acetaminophen
*BCP's  _home O2 @ _____ L
_home nebulizer

Allergies  __NKDA
see nurses note
Iodine

SOCIAL HX  (smoker) ___ drugs ___
_alcohol ( recent / heavy / occasional ) _____

FAMILY HX  __CAD _____

201

_Similar symptoms previously _____

_Recently seen / treated by doctor _____



X _____ EMT / nurse _____ MD / DO _____
HISTORY  Nurse or EMT sign after recording history; physician initial
after reviewing with patient and confirming or revising all elements.

**Southeast Alabama**

# MEDICAL CENTER

RHODES, GEORGE
DRUG/NKFA/NLKA/NDM
400545  2541983  4/06/65  039Y   M
EMERGENCY MED DR              1/11/05



# PATIENT'S REFUSAL OF TREATMENT/EVALUATION

I wish to leave the Emergency Department of Southeast Alabama Medical Center without being fully evaluated by the Emergency Department staff. I am doing this without coercion or duress and of my own free will. I accept full responsibility for my decision to leave and hereby agree to release the emergency physicians, Southeast Alabama Medical Center of responsibility or liability that may result as a consequence of this action. I further acknowledge that I may have undiagnosed diseases, illnessess or injuries, which if untreated, could worsen or become life threatening, and I, nevertheless, decline treatment. I further acknowledge that the Emergency Department staff has offered to perform a medical screening examination, regardless of my ability to pay for such service,  but that I have declined this evaluation/treatment. I acknowledge that I have been informed of the risk involved, the benefits or treatment, and hereby release the attending physician and the hospital from all responsibility for any ill effects, which may result from such discharge.

I have refused the following treatment/evaluation:

*ER Treatment*

*MAJOR Complaint: SoB / Weakness*

I HAVE READ THIS FORM, AND I UNDERSTAND IT.

_George Rhodes_

Signature of Patient (or patient's agent)

_1/11/05_
Date

_6:50 pm_
Time

_Belinda C. Herring_

Witness

_None / ER Regi_

Relationship to patient

# EMERGENCY REGISTRATION

**Southeast Alabama MEDICAL CENTER**

| MR # 400545 | ADMIT DATE 1/12/05 | ADMIT TIME 14:29 | ADMITTER ERJM | PT TYPE 1 | PT # 2542516 |
|---|---|---|---|---|---|

| NAME RHODES JR, GEORGE HENRY | AGE 039Y | DOB 4/06/65 | SEX M | RACE B | MARITAL STATUS S |
|---|---|---|---|---|---|

| ADDRESS 507 S USSERY ST | REL JW | SRC 7 | AD.CAT ER | FC P | SPECIAL HDL | MSV ER |
|---|---|---|---|---|---|---|

| CITY DOTHAN | STATE AL | ZIP 36301 | CLINICS | ROOM/BED |
|---|---|---|---|---|

| PHONE 334 794-5424 | PT SSN 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 | ATTENDING DOCTOR EMERGENCY MED DR |
|---|---|---|

| MAIDEN NAME | REFERRING DOCTOR |
|---|---|

| ALLERGIES NKDA/FOOD/NLKA/NDM | DPA NO POWER | LW NO POWER | CITY HOUSTON, AL |
|---|---|---|---|

| NEAREST RELATIVE RHODES GLENDA | EMPLOYER | EMERGENCY CONTACT RHODES, KEESHA |
|---|---|---|

| ADDRESS 906 WILLIAMS AVE | ADDRESS | ADDRESS 507 S USSERY ST |
|---|---|---|

| CITY/STATE/ZIP DOTHAN, AL 36301 | CITY/STATE/ZIP | CITY/STATE/ZIP DOTHAN, AL 36301 |
|---|---|---|

| PHONE 334 699-2563 | PT REL SO | ADDRESS PHONE | PHONE 334 794-5424 | PT REL BR |
|---|---|---|---|---|

| GUARANTOR # 6423197 | SSN 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 | GUARANTOR EMPLOYER |
|---|---|---|

| NAME RHODES JR, GEORGE HENRY | ADDRESS 1 |
|---|---|

| 507 S USSERY ST | ADDRESS 2 |
|---|---|

| CITY/STATE/ZIP DOTHAN, AL 36301 | CITY/STATE/ZIP | DSCH |
|---|---|---|

| PHONE 334 794-5424 | PT REL PT | PHONE | DAYS |
|---|---|---|---|

| PATIENT STATES: BLUE |
|---|

| ADMITTING DIAGNOSIS: BLUE |
|---|

| | NAME | GROUP # | POLICY # |
|---|---|---|---|
| INS#1: | | | |
| INS#2: | | | |
| INS#3: | | | |

| COMMENTS: QREG/PT SIGNED/DENIES INJURY/JM |
|---|

| PRINCIPAL & SECONDARY DIAGNOSIS | CODES |
|---|---|
| | |
| | |
| | |
| | DATE DICTATED |
| | D/S |
| PROCEDURES & OPERATIONS/DATES | H&P |
| | O.R. |
| | Cons |

| CONSULTATION WITH | PHYSICIAN SIGNATURE |
|---|---|

Southeast Alabama Medical Center  P.O. Box 6987  Dothan, AL  36302  334-793-8111
PRINTED BY: SAMC DATE     5/2/2005                    #2049  Rev. 05/02

© 1996 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

33

**Southeast Alabama**
# MEDICAL CENTER
**EMERGENCY PHYSICIAN RECORD**
Chest Pain    (5)

RHODES JR, GEORGE HENRY
NKDA/FOOD/NLKA/NDM
400545   2542516   4/06/65   039Y   M
EMERGENCY MED DR         1/12/05

DATE: 1-12-05 TIME: 1440 ROOM: _____ EMS Arrival

HISTORIAN: (patient) _spouse _paramedics _____

_HX / EXAM LIMITED BY: _____

V/S BP 123/70 HR 70 RR 18 Temp 98.4
Wt ___ O2Sat 98 Pain 0

## HPI
**chief complaint:** chest pain / discomfort

**started:** today

**time course:**
_still present _better
√gone now
_lasted _____
_resolved on arrival in ED

_constant *waxing & waning
_intermittent episodes lasting _____

_worse / persistent

**Location of pain:**

**quality:**
pressure
tightness
indigestion
burning
dull
aching
sharp
stabbing
"pain"
"numbness"
"like prior MI"

**radiation:** none diagrammed above_____

**associated symptoms:**
_nausea
_vomiting
_shortness of breath_____
_sweating_____

**worsened by:**
change in position
deep breaths / turning
exertion
nothing

**relieved by:**
sitting up
rest
antacids
nothing

_NTG 1 2 3
patient's own supply
given by paramedics
relief- none / partial /
complete / transient
_Oxygen _NRB _L

**onset during:**
sleep rest (light activity)
mod. / heavy exertion
emotional upset
cannot recall

**severity:**
maximum: (1-10) +7
mild moderate severe

when seen in ED: (1-10) __
gone almost gone mild moderate severe
residual discomfort in arm (R / L)

_Similar symptoms previously_____

Out of Atenolol

_Recently seen / treated by doctor_____ NTG

### ROS
CHEST / CONST
_fever
√chills
_cough
_sputum
_ankle swelling
_calf / leg pain

FEMALE REPRODUCTIVE
LNMP_____
_vaginal discharge
_abnormal bleeding

### NEURO
_headache_____
_blackouts_____
EYES / ENT
_blurred vision_____
_sore throat_____
GI / GU
_abdominal pain_____
_black / bloody stools_____
_problems urinating_____
SKIN / LYMPH / MS
_skin rash / swelling_____
_joint pain_____
_all systems neg. except as marked

### PAST HISTORY ___ negative ___ past records ordered / reviewed
* = MI risk factors
√high blood pressure
*diabetes insulin / oral / diet ___
*high cholesterol
*heart disease
    heart attack (MI) ___
    angina / heart failure
_DVT / PE / risk factors
_GERD
_other problems Angina, Bronchitis

_emphysema_____
_collapsed lung_____
_stroke_____
_peptic ulcer_____
    documented? yes no
_gall stones_____

Surgeries / Procedures ___ none ___ non-contributory
_cardiac bypass
_cardiac cath
_angioplasty
_thrombolytics
_pacemaker

_tonsillectomy
_cholecystectomy
_appendectomy
_hysterectomy

Medications _none _ASA _NSAID
_acetaminophen _BCP's
_see nurses note
Atenolol 25y
NTG

Allergies √NKDA
_see nurses note

SOCIAL HX *smoker 4pk a day _drugs
_alcohol (recent / heavy / occasional)

FAMILY HX √CAD (<55yo (>55yo)

201

X _____ EMT / Nurse _____ MD / DO

HISTORY   Nurse or EMT sign after recording history; physician initial
after reviewing with patient and confirming or revising all elements.

**Southeast Alabama**
**Medical Center**

☑ Nursing Assessment Reviewed    ☑ Vitals Reviewed
## PHYSICAL EXAM
☑ Alert ___ Anxious ___ IV ___
Distress: ☑ NAD ___ mild ___ moderate ___ severe

**EENT**
☐ eyes nml inspection
☑ ENT nml inspection
☑ pharynx nml

___ scleral icterus / pale conjunctivae ___
___ pharyngeal erythema ___
___ abnml TM / hearing deficit ___

**NECK**
☑ nml inspection

___ thyromegaly ___
___ lymphadenopathy ( R / L ) ___

**RESPIRATORY**
☑ no resp. distress
☑ chest non-tender
☑ nml breath sounds

___ see diagram ___
___ respiratory distress
___ manifests distinct pain on movement
    of ( R / L ) arm of trunk ___
___ splinting / decr air mvmnt ___
___ rales ___
___ rhonchi ___
___ wheezing ___

**CVS**
☑ regular rate, rhythm
☑ no murmur
☑ no gallop
☑ no friction rub

___ irregularly irregular rhythm ___
___ extrasystoles ( occasional / frequent ) ___
___ tachycardia / bradycardia ___
___ PMI displaced laterally ___
___ JVD present ___
___ murmur    grade ___ /6   sys / dias ___
    cresc / cresc-decresc / decresc
___ gallop ( S3 / S4 ) ___
___ friction rub ___

___ decreased pulse(s) ___
    R  carotd ___ fem ___ dors ped ___
    L  carotd ___ fem ___ dors ped ___

T = tenderness
Grav = guarding
R = rebound
m = mild
mod = moderate
sv = severe
(e.g., T3v = severe tenderness)

**ABDOMEN**
☑ non-tender
☑ no organomegaly

___ tenderness ___
___ guarding ___
___ rebound ___
___ abnml bowel sounds ___
___ hepatomegaly / splenomegaly / mass ___

**RECTAL**
___ non-tender
___ heme neg stool

___ black / bloody / heme pos. stool ___
___ tenderness ___

**SKIN**
☑ color nml, no rash
☑ warm, dry

___ cyanosis / diaphoresis / pallor ___
___ skin rash ___

**EXTREMITIES**
☑ non-tender
☑ normal ROM
☑ no pedal edema
☑ no calf tenderness

___ pedal edema ___
___ calf tenderness ___
___ clubbing ___

**NEURO / PSYCH**
☑ oriented x3
☑ mood / affect nml
☑ CN's nml as tested
☑ no motor / snsry deficit

___ disoriented  to: person / place / time ___
___ depressed affect ___
___ facial droop / EOM palsy / anisocoria ___
___ weakness / sensory loss ___

pt. competent to
Advised Seek
Health Care if
Worsen pt. understood

Chest Pain - 33

---

RHODES JR. GEORGE HENRY
NKDA/FOOD/NLKA/NDM
400545   2542516  4/06/65   039Y   M
EMERGENCY MED DR               1/12/05

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

## LABS, EKG, XRAYS and PROGRESS

| CBC | Chemistries | | UA |
|---|---|---|---|
| normal except | normal except | CK ___ | normal except |
| WBC 4.3 | Creat ___ | CKMB ___ | WBC ___ |
| Hgb ___ | Na ___ | Troponin ___ | RBC's ___ |
| Hct ___ | K ___ | | bacteria ___ |
| Platelets ___ | Cl ___ | | dip: ___ |
| segs ___ | CO2 ___ | | |
| bands ___ | BUN ___ | PT ___ | |
| lymphs ___ | Gluc ___ | PTT ___ | |
| monos ___ | Anion Gap ___ | INR ___ | |

**EKG MONITOR STRIP** ___ NSR ___ Rate ___

EKG ☑ NML   ☐ Interp. by me   ☑ Reviewed by me   Rate ___
___ NSR ___ nml intervals ___ nml axis ☑ nml QRS ☑ nml ST/T
not / changed from: ___
Repeat EKG ___ unchanged / ___
**CXR** ☐ Interp. by me  ☐ Reviewed by me  ☐ Discsd w/ radiologist
___ nml / NAD ___ no infiltrates ___ nml heart size ___ nml mediastinum
not / changed from: ___
**Pulse Ox** ___ % on RA / ___ L / ___ % at (time)
Time ___ unchanged ___ improved ___ re-examined ___

Offered admission H. did not
want admission but per
Stress Test H. also
referred Chest pain

Discussed with Dr. ___
will see patient in: office / ED / hospital
___ Counseled patient / family regarding:
lab results / diagnosis / need for follow-up
Rx given

| CRIT CARE- | 10-74 min |
|---|---|
| | 75-104 min ___ min |
| ☐ Admit orders written | |
| Additional history from: | |
| family caretaker paramedics | |

## CLINICAL IMPRESSION:

Chest Pain - acute precordial     Acute MI
Chest Wall Pain - acute           Unstable Angina
Dyspnea - acute                   Pericarditis - acute
Costochondritis - acute           Acute Aortic Dissection
Myofascial Strain - acute         Pulmonary Embolism
Viral Syndrome - acute            Acute Pulmonary Edema / CHF
Bronchitis - acute                Atrial Fibrillation – rapid vent. response
Viral Pleuritis (Pleurisy)           controlled uncontrolled new-onset chronic
Abnormal EKG                      Pneumonia
GERD                              Pneumothorax

DISPOSITION-     ☑ home  ☐ admitted  ☐ transferred
CONDITION-       ☐ unchanged  ☐ improved  ☑ stable

Certified Emergency  ☑ Yes  ☐ No  ☐ Template Complete        MD / DO

## Southeast Alabama
# MEDICAL CENTER

## Emergency Department
## NURSING RECORD

RHODES JR. GEORGE HENRY
NKDA/FOOD/NLKA/NDM
400545  2542516  4/06/65   039Y  M
EMERGENCY MED DR          1/12/05



bottom edge of patient label

**\*Items must be completed**    Date: _____    Time: _____

**\*Triage VS:** B/P _____ HR _____ Resp _____ Temp _____ O₂ Sat _____

Pain _____ WT _____ Private DR.: _____

Allergies: **NKDA**

**Pre-Hosp**

Arrival: ❑ Ambulatory  ❑ Wheel chair  ❑ Stretcher
Transport Service: _____
Pre-Tx: ❑ Ambu / BVM    ❑ IV Fld x _____    ❑ Oral Airway
❑ C-Collar/CID    ❑ Splint    ❑ O2 @ _____
❑ Back Board    ❑ ET / Size _____    ❑ Dressing

| Drug | Dose | Schedule |
|------|------|----------|
| denies | | |

**CV**

**\*Skin Condition:**    Edema: ❑ Legs  ❑ Ankles  ❑ Feet
❑ Intact  ❑ Cool         ❑ Other: _____
❑ Warm  ❑ Clammy
❑ Hot  ❑ Dry
❑ Moist  ❑ Decubitus    Pulses:    R        L
❑ Diaphoretic  Size _____    Pedal
❑ Rash  ❑ Other _____    Radial

**\*Skin Color:**    Hemorrhage: ❑ None  ❑ Gross
❑ Pink  ❑ Pale
❑ Dusky  ❑ Cyanotic    Est. loss _____ cc
❑ Flushed  ❑ Jaundiced
CRT: ❑ < 2 sec.  ❑ > 2 sec.    Dressings: _____

**Pulm**

**\*Resp:** ❑ Unlabored  ❑ Labored  ❑ Hyperventilation  ❑ Dyspnea  ❑ Other: _____
**\*BS:** R L ❑❑ Clear   R L ❑❑ Wheezes   R L ❑❑ Diminished   R L ❑❑ Absent   R L ❑❑ Adventitious

**Neuro**

**\*LOC:** ❑ Alert  ❑ Drowsy  ❑ Unresponsive  ❑ Disoriented  ❑ Oriented
**\*Response to Stimuli:** ❑ Verbal  ❑ Tactile  ❑ Pain  ❑ Non-responsive
**\*Speech:** ❑ Clear  ❑ Slurred

Motor  L  R:    VA
Intact  ❑  ❑    ❑ R Eye _____
Sensory  ❑  ❑    ❑ L Eye _____
❑ Both Eyes _____

Reaction:    Pupil Size:
❑ PEARLA    ❑ R Eye _____
❑ Dilated
❑ Constricted    ❑ L Eye _____
❑ Sluggish
❑ Unresponsive

❑ Person
❑ Place
❑ Time
❑ Event

2  3  4  5  6  7  8  9

Developmentally Appropriate for age: ❑ Yes  ❑ No

**GI**

Bowel Sounds: ❑ Present  ❑ Absent  ❑ Vomiting  ❑ Other: _____
Abdomen: ❑ Soft  ❑ Firm  ❑ Distended  ❑ Tender RUQ / RLQ / LUQ / LLQ / Epigastric / Periumbilical / Suprapubic

**Psycho Social**

Language: ❑ English  ❑ Spanish  ❑ Other _____
❑ Deaf  ❑ Blind  ❑ Read  ❑ Write  Learning Preference: ❑ Verbal  ❑ Written  ❑ Demo (check all that apply.)
Religious or cultural beliefs that need to be considered in Healthcare? ❑ No  ❑ Yes  Explain: _____
Do you need assistance with: ❑ Mobility  ❑ Hygiene  ❑ Dressing  ❑ Eating  ❑ Toileting
If assistance is required with any of the above, who did you receive it from (name) _____
If assistance is needed at discharge, who might help (name of person or persons) _____
Are you on a special diet? ❑ Yes  ❑ No  Explain: _____
Have you had any weight gain or loss of 10 pounds or more within the last two weeks?  ❑ Yes  ❑ No
Have you been physical injured by anyone? ❑ Yes  ❑ No  Explain: _____
Are your basic needs being met at home? ❑ Yes  ❑ No  Explain: _____

Safety:
❑ Armband
❑ Side Rails

Signature: _Alma Poole RN_

**MS**

ORTHO
Extremity R/L _____

|  | Yes | No |
|--|-----|-----|
| Motor Intact | ❑ | ❑ |
| Sensory Intact | ❑ | ❑ |
| Circulation Intact | ❑ | ❑ |
| Deformity | ❑ | ❑ |

LACERATION
Site _____   Size _____ cm

|  | Yes | No |
|--|-----|-----|
| Bleeding Controlled | ❑ | ❑ |
| Motor Intact | ❑ | ❑ |
| Sensory Intact | ❑ | ❑ |
| Circulation Intact | ❑ | ❑ |

**Notifications**

IHN:  Paged: _____
❑ Drug Screen ❑ Yes  ❑ No
IHN Signature: _____
❑ Police _____    ❑ Animal Control _____

**Notifications**

DR. paged _____    ED DR. to see _____
DR. notified _____    ED DR. to see and call _____
Pvt DR. to see _____

#2036  (1/4)  Rev. 10/04

RHODES JR, GEORGE HENRY
NKDA/FOOD/NLKA/NDM
400545  2542516  4/06/65  039Y  M
EMERGENCY MED DR          1/12/05

bottom edge of patient label

**Southeast Alabama**
**MEDICAL CENTER**

**EMERGENCY DEPARTMENT**
**NURSING RECORD**

## PROCEDURES

| | Initial/Time | | Initial/Time |
|---|---|---|---|
| ☐ Oral airway | (____ / ____) | ☐ Central Line | (____ / ____) |
| ☐ ET Tube (size ____) | (____ / ____) | ☐ Foley | (____ / ____) |
| ☐ NG/OG Tube | (____ / ____) | ☐ Chest Tube #1 | (____ / ____) |
| ☐ Arterial Line | (____ / ____) | ☐ Chest Tube #2 | (____ / ____) |
| ☐ Cardiac Monitor | (____ / ____) | ☐ Lavage | (____ / ____) |
| ☐ Hemoccult + - ☐ QC | (____ / ____) | | |

Intake/Output

| | In | Out |
|---|---|---|
| Urine | | |
| PO | | |
| IV | | |
| Other | | |
| Total | | |

## IV FLUIDS

| TIME | NO. | TYPE | AMT | RATE | CATH | ROUTE/LOC | INITIALS NURSE | MD | ADDITIVES | AMT INF |
|---|---|---|---|---|---|---|---|---|---|---|
| 1500 | 1 | -20g to | AC | | | | | | | |
| 1500 | Blood drawn sent to lab | | | | | | | | | |
| 1600 | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | TOTAL INFUSED | | |

## MEDICATIONS

| TIME | MEDICATION | DOSE | ROUTE | SITE | INITIALS EDUCATION | TOLERATED YES | NO | INITIALS NURSE | MD |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

#2036  (3/4)  Rev. 10/04

Southeast Alabama
**MEDICAL CENTER**

**EMERGENCY DEPARTMENT
NURSING RECORD**

RHODES JR. GEORGE HENRY
NKDA/FOOD/NLKA/NDM
400545   2542516   4/06/65   039Y  M
EMERGENCY MED DR                    1/12/05

bottom edge of patient label

DATE: 1-12-05

| TIME | NURSING NOTES |
|------|---------------|
| 1440 | pt to ED c̄ CP mid sternal, pt states "heart flutttering", A Fib on EMS rhythm strip. Sedra Blair charge nurse informed, EKG requested + post monitor requested M Thorne RN |
| 1450 | informed Sedra Blair CRN again about need for EKG + Cardiac Monitor. No response M Thorne RN |
| 1505 | Report to Treela RN M Thorne RN |
| 1535 | Denies pain. Monitor shows NSR 2 |
| 1600 | Recollected lav blood sent to lab 2 |
| 1603 | Dr. Baker @ BS to eval 2 |
| 1633 | awaiting orders. ∅ distress 2 |
| 1700 | CC UA obtained + sent to lab 2 |
| 1730 | lost on delay 2 |
| 1800 | Denies pain. No acute distress 2 |
| 1830 | Dr. Baker @ BS 2 |
| 1911 | Discharge home. ∅ distress. NSR. 2 |

| Report to: _____ | Room #: _____ | SIGNATURE(S) | INITIALS |
|---|---|---|---|
| Destination: _____ (Transfer Only) ❑ Monitor | | Monica Thorne RN | mt |
| ID Band   R / L   Arm / Leg   (for Transfer/Admit only) | | Treela Day RN | 2 |
| Accompanied by: ❑ Transport ❑ Significant Other ❑ Police ❑ Nurse | | | |
| Discharge via: ❑ Ambulatory ❑ Stretcher ❑ Wheelchair | | | |
| Referrals: _____ | | | |
| Prescriptions: ❑ Patient ❑ Parent ❑ Care Partner | | | |
| Discharge Instructions ❑ Patient ❑ Parent ❑ Care Partner | | | |
| Understanding Verbalized: ❑ Patient ❑ Parent ❑ Care Partner | | | |
| IV Cath Removed with Catheter Intact ❑ Yes ❑ No ❑ NA | | | |
| DC VS: BP 124/72-03 Resp 1 Temp __ Time of DC 1911 | | | |

#2036  (4/4)  R

RHO___S JR, GEORGE HENRY
NKDA/FOOD/NLKA/NDM
400545    2542516    4/06/65    039Y M
EMERGENCY MED DR                    1/12/05

bottom edge of patient label

Southeast Alabama
**MEDICAL CENTER**

## Emergency Department
## PHYSICIAN ORDERS

*Circle tests, circle or write rationales.*
*The listed rationales are provided only for convenience; they are not an exclusive list.*
*Select or write any rationale that is appropriate.*

| TEST | RATIONALE |
|---|---|
| ● UA CC | Dysuria / Hematuria / Frequency / FUO / Abd Pain / Trauma / Diabetes / Pregnancy / Other: |
| ● UA Cath | |
| ● UPT | Amenorrhea / Pg & Vag Bleeding / Abd Pain / Other: |
| ● HCG Quant | |
| ● Wet Prep | Vaginitis / Pelvic Pain / Abd Pain / Other: |
| ● CBC | SOB / FUO / Trauma-explain / Bleeding-explain / Abd Pain / H-Risk Med / Weakness / Anemia / Pallor / High Risk Med / Other: |
| ● WBC w/ DIFF | |
| ● Istat ● H&H | Bleeding-explain / Trauma-explain / Weakness / Anemia / Other: |
| & ● BMP | HTN / CVD / Renal Failure / H-Risk Med / Other:  Chest pa |
| & ● Glu ● CBG | Dizziness / Near Syncope/Syncope / Vol Depletion / Other: |
| ● CMP | HTN / Renal Failure / H-Risk Med / Coma / Seizures / Dizziness / Fatigue / Edema / Other: |
| ● CK Total ● CK-MB ● Troponin ● BNP | Chest Pain / CHF / HTN / Dyspnea / Chest Trauma / Dysrhythmia / Other: |
| ● Amylase | Abd Pain / Abd Trauma / Other: |
| ● MBA | Altered Mental Status / OD / Other: |
| ● PT ● PTT | Anti-Coag / Bleeding-explain / Trauma-explain / Angina / PVD / Arteriosclerosis / Ascites / Other: (SMC) / Mitral Value Disease / Hepatitis / Hematuria / Dysrhythorias / Cirrhosis / Other: |
| ● T&S ● T&M x      units | Bleeding-explain / Anemia / Other: |
| ● Blood Culture | FUO / Sepsis / Other: |
| ● ABG | Dyspnea / Inhalation Inj / Chest Pain / Other: |
| ● EKG | Chest Pain / SOB / HTN / Dysrhythmia / OD / Syncope / CAD / Other: |
| ● IVP | Abd Pain / Abd Trauma / Hematuria / Other: |
| ● OB US | Pg & Vag Bleed / Pelvic Pain / Other: |
| ● ABD US | Back Pain / Flank Pain / Abd Pain / Ascites / Cirrhosis / Liver Disorder / Other: |
| ● CT Head | Headache / Stroke/TIA / Sz / Altered MS / Syncope / Head Trauma / Other: |
| ● CT Face | Facial Trauma / Other: |
| ● CT Chest (thorax) | Chest Pain / Chest Trauma / Other: |
| ● CT Abd/Pelvis | Abd Pain / Malignancies / Abdominal Swelling / Rigidity / Tenderness / Other: |
| ● CT of: | Rationale: |
| ● MRI of: | Rationale: |
| ● CXR 2V  P  A | Chest Pain / Cough / FUO / Trauma to trunk-explain / COPD / Asthma / Any abnormal respiration / Other: |
| ● Upright ABD ● KUB ● Acute ABD Series | Abd Pain / GI Bleed / Abd Trauma / Other:  out patient Cardiolytic 68 |

| | | | | |
|---|---|---|---|---|
| ● XR Skull | ● XR Pelvis | ● XR Shoulder: R  L | Trauma / Pain / FB / Other: | |
| ● XR Orbic  R  L | ● XR Hip:  R  L | ● XR Humerus: R  L | Trauma / Pain / FB / Other: | |
| ● XR Facial | ● XR Femur: R  L | ● XR Elbow: R  L | Trauma / Pain / FB / Other: | |
| ● XR Zygoma | ● XR Knee: R  L | ● XR Forearm: R  L | Trauma / Pain / FB / Other: | |
| ● XR C-Spine | ● XR Tib/Fib: R  L | ● XR Wrist: R  L | Trauma / Pain / FB / Other: | |
| ● XR T-Spine | ● XR Ankle: R  L | ● XR Hand: R  L | Trauma / Pain / FB / Other: | |
| ● XR LS-Spine  R  L | ● XR Foot: R  L | ● XR Other: R  L | Trauma / Pain / FB / Other: | |

**ORDERS:**
☑ Old Record  ☑ Cardiac Monitor  ☐ FHTs  ☐ Tilt Test  ☐ Sz Precaution  ☐ Suicide Precaution  ☐ VA  ☐ Off Unit w/o Nurse/Monitor
☐ Social Service Consult  ☐ Poison Control Consult  ☐ Wound Care  ☐ Wound Irrigation  ☐ Suture Setup  ☐ I&D Setup  ☐ Foley
☐ O2 Protocol  ☐ O2:  ☐ Peak Flow  ☐ May Remove C-Collar  ☐ Aerosol
IV:   Wel

**OTHER ORDERS:**  LTS
NTP 1° to chest wall
complete virtal signs plz.

Physician Signature: _____    Date: _____    Time: _____

#411   Rev. 4/03

SOUTHEAST ALABAMA MEDICAL CENTER
PATIENT FINAL CHART

```
Run: 01/13/05 01:36                              Page#: I9U-001
                                                 Room#: ER
                    RHODES, GEORGE HENRY JR
                    Ward: Emergency Room
                    Pt#: 2542516    (U: 400545    )
                    Age: 39Y    Sex: M
                    Physician: BAKER, D VAN
```

## HEMATOLOGY

COMPLETE BLOOD COUNT

Collected:        01/12/05

| | 15:40 | | Normals | Units |
|---|---|---|---|---|
| WBC | 4.3 | L | (4.5-10.0) | X (10)3 |
| RBC | 4.98 | | (4.40-5.90) | X (10)6 |
| HGB | 14.8 | | (13.0-18.0) | g/dL |
| HCT | 44.0 | | (39.8-52.2) | % |
| MCV | 88.4 | | (80.0-97.0) | fL |
| MCH | 29.7 | | (26.0-34.0) | pg |
| MCHC | 33.6 | | (31.0-37.0) | g/dL |
| RDW | 15.1 | H | (11.5-14.5) | % |
| PLT | 179 | | (150-450) | X (10)3 |
| MPV | 8.9 | | (7.4-10.4) | fL |
| %Neutrophils | 42.5 | | (40.0-70.0) | % |
| %Lymphocytes | 34.9 | | (20.0-40.0) | % |
| %Monocytes | 12.3 | | (5.0-13.0) | % |
| %Eosinophils | 9.4 | H | (4.0-8.0) | % |
| %Basophils | 0.9 | | (0-1.0) | % |
| Neutrophil Abs.# | 1.8 | | (1.8-7.3) | x10-3/ul |
| Lymphocyte Abs # | 1.5 | | (1.1-4.4) | x10-3/ul |
| Monocytes Abs # | 0.5 | | (0.2-0.8) | x10-3/ul |
| Eosinophil Abs # | 0.4 | | (0.05-0.4) | x10-3/ul |
| Basophils Abs # | 0.0 | | (0-0.1) | x10-3/ul |

## COAGULATION

ROUTINE COAGULATION

Collected:        01/12/05

| | 15:40 | Normals | Units |
|---|---|---|---|
| Protime | 13.6 | (11.1-14.1) | sec. |
| INR | 1.09 | | |
| PTT | 28.1 | (21.8-30.3) | sec. |

```
    Protime:  Therapeutic range = 24.1 - 40.6 sec
       INR:   Therapeutic range = 2 - 3.5
    APTT:  Therapeutic range = 53.7 - 100.6 sec.
```

RHODES, GEORGE HENRY JR            2542516       ER        Page#: I9U-001
*************** PERMANENT PATIENT RECORD: DO NOT DISCARD ******************

## URINALYSIS

---

### URINE TOXICOLOGY

| Collected: | 01/12/05 17:13 | | Normals | Units |
|---|---|---|---|---|
| | | | (Absent) | |
| DS-PCP | Absent | | (Absent) | |
| DS-Benzodiazepin | Absent | | (Absent) | |
| DS-Cocaine | Absent | | (Absent) | |
| DS-Amphetamine | Absent | | (Absent) | |
| DS-THC | Absent | | (Absent) | |
| DS-Opiates | Absent | | (Absent) | |
| DS-Barbiturate | Absent | | (Absent) | |
| DS-Tricylics | Absent | | (Absent) | |

Note: "Present" indicates a preliminary test result. A more specific alternative chemical method must be used in order to obtain a confirmed analytical result. Specimen will be held 7 days pending medical order for confirmation.

## CHEMISTRY

---

### CHEMISTRY PROFILES

| Collected: | 01/12/05 15:40 | | Normals | Units |
|---|---|---|---|---|
| Protein, Total | 6.3 | | (6.0-8.0) | g/dL |
| Albumin | 3.5 | | (3.2-5.0) | g/dL |
| Calcium | 9.2 | | (8.5-10.5) | mg/dL |
| Bilirubin, Total | 0.7 | | (0.2-1.2) | mg/dL |
| Phosphatase, Alk | 64 | | (42-121) | U/L |
| AST, SGOT | 23 | | (10-42) | U/L |
| ALT, SGPT | 17 | | (10-60) | U/L |
| Creatinine | 1.1 | | (0.5-1.2) | mg/dL |
| BUN | 14 | | (6-22) | mg/dL |
| Sodium | 141 | | (135-145) | mEq/L |
| Potassium | 4.0 | | (3.6-5.0) | mEq/L |
| Chloride | 104 | | (100-110) | mEq/L |
| CO2 | 30 | | (25-31) | mEq/L |
| Glucose | 93 | | (70-115) | mg/dL |
| Bun/Creat Ratio | 12.7 | | (6.0-20.0) | |
| Anion Gap | 7.0 | | (6.0-20.0) | |
| Calc. Osmolality | 281 | | (273-304) | |
| A/G Ratio | 1.3 | | (1.1-1.8) | |
| Globulin | 2.8 | | (2.3-3.5) | |

---

### CARDIAC INJURY PROFILE

| Collected: | 01/12/05 15:40 | | Normals | Units |
|---|---|---|---|---|
| CK, total | 120 | | (22-269) | U/L |
| CK-MB | 1.7 | | (0.6-6.3) | ng/mL |

Continued on next page
RHODES, GEORGE HENRY JR        2542516        ER        Page#: I9U-002
**************** PERMANENT PATIENT RECORD: DO NOT DISCARD ********************

---

CARDIAC INJURY PROFILE
Collected:         01/12/05
                   15:40                           Normals    Units
  Continued from previous page
CK Index           N/A
Troponin-I         <0.01                           (0-0.04)   ng/mL
BNP                6                                (0-100)    pg/mL
    CARDIAC TROPONIN I INTERPRETATION:
       Test Manufacturer Recommendation:
                   Normal:  Less than 0.04 ng/ml
             Intermediate:  0.05 - 0.5 ng/ml
                      AMI:  Greater than 0.5 ng/ml
       American College of Cardiology Standard:
             Abnormal Troponin I level exceeds 99% of reference
             healthy control group.  SAMC study defines this level
             as greater than 0.04 ng/ml
    BRAIN NATRIURETIC PEPTIDE Reference Range
      New York Heart Association CHF Classification
         Normal            0 - 50 pg/ml
         Class I          51 - 100 pg/ml
         Class II        101 - 200 pg/ml
         Class III       201 - 600 pg/ml
         Class IV         Over 601 pg/ml
      Non-CHF Pop./Neurohormonal Sys. Activation Cut-Off: >75 pg/ml

==================================================================
                      END OF REPORT
==================================================================

RHODES, GEORGE HENRY JR          2542516        ER        Page#: I9U-003
*************** PERMANENT PATIENT RECORD: DO NOT DISCARD ********************

SOUTHEAST ALABAMA MEDICAL CENTER
DOTHAN, ALABAMA
MILTON LENNICX, M.D. – GEORGE VEALE, M.D.
M. DOWNING, M.D. – S.N. TURNER, M.D. – H. HOLLOWAY, M.D.
W. BECKETT, JR., M.D. – R. SYKLAWER, M.D.
DAVID A. BRINK, M.D. – C. AHMED, M.D. – ERIC LUND, M.D.
JULIA ALEXANDER, M.D. – STEPHEN FERNANDEZ, M.D.
Radiologists

# E D   X - R A Y   R E P O R T

DATE/TIME TRANSCRIBED: 01/13/2005   1035

| | |
|---|---|
| NAME:                     RHODES, GEORGE | ROOM#: ER |
| DOB:                        04/06/1965 | AGE: 39Y |
| XRAY#/MR#:            400545 | ACCT#: 2542516 |
| ATTENDING PHYSICIAN: VAN BAKER, D.O. | ORD#: 5870984 |

CPT CODE:            71010
CLINICAL INFORMATION:
EXAM REQUESTED:         CHEST PORTABLE
EXAM DATE:               01/12/2005                          PT TYPE: O
PROCEDURE:      CHEST, 1625
HISTORY:        Chest pain
COMPARISON:     None
TECHNIQUE:      AP portable
FINDINGS:
Lungs are clear.  Heart and bones unremarkable.
IMPRESSION:   UNREMARKABLE AP CHEST.

_____
HUGH HOLLOWAY, MD

1
2
\:  ko          /:    671        DD: 01/12/2005     DT: 01/13/2005
                ID: 001470199    TD: 2234            FC:
cc: CHARGE COPY (99040)
>
{eop}   RHODES, GEORGE                      400545
Authenticated by HUGH HOLLOWAY, MD                  On 1/18/05 5:15:08 PM



RHODES,GEORGE

39 yrs    Male

PR    146    (NSR  ). Normal sinus rhythm, rate  70  - NORMAL ECG -
QRSD   77
QT    348
QTc   375

--AXES--
P     75
QRS   11
T     36

Southeast Alabama Medical Center -

12 JAN 2005        15:20:10

400545

Acct. #:
2542516

Requested by
ED
Tech 9701
Room ED 2

C-HP708

PRELIMINARY - MD MUST REVIEW.

25 mm/sec   10.0 mm/mV

0.15-150

STAT_ECG

Loc:54000.



southeast alabama medical center
Dept: ED
Room: ED 2
Oper: 9701

RHODES GEORGE

01/12/2005 15:20:10
39 years    Male

Dx:

400545

RHODES JR, GEORGE HENRY
NKDA/FOOD/NLKA/NDM
400545  2542516  4/06/65  O39Y  M
EMERGENCY MED DR    1/12/05

Requested by:
ED

2542516

· Normal sinus rhythm, rate 70......................Normal P axis, PR, rate & rhythm

- NORMAL ECG -

PRELIMINARY-MD MUST REVIEW

| | |
|---|---|
| Rate | 70 |
| PR | 146 |
| QRSD | 77 |
| QT | 348 |
| QTc | 375 |
| --AXIS-- | |
| P | 75 |
| QRS | 11 |
| T | 36 |

# OUTPATIENT REGISTRATION

**Southeast Alabama MEDICAL CENTER**

| MR # | ADMIT DATE | ADMIT TIME | ADMITTER | PT TYPE | PT # |
|---|---|---|---|---|---|
| 400545 | 1/20/05 | 9105 | OPEL | 1 | 2542897 |

| NAME | AGE | DOB | SEX | RACE | MARITAL STATUS |
|---|---|---|---|---|---|
| RHODES JR, GEORGE HENRY | 039Y | 4/06/65 | M | B | S |

| ADDRESS | REL | SRC | AD.CAT | FC | SPECIAL HDL | MSV |
|---|---|---|---|---|---|---|
| 507 S USSERY ST | JW | 1 | MD | P | | PLS |

| CITY | STATE | ZIP | CLINICS | ROOM/BED |
|---|---|---|---|---|
| DOTHAN | AL | 36301 | | |

| PHONE | PT SSN | ATTENDING DOCTOR |
|---|---|---|
| 334 794-5424 | 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 | BAKER,L,DWIGHT |

| MAIDEN NAME | REFERRING DOCTOR |
|---|---|
| | PINSON,MICHAEL,E |

| ALLERGIES | DPA | LW | CITY |
|---|---|---|---|
| NKDA/FOOD/NLKA/NDM | NO POWER | NO POWER | HOUSTON,AL |

| NEAREST RELATIVE | EMPLOYER | EMERGENCY CONTACT |
|---|---|---|
| RHODES, GLENDA | SELF-EMPLOYED | RHODES, KEESHA |

| ADDRESS | ADDRESS | ADDRESS |
|---|---|---|
| 906 WILLIAMS AVE | 507 S USSERY ST | 507 S USSERY ST |

| CITY/STATE/ZIP | CITY/STATE/ZIP | CITY/STATE/ZIP |
|---|---|---|
| DOTHAN, AL 36301 | DOTHAN, AL 36301 | DOTHAN, AL 36301 |

| PHONE | PT REL | PHONE | PHONE | PT REL |
|---|---|---|---|---|
| 334 699-2563 | SO | 334 794-5424 | 334 794-5424 | BR |

| GUARANTOR # | SSN | GUARANTOR EMPLOYER |
|---|---|---|
| 6423197 | 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 | SELF-EMPLOYED |

| NAME | ADDRESS 1 |
|---|---|
| RHODES JR, GEORGE HENRY | 507 S USSERY ST |

| ADDRESS | ADDRESS 2 |
|---|---|
| 507 S USSERY ST | |

| CITY/STATE/ZIP | CITY/STATE/ZIP | DSCH |
|---|---|---|
| DOTHAN, AL 36301 | DOTHAN, AL 36301 | |

| PHONE | PT REL | PHONE | DAYS |
|---|---|---|---|
| 334 794-5424 | PT | 334 794-5424 | |

**PATIENT STATUS:**
CR/NM/CHEST PAIN

**ADMITTING DIAGNOSIS:**
CR/NM/CHEST PAIN

| | NAME | GROUP # | POLICY # |
|---|---|---|---|
| INS#1: | | | |
| INS#2: | | | |
| INS#3: | | | |

**COMMENTS:**
PRED BY COMP/011305 0936/PLW   REG/PT SIGNED COT/ELL PT HAS INSURANCE DID NOT B

RING CARD/ELL$4599.50/

| PRINCIPAL & SECONDARY DIAGNOSIS | CODES |
|---|---|
| | |
| | |
| | |
| | |
| | DATE DICTATED |
| | D/S |
| PROCEDURES & OPERATIONS/DATES | H&P |
| | O.R. |
| | Cons |

| CONSULTATION WITH | PHYSICIAN SIGNATURE | |
|---|---|---|

PRINTED BY: SAMC DATE      5/2/2005          #2040  Rev. 05/02

**Southeast Alabama**
**MEDICAL CENTER**

# Graded Exercise Test (GXT)

Patient Name: _Rhodes, George_  MR No.: _400545_ Acct. No.: _2542897_ Date: _1/20/05_
Sex/Race: _M_ / _B_  DOB: _4/6/65_  Weight: _____  Age: _39_
Family Physician _____  Ordering Physician _Miller_  Testing Physician _Minor_
Predicted HR (max./90% max) _181_ / _163_ Predicted Time: _11:00_
Bruce Protocol:  Modified _____  Regular _____  Isotope _Card_  Drug _____  Tech: _Bm_

**Clinical Information:** _chest pain evl  Smoke._

**Resting EKG:** _____

**Medications:** _Atenolol 25mg qd_          **Patient cannot walk on treadmill because:** _____

| Stage | MPH/Grade | Time | Rate | BP | Comments |
|---|---|---|---|---|---|
| Control sitting | | | 62 | 110/64 | |
| Standing | | | | | |
| 0 | 1.7/0% | | | | |
| 1/2 | 1.7/5% | | | | |
| 1 | 1.7/10% | 3 | 100 | 110/66 | |
| 2 | 2.5/12% | 3 | 120 | 118/60 | |
| 3 | 3.4/14% | 3 | 136 | 120/68 | no CP |
| 4 | 4.2/16% | 2 | 144 | 130/80 | Isotope Cardiolite 10:00 |
| 5 | 5.0/18% | | | | H.R. 144 |

**Total Time:** _11:00_
**Reason for Stopping:**   primary (1)   secondary (2)   tertiary (3)

chest pain:   leg pain/fatigue: _tightness 1_   hypertension:   arrhythmia:
dyspnea:   general appear.: hypotension:   HR achieved:
fatigue: _2_   cerebral symptoms:   ST changes:   other:

**Risk Factors for ASCAD**

| | |
|---|---|
| HTN ☐ | CVA/TIA ☐ |
| DM ☐ | Claud. ☐ |
| Incr. Chol. ☐ | Fam. HX. ☐ |
| Smoke ⊖ | No Risks ☐ |

**POST EXERCISE**

| | | | |
|---|---|---|---|
| 2 min post | 3 | 93 | 104/70 |
| 4 min post | 3 | 78 | 104/70 |
| 6 min post | | | |

**HR Achieved/% max:** _144_ , _80%_ **Max SBP:** _138/80_ **Rate X SBP (D.P.):** _18,720_
**Exercise Capacity:** _____  **BP Response:** _____
**EKG Response:** _____

**INTERPRETATION:** _____

**COMMENTS:** _____

**Signed:** _____

#928   (1/2)   Rev. 8/04

*Rhodes Jr. George*
*# 2542897*

<span style="font-size:small">bottom edge of patient label</span>

# INFORMED CONSENT FOR
# GRADED EXERCISE TEST

In order to estimate how well my heart, lungs, and blood vessels perform, I hereby consent to perform a special exercise test at Southeast Alabama Medical Center. During the test I will walk on a treadmill or be given a drug to exercise my heart. My heart rate, blood pressure, and electrocardiogram will be recorded at different intervals throughout the test. I may request that test be discontinued at any time; otherwise, the supervising physician will stop the test on the basis of his observations if it is unnecessary or unwise to continue.

Every effort will be made to conduct the test in such a way as to minimize discomfort and risk. I understand this test carries no known risk for the patient with normal circulation. Persons who have heart disease are at some slight risk all the time, and this test briefly increases their risk of heart disease complications. Should I develop any symptoms such as leg cramps, weakness, light headedness, or chest discomfort, I will report such symptoms to the technician or the physician.

In addition, my physician may request that a radioactive element in solution for the purposes of heart scanning be administered intravenously as part of the exercise. This adds no additional risks to the exercise test and there are no known serious side effects from its administration.

Benefits from taking this test include the possibility of finding evidence that heart, lungs, and circulation are performing normally rather than limited by disease. If evidence of abnormality is found, the test data will contribute to identifying the nature and the extent of the abnormality as an aid to selection of the appropriate treatment.

Understanding the above, I do hereby give informed consent to the performance of a stress test in the Non-Invasive Cardiology Lab.

_____    1/20/05
Signature of Patient                         Date

_____    _____
Signature of Witness                         Date

P.O. BOX 6987
THAN AL 36027-6987
CARDIOLOGY DEPARTMENT

Craven

CARDIOLITE REPORT

NAME:          RHODES, GEORGE                ROOM#: CR
MR#:           400545                        ACCT#: 2542897
ATTENDING PHYS:  L. DWIGHT BAKER, M.D.        DOB: 04/06/1965
                              AGE: 39Y        SEX: M

CLINICAL INFORMATION:  CHEST PAIN
EXAM REQUESTED:     01/20/2005
DATE EXAM:          01/20/2005
REPORT:  Radionuclide used:  Cardiolite
REPORT:  The patient exercised for a total of eleven (11) minutes on a
Bruce protocol achieving a maximum heart rate of 144bpm.  The patient
had leg discomfort, but no chest discomfort.  No E K G changes occurred.
No arrhythmias were noted.  Blood pressure response was normal with a
peak blood pressure of 130/80, giving a double product of 18,720.
Maximum heart rate was 144bpm., (80% of predicted).
The computer reconstructed SPECT Cardiolite images in the short axis,
vertical long and horizontal long axis demonstrates normal Cardiolite
uptake in all myocardial segments without evidence of a perfusion
abnormality.
Review of the Gated images demonstrates normal L V size and systolic
function with an estimated ejection fraction of 55%.
CONCLUSIONS:
1) Normal Cardiolite G X T.
2) Normal L V systolic function.
   (B)

                              J. BEN CRAVEN, M.D.
                              CARDIOLOGIST

   1
   2
cc: J. BEN CRAVEN, M.D. (01533)
    L. DWIGHT BAKER, M.D. (07870)
    MICHAEL E. PINSON, M.D. (08919)
   >
/:  1533          DT: 01/21/2005   0216    DD: 01/20/2005  1754
\:  ls            JOB: 07698       0218    ID: 001475160
{eop}
Authenticated by J BEN CRAVEN, MD On 1/25/2005 8:46:31 AM