July 10, 2006

Susan Russ Walker
United States Magistrate Judge
United States District Court
P.O. Box 711
Montgomery, Al 36101-0711

RECEIVED
2006 JUL 11 A 11: 22
[CLERK U.S. DISTRICT COURT MIDDLE DISTRICT ALA]

1:06CV305-WHA

Honorable Susan Walker:

Please be advised that I am not a lawyer and respectfully request an extension through and until August 21, 2006, in which to file my response to the written report filed by the defendants, and as grounds therefore state as follows:

1. That Plaintiff's response is currently due in this case on July 17, 2006.

2. That Plaintiff is scheduled for two (2) medical appointments on July 11, 2006 & July 14, 2006 at UAB Hospital to undergo evaluation & tests relating to cancer treatment.

Thank you very much for your time & consideration with regards to this matter.

Respectfully submitted,
George H. Rhodes, Jr.
57322 A-100
905 E. Main Street
Dothan, Al 36301

Tom Smith

IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

CRIMINAL DIVISION

STATE OF ALABAMA

VS.

GEORGE RHODES

CASE NO. CC 05-1747

## ORDER

Defendant's Motion to Reduce Bond is denied in general, however, Defendant shall be allowed to receive private sector medical treatment at UAB Hospital, or any other necessary medical facility regarding his cancer treatment at his own expense.

The Sheriff is allowed and ordered to transport Defendant to the medical facility or facilities prescribed for his treatment and to pick up Defendant at the conclusion of same for recommencing custody subject to his current bond requirement. The medical facility rendering final treatment shall notify the Houston County Sheriff's Department just before Defendant would be released from such treatment so that the Department can immediately transport Defendant back to the Houston County Jail.

The <u>temporary medical release</u> is for the sole purpose of Defendant obtaining medical treatment and is only for the time period necessary. As a condition of said release Defendant is not allowed to leave any such medical facility. Any deviation may result in recommitment whether medical treatment is concluded or not. The Clerk is to notify the State, The Defendant and the Sheriff's Department of this Order.

DONE AND ORDERED, this the 26th day of June, 2006.

**FILED**

JUN 2 6 2006

*Judy Byrd*

JUDY BYRD, CLERK
HOUSTON CO., AL

_____
CIRCUIT JUDGE

6-26-06 N: 1:15