IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

GEORGE HENRY RHODES, JR.,          )
                                   )
            Plaintiff,             )
                                   )
      v.                           )     CIVIL ACTION NO. 1:06-CV-305-WHA
                                   )
HOUSTON COUNTY COMMISSIONERS, et al., )
                                   )
            Defendants.            )

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on July 11, 2006 (Court Doc. No. 16) which the court construes as a motion for extension of time, and for good cause shown, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the plaintiff be GRANTED an extension from July 17, 2006 to and including August 7, 2006 to file a response to the defendants' special report in compliance with the order entered on June 28, 2006.

The document filed by the plaintiff does not contain a certificate of service indicating that a copy was provided to counsel for the defendants.  The plaintiff is again advised that the *Federal Rules of Civil Procedure* require that he mail to the lawyer for the defendants a true copy of **anything** which he sends to the court.  Failure to do so may result in dismissal of this case or other penalties.  **Anything filed or submitted to the court, including**

**correspondence, should contain a certificate of service which specifically states that the pleading has been sent to the lawyer for the defendants**.  If the pleading does not contain a certificate of service, it will not be accepted for filing.

DONE, this 14th day of July, 2006.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE