August 1, 2006

RECEIVED

2006 AUG -3  A 10: 19

Susan Russ Walker
United States Magistrate Judge
United States District Court
P.O. Box 711
Montgomery, Al 36101-0711

06 CV 305

Honorable Susan Walker:

    I was recently discharged from the Southeast Alabama Medical Center on Monday, July 31, 2006, because of a high-grade fever and low white blood cell count, which was detected on Thursday, July 27, 2006 after entering the emergency room.

    As it stands now, I am left with no choice but to request for a second extension of time for thirty (30) days to submit a response to the defendants' special report and answer due to my neutropenic condition.

    Enclosed are copies of the physician discharge orders and patient discharge instructions.

Respectfully submitted,

George H. Rhodes, Jr.

cc:    Gary C. Sherrer
        Sherrer, Jones & Terry, PC
        File

# PHYSICIAN DISCHARGE ORDERS

RHODES JR, GEORGE HENRY
DRUG/FOOD/NLKA/NDM
400545  2816321    4/06/65  041Y   M
SYED, MOHSIN
                                         7/27/06

bottom edge of patient label

Discharge patient: ❏ Today    ❏ Other _____

❏ No ACE I / ARB due to _____

❏ Give smoking cessation information    ❏ Daily weight. Call physician for weight gain > _____ lbs in 24 hours
❏ Regular Diet    ❏ Na/Fluid Restriction _____    ❏ Other _____
May Return to Work: _____    Activity: _____
Special Instructions: _____
_____

Therapy: ❏ PT  ❏ OT  ❏ Speech    Instructions: _____
Home Health:  ❏ Yes  ❏ No        Cardiac Rehab:  ❏ Yes  ❏ No
Other: _____
Follow-up Appointments with: _____

**When used as a prescription, please complete all boxes, fill in DEA numbers, address and phone number.
Note: Class II drugs require separate prescription.**

| MEDICATION / DOSE / ROUTE / FREQUENCY / SIG. AMOUNT | USE AS RX | # OF REFILLS | PRODUCT SELECTION PERMITTED | DISPENSE AS WRITTEN | LABEL | Class II Rx Given to pt |
|---|---|---|---|---|---|---|
| Duragesic patch 25mcg q 3 days | ❏ | | ❏ | ❏ | ❏ | ❏ |
| atenolol 25 q day | ❏ | | ❏ | ❏ | ❏ | ❏ |
| Ceftin 500 BID x 10 days | ❏ | | ❏ | ❏ | ❏ | ❏ |
| Colace 100 BID | ❏ | | ❏ | ❏ | ❏ | ❏ |
| Iron (Ferrous sulfate 325mg) TID | ❏ | | ❏ | ❏ | ❏ | ❏ |
| phenergan 25 q 4h prn nausea | ❏ | | ❏ | ❏ | ❏ | ❏ |
| morphine sulfate 15 q 4h prn pain | ❏ | | ❏ | ❏ | ❏ | ❏ |
| | ❏ | | ❏ | ❏ | ❏ | ❏ |
| | ❏ | | ❏ | ❏ | ❏ | ❏ |
| | ❏ | | ❏ | ❏ | ❏ | ❏ |
| | ❏ | | ❏ | ❏ | ❏ | ❏ |
| | ❏ | | ❏ | ❏ | ❏ | ❏ |
| | ❏ | | ❏ | ❏ | ❏ | ❏ |
| | ❏ | | ❏ | ❏ | ❏ | ❏ |

Patient Name:                            When used as Rx:  ❏ original given to patient    ❏ copy placed on chart

DEA Reg. #: _____    AL Reg. #: _____
_____, M.D./D.O.    7/3/06
Physician Signature                                Date
Physician Phone #: _____
Physician Address: _____

Southeast Alabama
**MEDICAL CENTER**

#1965   Rev. 4/05

| PATIENT DISCHARGE INSTRUCTIONS | | RHODES JR, GEORGE HENRY<br>DRUG/FOOD/NLKA/NDM<br>400545  2816321   4/06/65 041Y  M<br>SYED,MOHSIN                    7/27/06 | |



| MEDICATIONS/DOSAGE | ROUTE | FREQUENCY | TIME (S) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**PATIENT EDUCATION/TEACHING:**
**Smoking Cessation** Instructions given: ❏ Yes ❏ No ❏ N/A    Continue Smoking Cessation if former smoker: ❏ Yes ❏ No ❏ N/A
❏ **CHF:** Booklet given, diet, activity, follow-up with physician, daily weights, signs & symptoms CHF worsening, when to call MD, medications
***Diagnosis specific:*** _____
_____
_____
_____

❏ Verbalizes understanding of education

Vital Signs at time of discharge:  T _____  P _____  R _____  BP _____  Pain Rating: _____
Diet Instructions: _____  Activity: _____
Equipment: _____  Home Health: _____
Appointments:
_____  Date: _____  Time: _____
_____  Date: _____  Time: _____
_____  Date: _____  Time: _____
_____  Date: _____  Time: _____

Acknowledgement: I understand instructions. I have received my personal belongings, home medications and/or prescriptions.

Signed: _____   Mode of Transport: _____
Relationship: _____ Date/Time: _____
Name of person with whom patient is discharged: _____
Destination & Address: _____
Phone number where patient can be reached after discharge: _____
Nurse's Signature & Title: _____

**Southeast Alabama**
**MEDICAL CENTER**

#907   Rev. 12/05