MONTGOMERY AL 361

02 AUG 2006 PM 2 L

Susan Russ Walker
United States Magistrate Judge
United States District Court
P.O. Box 711
Montgomery, Al 36101-0711

36101+0711

George H. Rhodes, Jr.
507 S. Ussery Street
Dothan, Al 36301

06-305