STRICKEN DUE TO DOCKETING ERROR

DOCKETED IN WRONG CASE.