**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 3, 2008

# NOTICE OF ERROR

To:   All Counsel of Record

Case Style:   Rhodes v. Houston County Commissioners et al

Case Number:   1:06-cv-00305-WHA

Referenced Pleading:   order
Docket Entry Number:   22

**The referenced pleading was filed on \*\*\*January 2, 2008\*\*\* in this case and is hereby STRICKEN as an erroneous docket entry. Due to clerical error this order was filed in the wrong case.**

**Parties are instructed to disregard #22 order docketing entry, which has been stricken from the record as a docketing error.**