IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GEORGE HENRY RHODES, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 1:06cv305-WHA |
| | ) | |
| HOUSTON COUNTY COMMISSIONERS, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the order entered in this case on this day.

Final Judgment is entered in favor of the Defendants and against the Plaintiff, George Henry Rhodes, Jr., and this case is DISMISSED with prejudice.

DONE this 10th day March, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE